**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| BURNS, MORRIS & STEWART ) <br> LIMITED PARTNERSHIP, ) <br> ) <br> Plaintiff, )) <br> ) <br> v. ) <br> ) <br> ENDURA PRODUCTS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 9:04 CV 23 |

**NOTICE OF FILING OF DEFENDANT'S CORRECTED**
**EXTRINSIC EVIDENCE APPENDIX (VOL. I)**

Endura hereby gives notice of the contemporaneous filing of Defendant's Corrected Extrinsic Appendix (Vol. I) that should be substituted in lieu of Defendant's Extrinsic Evidence Appendix (Vol. I) that was e-filed with the Court on April 8, 2005. [Dkt No. 37]. The accompanying Corrected Appendix substitutes and replaces certain pages in the original appendix from Merriam-Webster's Collegiate Dictionary that had key terms related to this litigation inadvertently blacked out. Defendant initially attempted to use yellow highlights to bring these terms more readily to the attention of the Court; however, the yellow highlighting was inadvertently converted to black in the process of scanning these pages into Adobe Acrobat for e-filing with the Court. Defendant apologizes to the Court for any inconvenience or confusion caused by this mistake.

-2-

Respectfully submitted, this 25th day of April, 2005.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

/s/ *William A. Capp*

```
Jack B. Hicks  (pro hac vice)
William A. Capp  (pro hac vice)
```
*bcapp@wcsr.com*
```
Robert D. Mason, Jr.  (pro hac vice)
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 721-3600
```
Facsimile: (336) 733-8416

SPAIN, CALVERT & EAVES
Frank D. Calvert
TBA No.: 0366770
Michael K. Eaves
TBA No. 00787414
2615 Calder, Suite 1070
Beaumont, Texas  77702
Telephone:  (409) 833-8885
Facsimile:  (409) 832-8886

Counsel for Defendant
  Endura Products, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 25, 2005, I electronically filed **NOTICE OF FILING OF DEFENDANT'S CORRECTED EXTRINSIC EVIDENCE APPENDIX (VOL. I)** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Claude E. Welch<br>P.O. Box 1574<br>Lufkin, Texas   75902 | welchlawoffice@txucom.net |
| F. Michael Speed, Jr.<br>495 Metro Place South<br>Suite 210<br>Dublin, OH   43017 | mspeed@standleyllp.com |
| James S. Roper<br>P.O. Drawer 1728<br>Lufkin, TX 75902 | sroper@zeleskey.com |

                                      WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                                      /s/ *William A. Capp*
                                      3500 One Atlantic Center
                                      1201 West Peachtree Street
                                      Atlanta, Georgia  30309
                                      Telephone:  (404) 888-7411
                                      Facsimile:  (404) 870-4837
                                      e-mail:  *bcapp@wcsr.com*

                                      Counsel for Defendant
                                        Endura Products, Inc.