

# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.
PE1628.M36    1994
423—dc20                                  93-32603
                                                CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

Case 9:04-cv-00023-RC   Document 51-3   Filed 04/25/05   Page 3 of 16   PageID #: 1305

: overall aspect or character ⟨by changing the ~ of the legislative branch —Trevor Armbrister⟩ — **com·plex·ion·al** \-shnəl, -shə-nᵊl\ *adj* — **com·plex·ioned** \-shənd\ *adj*
**com·plex·i·ty** \kəm-'plek-sə-tē, käm-\ *n, pl* **-ties** (1685) **1** : the quality or state of being complex **2** : something complex
**complex number** *n* (1860) : a number of the form $a + b\sqrt{-1}$ where $a$ and $b$ are real numbers
**complex plane** *n* (ca. 1909) : a plane whose points are identified by means of complex numbers; *esp* : ARGAND DIAGRAM
**com·pli·ance** \kəm-'plī-ən(t)s\ *n* (1647) **1 a** : the act or process of complying to a desire, demand, or proposal or to coercion **b** : conformity in fulfilling official requirements **2** : a disposition to yield to others **3** : the ability of an object to yield elastically when a force is applied : FLEXIBILITY
**com·pli·an·cy** \-ən(t)-sē\ *n* (1643) : COMPLIANCE
**com·pli·ant** \-ənt\ *adj* (1642) : ready or disposed to comply : SUBMISSIVE — **com·pli·ant·ly** *adv*
**com·pli·ca·cy** \'käm-pli-kə-sē\ *n, pl* **-cies** [²*complicate*] (ca. 1828) **1** : the quality or state of being complicated **2** : something that is complicated
¹**com·pli·cate** \'käm-plə-ˌkāt\ *vt* **-cat·ed; -cat·ing** (1621) **1** : to combine esp. in an involved or inextricable manner **2** : to make complex or difficult **3** : INVOLVE; *esp* : to cause to be more complex or severe ⟨a virus disease *complicated* by bacterial infection⟩
²**com·pli·cate** \-pli-kət\ *adj* [L *complicatus*, pp. of *complicare* to fold together, fr. *com-* + *plicare* to fold — more at PLY] (1638) **1** : COMPLEX, INTRICATE **2** : CONDUPLICATE
**com·pli·cat·ed** \'käm-plə-ˌkā-təd\ *adj* (1656) **1** : consisting of parts intricately combined **2** : difficult to analyze, understand, or explain *syn* see COMPLEX — **com·pli·cat·ed·ly** *adv* — **com·pli·cat·ed·ness** *n*
**com·pli·ca·tion** \ˌkäm-plə-'kā-shən\ *n* (15c) **1 a** : COMPLEXITY, INTRICACY; *esp* : a situation or a detail of character complicating the main thread of a plot **b** : a making difficult, involved, or intricate **c** : a complex or intricate feature or element **d** : a difficult factor or issue often appearing unexpectedly and changing existing plans, methods, or attitudes **2** : a secondary disease or condition developing in the course of a primary disease or condition
**com·plice** \'käm-pləs, 'kəm-\ *n* [ME, fr. MF, fr. LL *complic-*, *complex*, fr. L, closely connected, fr. *complicare*] (15c) *archaic* : ASSOCIATE
**com·plic·it** \kəm-'pli-sət\ *adj* (1973) : having complicity
**com·plic·it·ous** \-'pli-sə-təs\ *adj* (1860) : COMPLICIT
**com·plic·i·ty** \kəm-'pli-s(ə-)tē\ *n, pl* **-ties** (ca. 1656) **1** : association or participation in or as if in a wrongful act **2** : an instance of complicity
**com·pli·er** \-'plī(-ə)r\ *n* (1660) : one that complies
¹**com·pli·ment** \'käm-plə-mənt\ *n* [F, fr. It *complimento*, fr. Sp *cumplimiento*, fr. *cumplir* to be courteous — more at COMPLY] (1654) **1** : an expression of esteem, respect, affection, or admiration; *esp* : an admiring remark **b** : formal and respectful recognition : HONOR **2** *pl* : best wishes : REGARDS ⟨accept my ~*s*⟩ ⟨~*s* of the season⟩
²**com·pli·ment** \-ˌment\ *vt* (1735) **1** : to pay a compliment to **2** : to present with a token of esteem
**com·pli·men·ta·ry** \ˌkäm-plə-'men-t(ə-)rē\ *adj* (1716) **1 a** : expressing or containing a compliment **b** : FAVORABLE ⟨the novel received ~ reviews⟩ **2** : given free as a courtesy or favor ⟨~ tickets⟩ — **com·pli·men·ta·ri·ly** \-'men-t(ə-)rə-lē, -ˌ(ˌ)men-'ter-ə-lē\ *adv*
**complimentary close** *n* (1919) : the words (as *sincerely yours*) that conventionally come immediately before the signature of a letter and express the sender's regard for the receiver — called also *complimentary closing*
**com·pline** \'käm-plən, -ˌplīn\ *n, often cap* [ME *compline*, *complie*, fr. OF *complie*, modif. of LL *completa*, fr. L, fem. of *completus* complete] (13c) : the seventh and last of the canonical hours
¹**com·plot** \'käm-ˌplät\ *n* [MF *complot* crowd, plot] (1577) *archaic* : PLOT, CONSPIRACY
²**com·plot** \kəm-'plät, käm-\ *vb* (1579) *archaic* : PLOT
**com·ply** \kəm-'plī\ *vi* **com·plied; com·ply·ing** [It *complire*, fr. Sp *cumplir* to complete, perform what is due, be courteous, modif. of L *complēre* to complete] (1602) **1** *obs* : to be ceremoniously courteous **2** : to conform or adapt one's actions to another's wishes, to a rule, or to necessity
**com·po** \'käm-(ˌ)pō\ *n, pl* **compos** [short for *composition*] (1823) : any of various composition materials
¹**com·po·nent** \kəm-'pō-nənt, 'käm-ˌ, käm-'\ *n* [L *component-*, *componens*, prp. of *componere* to put together — more at COMPOUND] (1645) **1** : a constituent part : INGREDIENT **2 a** : any one of the vector terms added to form a vector sum or resultant **b** : a coordinate of a vector; *also* : either member of an ordered pair of numbers *syn* see ELEMENT — **com·po·nen·tial** \ˌkäm-pə-'nen(t)-shəl\ *adj*
²**component** *adj* (1664) : serving or helping to constitute : CONSTITUENT
¹**com·port** \kəm-'pōrt, -'pȯrt\ *vb* [MF *comporter* to bear, conduct, fr. L *comportare* to bring together, fr. *com-* + *portare* to carry — more at FARE] *vi* (1589) : to be fitting : ACCORD ⟨actions that ~ with policy⟩ ~ *vt* : BEHAVE; *esp* : to behave in a manner conformable to what is right, proper, or expected ⟨~*ed* himself well in the crisis⟩ *syn* see BEHAVE — **com·port·ment** \-mənt\ *n*
²**com·port** \'käm-ˌpōrt, -ˌpȯrt\ *n* (1771) : COMPOTE 2
**com·pose** \kəm-'pōz\ *vb* **com·posed; com·pos·ing** [ME, fr. MF *composer*, fr. L *componere* (perf. indic. *composui*) — more at COMPOUND] *vt* (15c) **1 a** : to form by putting together ⟨a committee *composed* of three representatives —*Current Biog.*⟩ **b** : to form the substance of : CONSTITUTE ⟨*composed* of many ingredients⟩ **c** : to produce (as columns or pages of type) by composition **2 a** : to create by mental or artistic labor : PRODUCE ⟨~ a sonnet⟩ **b** (1) : to formulate and write (a piece of music) (2) : to compose music for **3** : to deal with or act on so as to reduce to a minimum ⟨~ their differences⟩ **4** : to arrange in proper or orderly form **5** : to free from agitation : CALM, SETTLE ⟨*composed* himself⟩ ~ *vi* : to practice composition
**com·posed** \-'pōzd\ *adj* (1607) : free from agitation : CALM; *esp* : SELF-POSSESSED *syn* see COOL — **com·pos·ed·ly** \-'pō-zəd-lē\ *adv* — **com·pos·ed·ness** \-'pō-zəd-nəs\ *n*
**com·pos·er** \kəm-'pō-zər\ *n* (1597) : one that composes; *esp* : a person who writes music

**composing room** *n* (1737) : the department in a printing office where typesetting and related operations are performed
**composing stick** *n* (1679) : a tray with an adjustable slide that a compositor holds in one hand and sets type into with the other


composing stick

¹**com·pos·ite** \käm-'pä-zət, kəm-', *esp Brit* 'käm-pə-zit\ *adj* [L *compositus*, pp. of *componere*] (1563) **1** : made up of distinct parts: as **a** *cap* : relating to or being a modification of the Corinthian order combining angular Ionic volutes with the acanthus-circled bell of the Corinthian **b** : of or relating to a very large family (Compositae) of dicotyledonous herbs, shrubs, and trees often considered to be the most highly evolved plants and characterized by florets arranged in dense heads that resemble single flowers **c** : factorable into two or more prime factors other than 1 and itself ⟨8 is a positive ~ integer⟩ **2** : combining the typical or essential characteristics of individuals making up a group ⟨the ~ man called the Poet —Richard Poirier⟩ **3** *of a statistical hypothesis* : specifying a range of values for one or more statistical parameters — compare SIMPLE 10 — **com·pos·ite·ly** *adv*
²**composite** *n* (1656) **1** : something composite : COMPOUND **2** : a composite plant **3** : COMPOSITE FUNCTION **4** : a solid material which is composed of two or more substances having different physical characteristics and in which each substance retains its identity while contributing desirable properties to the whole; *esp* : a structural material made of plastic within which a fibrous material (as silicon carbide) is embedded
³**composite** *vt* **-it·ed; -it·ing** (1923) : to make composite or into something composite ⟨*composited* four soil samples⟩
**composite function** *n* (1965) : a function whose values are found from two given functions by applying one function to an independent variable and then applying the second function to the result and whose domain consists of those values of the independent variable for which the result yielded by the first function lies in the domain of the second
**com·po·si·tion** \ˌkäm-pə-'zi-shən\ *n* [ME *composicioun*, fr. MF *composition*, fr. L *composition-*, *compositio*, fr. *componere*] (14c) **1 a** : the act or process of composing; *specif* : arrangement into specific proportion or relation and esp. into artistic form **b** (1) : the arrangement of type for printing ⟨hand ~⟩ (2) : the production of type or typographic characters (as in photocomposition) arranged for printing **2 a** : the manner in which something is composed **b** : general makeup ⟨the changing ethnic ~ of the city —Leonard Buder⟩ **c** : the qualitative and quantitative makeup of a chemical compound **3** : mutual settlement or agreement **4** : a product of mixing or combining various elements or ingredients **5** : an intellectual creation: as **a** : a piece of writing; *esp* : a school exercise in the form of a brief essay **b** : a written piece of music esp. of considerable size and complexity **6** : the quality or state of being compound **7** : the operation of forming a composite function; *also* : COMPOSITE FUNCTION — **com·po·si·tion·al** \-'zish-nəl, -'zi-shə-nᵊl\ *adj* — **com·po·si·tion·al·ly** *adv*
**com·pos·i·tor** \kəm-'pä-zə-tər\ *n* (1569) : one who sets type
**com·pos men·tis** \ˌkäm-pəs-'men-təs\ *adj* [L, lit., having mastery of one's mind] (1616) : of sound mind, memory, and understanding
¹**com·post** \'käm-ˌpōst, *esp Brit* -ˌpäst\ *n* [MF, fr. ML *compostum*, fr. L, neut. of *compositus*, *compostus*, pp. of *componere*] (1587) **1** : a mixture that consists largely of decayed organic matter and is used for fertilizing and conditioning land **2** : MIXTURE, COMPOUND
²**compost** *vt* (1829) : to convert (as plant debris) to compost
**com·po·sure** \kəm-'pō-zhər\ *n* (1647) : a calmness or repose esp. of mind, bearing, or appearance : SELF-POSSESSION *syn* see EQUANIMITY
**com·pote** \'käm-ˌpōt\ *n* [F, fr. OF *composte*, fr. L *composta*, fem. of *compostus*, pp.] (1693) **1** : a dessert of fruit cooked in syrup **2** : a bowl of glass, porcelain, or metal usu. with a base and stem from which compotes, fruits, nuts, or sweets are served
¹**com·pound** \käm-'paund, kəm-', 'käm-ˌ\ *vb* [ME *compounen*, fr. MF *compondre*, fr. L *componere*, fr. *com-* + *ponere* to put — more at POSITION] *vt* (14c) **1** : to put together (parts) so as to form a whole : COMBINE ⟨~ ingredients⟩ **2** : to form by combining parts ⟨~ a medicine⟩ **3 a** : to settle amicably : adjust by agreement **b** : to agree for a consideration not to prosecute (an offense) ⟨~ a felony⟩ **4 a** : to pay (interest) on both the accrued interest and the principal **b** : to add to : AUGMENT ⟨we ~*ed* our error in later policy —Robert Lekachman⟩ ~ *vi* **1** : to become joined in a compound **2** : to come to terms of agreement — **com·pound·able** \-'paun-də-bəl, -ˌpaun-\ *adj* — **com·pound·er** *n*
²**com·pound** \'käm-ˌpaund, käm-', kəm-'\ *adj* [ME *compouned*, pp. of *compounen*] (14c) **1** : composed of or resulting from union of separate elements, ingredients, or parts: as **a** : composed of united similar elements esp. of a kind usu. independent ⟨a ~ plant ovary⟩ **b** : having the blade divided to the midrib and forming two or more leaflets on a common axis ⟨a ~ leaf⟩ **2** : involving or used in a combination **3 a** *of a word* : constituting a compound **b** *of a sentence* : having two or more main clauses
³**com·pound** \'käm-ˌpaund\ *n* (1530) **1 a** : a word consisting of components that are words (as *rowboat, high school, devil-may-care*) **b** : a word (as *anthropology, kilocycle, builder*) consisting of any of various combinations of words, combining forms, or affixes **2** : something formed by a union of elements or parts; *esp* : a distinct substance formed by chemical union of two or more ingredients in definite proportion by weight
⁴**com·pound** \'käm-ˌpaund\ *n* [by folk etymology fr. Malay *kampung* group of buildings, village] (1679) : a fenced or walled-in area containing a group of buildings and esp. residences
**compound–complex** *adj* (1923) *of a sentence* : having two or more main clauses and one or more subordinate clauses
**compound eye** *n* (1836) : an eye (as of an insect) made up of many separate visual units
**compound fracture** *n* (1543) : a bone fracture resulting in an open wound through which bone fragments usu. protrude

parts that are blank or bear usu. from one to six dots arranged as on dice faces   **b** *pl but usu sing in constr*: any of several games played with a set of usu. 28 dominoes   **3**: a member of a group (as of nations) expected to behave in accordance with the domino theory
**domino effect** *n* (1966): a cumulative effect produced when one event initiates a succession of similar events — compare RIPPLE EFFECT
**domino theory** *n* [fr. the fact that if dominoes are stood on end one slightly behind the other, a slight push on the first will topple the others] (1965)   **1**: a theory that if one nation becomes Communist-controlled the neighboring nations will also become Communist-controlled   **2**: the theory that if one act or event is allowed to take place a series of similar acts or events will follow
¹**don** \'dän\ *vt* **donned; don·ning** [ME, contr. of *do on*] (14c)   **1**: to put on (an article of clothing)   **2**: to wrap oneself in : TAKE ON 3a
²**don** \'dän\ *n* [Sp, fr. L *dominus* master — more at DAME] (1523)   **1**: a Spanish nobleman or gentleman — used as a title prefixed to the Christian name   **2** *archaic*: a person of consequence : GRANDEE   **3**: a head, tutor, or fellow in in a college of Oxford or Cambridge University; *broadly*: a college or university professor   **4** [It, title of respect, fr. *donno*, lit., lord, fr. L *dominus*]: a powerful Mafia leader
**do·ña** \'dō-nə\ *n* [Pg, fr. L *domina* lady — more at DAME] (ca. 1897): a Portuguese or Brazilian woman of rank — used as a title prefixed to the Christian name
**do·ña** \'dō-nyə\ *n* [Sp, fr. L *domina*] (1622): a Spanish woman of rank — used as a title prefixed to the Christian name
**do·nate** \'dō-,nāt, dō-'\ *vb* **do·nat·ed; do·nat·ing** [back-formation fr. *donation*] *vt* (1785)   **1**: to make a gift of; *esp*: to contribute to a public or charitable cause   **2**: to transfer (as electrons) to another atom or molecule ~ *vi*: to make a donation   *syn* see GIVE
**do·na·tion** \dō-'nā-shən\ *n* [ME *donatyowne*, fr. L *donation-, donatio*, fr. *donare* to present, fr. *donum* gift; akin to L *dare* to give — more at DATE] (15c): the act or an instance of donating: as   **a**: the making of a gift esp. to a charity or public institution   **b**: a free contribution : GIFT
**Do·na·tism** \'dō-nə-,ti-zəm, 'dä-\ *n* [*Donatus*, 4th cent. bishop of Carthage] (1588): the doctrines of a Christian sect arising in No. Africa in 311 and holding that sanctity is essential for the administration of sacraments and church membership — **Do·na·tist** \-tist\ *n*
¹**do·na·tive** \'dō-nə-tiv, 'dä-\ *n* (15c): a special gift or donation
²**do·na·tive** \*same or* '\dō-,nā-, dō-'\ *adj* [L *donativus*, fr. *donatus*] (1559): of or relating to donation
**do·na·tor** \'dō-,nā-tər, dō-'\ *n* (15c): DONOR
**done** \'dən\ *past part of* DO
²**done** *adj* (14c)   **1**: arrived at or brought to an end   **2**: doomed to failure, defeat, or death   **3**: gone by : OVER   **4**: physically exhausted   **5**: cooked sufficiently   **6**: conformable to social convention
**do·nee** \dō-'nē\ *n* [*donor*] (1523): a recipient of a gift
**done for** \'dən-,fór\ *adj* (1803)   **1**: sunk in defeat : BEATEN   **2**: mortally stricken : DOOMED
**done·ness** \'dən-nəs\ *n* (1927): the condition of being cooked to the desired degree
¹**dong** \'dóŋ, 'däŋ\ *n* [origin unknown] (ca. 1930): PENIS — usu. considered vulgar
²**dong** *n, pl* **dong** [Vietnamese *đông*] (1948) — see MONEY table
**don·jon** \'dän-jən, 'dən-\ *n* [ME — more at DUNGEON] (14c): a massive inner tower in a medieval castle
**Don Juan** \'dän-'(h)wän, *chiefly Brit & in poetry* dän-'jü-ən\ *n* [Sp]   **1**: a legendary Spaniard proverbial for his seduction of women   **2**: a captivating man known as a great lover or seducer of women — **Don Juan·ism** \-'(h)wän-,i-zəm, -'jü-ə-,ni-\ *n*
**don·key** \'däŋ-kē, 'dəŋ-, 'dóŋ-\ *n, pl* **donkeys** [origin unknown] (ca. 1785)   **1**: the domestic ass (*Equus asinus*)   **2**: a stupid or obstinate person
**donkey engine** *n* (1858)   **1**: a small usu. portable auxiliary engine   **2**: a small locomotive used in switching
**donkey jacket** *n* (1929) *Brit*: a jacket of heavy material worn esp. by laborers
**donkey's years** *n pl* (1927) *chiefly Brit*: a very long time
**don·key·work** \'däŋ-kē-,wərk, 'dəŋ-, 'dóŋ-\ *n* (1920): monotonous and routine work : DRUDGERY
**don·na** \'dä-nə, ,dō-\ *n, pl* **don·ne** \-(,)nā\ [It, fr. L *domina*] (1740): an Italian woman esp. of rank — used as a title prefixed to the Christian name
**don·née** \dó-'nā, (,)də-\ *n, pl* **données** \-'nā(z)\ [F, fr. fem. of *donné*, pp. of *donner* to give, fr. L *donare* to donate — more at DONATION] (1876): the set of assumptions on which a work of fiction or drama proceeds
**don·nick·er** *or* **don·ni·ker** \'dä-ni-kər\ *n* [alter. of E dial. *dunnekin* toilet, cesspool] (ca. 1931); TOILET 3a
**don·nish** \'dä-nish\ *adj* (1848): of, relating to, or characteristic of a university don — **don·nish·ly** *adv* — **don·nish·ness** *n*
**don·ny·brook** \'dä-nē-,brúk\ *n, often cap* [*Donnybrook* Fair, annual Irish event known for its brawls] (1852)   **1**: FREE-FOR-ALL BRAWL   **2**: a usu. public quarrel or dispute
**do·nor** \'dō-nər, -,nór\ *n* [MF *doneur*, fr. L *donator*, fr. *donare*] (15c)   **1**: one that gives, donates, or presents something   **2**: one used as a source of biological material (as blood or an organ)   **3 a**: a compound capable of giving up a part (as an atom, chemical group, or subatomic particle) for combination with an acceptor   **b**: an impurity added to a semiconductor to increase the number of mobile electrons
**do-noth·ing** \'dü-,nə-thiŋ\ *n* (1579): a shiftless or lazy person
**do-noth·ing** *adj* (1832): marked by inactivity or failure to make positive progress — **do-noth·ing·ism** \-,i-zəm\ *n*
**Don Qui·xote** \,dän-kē-'(h)ō-tē, ,däŋ-; *chiefly Brit* dän-'kwik-sət\ *n* [Sp; hero of Cervantes' *Don Quixote*]: an impractical idealist
**don·sie** *or* **don·sy** \'dän(t)-sē\ *adj* [ScGael *donas* evil; harm + E *-ie*] (1720)   **1** *dial Brit*: UNLUCKY   **2** *Scot*   **a**: RESTIVE   **b**: SAUCY   **3** *chiefly northern Midland*: slightly ill
**don't** \'dōnt\ (1639)   **1**: do not   **2**: does not
 *usage Don't* is the earliest attested contraction of *does not* and until about 1900 was the standard spoken form in the U.S. (it survived as spoken standard longer in British English). Dialect surveys find it more common in the speech of the less educated than in that of the educated; in those places (as the Midland and southern Atlantic seaboard regions) where it has lasted in educated speech, it is most common with older informants. Surveys of attitudes toward usage show it more widely disapproved in 1971 that it had been 40 years earlier. Its chief use in edited prose is in fiction for purposes of characterization. It is sometimes used consciously, like *ain't*, to gain an informal effect.
²**don't** \'dōnt\ *n* (1894): a command or entreaty not to do something
**do·nut** \'dō-(,)nət\ *var of* DOUGHNUT
**doo·dad** \'dü-,dad\ *n* [origin unknown] (ca. 1905)   **1**: an often small article whose common name is unknown or forgotten : GADGET   **2**: an ornamental attachment or decoration
¹**doo·dle** \'dü-d²l\ *vb* **doo·dled; doo·dling** \'düd-liŋ, 'dü-d²l-iŋ\ [perh. fr. *doodle* (to ridicule)] *vi* (1936)   **1**: to make a doodle   **2**: DAWDLE, TRIFLE ~ *vt*: to produce by doodling — **doo·dler** \'düd-lər, 'dü-d²l-ər\ *n*
²**doodle** *n* (1937): an aimless or casual scribble, design, or sketch; *also*: a minor work
**doo·dle·bug** \'dü-d²l-,bəg\ *n* [prob. fr. *doodle* (fool) + *bug*] (ca. 1866)   **1**: the larva of an ant lion; *also*: any of several other insects   **2**: a device (as a divining rod) used in attempting to locate underground gas, water, oil, or ores   **3**: BUZZ BOMB
**doodley-squat** *or* **doodly-squat** \'dü-d²l-ē-,skwät\ *n* [perh. fr. *doodle* + *-y* + *squat*, euphemism for *shit*] (1934): DIDDLY-SQUAT
**doo-doo** \'dü-(,)dü\ *n* [baby talk] (1948): EXCREMENT — **in deep doo-doo** : in trouble
**doo·fus** \'dü-fəs, -fis\ *n, pl* **doo·fus·es** \-fə-siz\ [perh. alter. of ¹*goof*] (1970) *slang*: a stupid, incompetent, or foolish person
**doo·hick·ey** \'dü-,hi-kē\ *n, pl* **-hickeys** *also* **-hickies** [prob. fr. *doodad* + *hickey*] (1914): DOODAD 1
¹**doom** \'düm\ *n* [ME, fr. OE *dōm*; akin to OHG *tuom* condition, state, OE *dōn* to do] (bef. 12c)   **1**: a law or ordinance esp. in Anglo-Saxon England   **2 a**: JUDGMENT, DECISION; *esp*: a judicial condemnation or sentence   **b**   (1): JUDGMENT 3a   (2): JUDGMENT DAY 1   **3 a**: DESTINY; *esp*: unhappy destiny   **b**: DEATH, RUIN   *syn* see FATE
²**doom** *vt* (15c)   **1**: to give judgment against : CONDEMN   **2 a**: to fix the fate of : DESTINE   **b**: to make certain the failure or destruction of
**doom·ful** \'düm-fəl\ *adj* (1586): presaging doom : OMINOUS — **doom·ful·ly** \-fə-lē\ *adv*
**doom·say·er** \'düm-,sā-ər\ *n* (1953): one given to forebodings and predictions of impending calamity — **doom·say·ing** \-,sā-iŋ\ *n*
**dooms·day** \'dümz-,dā\ *n, often attrib* (bef. 12c): a day of final judgment
**dooms·day·er** \-,dā-ər, -,de(ə)r\ *n* (1972): DOOMSAYER
**doom·ster** \'düm(p)-stər\ *n* (15c)   **1**: JUDGE   **2**: DOOMSAYER
**doomy** \'dü-mē\ *adj* (1971): suggestive of doom : DOOMFUL — **doom·i·ly** \'dü-mi-lē\ *adv*
**door** \'dōr, 'dór\ *n, often attrib* [ME *dure, dor*, fr. OE *duru* door & *dor* gate; akin to OHG *turi* door, L *fores*, Gk *thyra*] (bef. 12c)   **1**: a usu. swinging or sliding barrier by which an entry is closed and opened; *also*: a similar part of a piece of furniture   **2**: DOORWAY   **3**: a means of access or participation : OPPORTUNITY ⟨opens new *~s*⟩ ⟨*~* to success⟩ — **door·less** \-ləs\ *adj* — **at one's door**: as a charge against one as being responsible ⟨laid the blame *at our door*⟩
**door·bell** \'dōr-,bel, 'dór-\ *n* (ca. 1815): a bell or set of chimes to be rung usu. by a push button at an outer door
**do-or-die** \'dü-ər-'dī, -ór-\ *adj* (1879)   **1**: doggedly determined to reach one's objective : INDOMITABLE   **2**: presenting as the only alternatives complete success or complete ruin ⟨a *~* situation⟩
**door·jamb** \'dōr-,jam, 'dór-\ *n* (1837): an upright piece forming the side of a door opening
**door·keep·er** \-,kē-pər\ *n* (1535): a person who tends a door
**door·knob** \-,näb\ *n* (1846): a knob that releases a door latch
**door·man** \-,man, -mən\ *n* (ca. 1897): a usu. uniformed attendant at the door of a building (as a hotel or apartment house)
**door·mat** \-,mat\ *n* (1665)   **1**: a mat placed before or inside a door for wiping dirt from the shoes   **2**: one that submits without protest to abuse or indignities   **3**: a team that regularly finishes last
**door·nail** \-,nāl, -'nā(ə)l\ *n* (14c): a large-headed nail — used chiefly in the phrase *dead as a doornail*
**door·plate** \-,plāt\ *n* (1823): a nameplate on a door
**door·post** \-,pōst\ *n* (1535): DOORJAMB
**door prize** *n* (1951): a prize awarded to the holder of a winning ticket passed out at the entrance to an entertainment or function
**door·sill** \'dōr-,sil, 'dór-\ *n* (1587): SILL 1b
**door·step** \-,step\ *n* (1767): a step before an outer door — **on one's doorstep**: close at hand; *esp*: too close to be overlooked
**door·stop** \-,stäp\ *n* (ca. 1895)   **1**: a device (as a wedge or weight) for holding a door open   **2**: a usu. rubber-tipped device attached to a wall or floor to prevent damaging contact between an opened door and the wall
**door-to-door** \,dōr-tə-'dōr, ,dór-tə-'dór\ *adj* (1902): going or made by going to each house in a neighborhood ⟨*~* salesmen⟩ ⟨a *~* canvass⟩ — **door-to-door** *adv*
**door·way** \'dōr-,wā, 'dór-\ *n* (1799)   **1**: the opening that a door closes; *esp*: an entrance into a building or room   **2**: DOOR 3
**door·yard** \-,yärd\ *n* (ca. 1764): a yard next to the door of a house
**doo-wop** \'dü-,wäp\ *n* [fr. nonsense syllables typical of the style] (1969): a vocal style of rock and roll characterized by the a cappella singing of nonsense syllables in rhythmical support of the melody
**doo·zy** *or* **doo·zie** \'dü-zē\ *also* **doo·zer** \-zər\ *n, pl* **doozies** *or* **doozers** [perh. alter. of *daisy*] (1916): an extraordinary one of its kind
**do·pa** \'dō-pə, -(,)pä\ *n* [ISV *di*hydroxy- + *p*henyl*a*lanine] (1917): an amino acid $C_9H_{11}NO_4$ that in the levorotatory form is found in the broad bean and is used in the treatment of Parkinson's disease
**do·pa·mine** \'dō-pə-,mēn\ *n* [*dopa* + *amine*] (1959): a monoamine $C_8H_{11}NO_2$ that is a decarboxylated form of dopa and that occurs esp. as a neurotransmitter in the brain

---

\ə\ abut   \'\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar
\aú\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job
\ŋ\ sing   \ō\ go   \ó\ law   \ói\ boy   \th\ thin   \th\ the   \ü\ loot   \ú\ foot
\y\ yet   \zh\ vision   \ä, k, ⁿ, œ, œ̄, ue, uē, ᵞ\ see Guide to Pronunciation

ON *dumpa* to thump, fall suddenly] *vt* (14c)  1 **a** : to let fall in or as if in a heap or mass  **b** : to get rid of unceremoniously or irresponsibly  **c** : JETTISON ⟨an airplane ~*ing* gasoline⟩  2 *slang* : to knock down : BEAT ⟨the man rushed out and ~ed him —John Corry⟩  3 : to sell in quantity at a very low price; *specif* : to sell abroad at less than the market price at home  4 : to copy (data in a computer's internal storage) to an external storage or output device  5 : to throw (as a pass) short and softly — often used with *off* ~ *vi*  1 : to fall abruptly : PLUNGE  2 : to dump refuse — **dump·er** *n* — **dump on** : to treat disrespectfully; *esp* : BELITTLE, BAD-MOUTH

²**dump** *n* (1784)  1 **a** : an accumulation of refuse and discarded materials  **b** : a place where such materials are dumped  2 **a** : a quantity of reserve materials accumulated at one place  **b** : a place where such materials are stored ⟨ammunition ~⟩  3 : a disorderly, slovenly, or objectionable place  4 : an instance of dumping data stored in a computer  5 : an act of defecation — usu. used with *take*; often considered vulgar

**dump·ing** *n* (1857) : the act of one that dumps; *esp* : the selling of goods in quantity at below market price

**dumping ground** *n* (1857) : a place to which unwanted people or things are sent

**dump·ish** \'dəm-pish\ *adj* [*dumps*] (1519) : SAD, MELANCHOLY

**dump·ling** \'dəm-pliŋ\ *n* [perh. alter. of *lump*] (ca. 1600)  1 **a** : a small mass of leavened dough cooked by boiling or steaming  **b** : a usu. baked dessert of fruit wrapped in dough  2 : something soft and rounded like a dumpling; *esp* : a short fat person or animal

**dumps** \'dəm(p)s\ *n pl* [prob. fr. D *domp* haze, fr. MD *damp* — more at DAMP] (1529) : a gloomy state of mind : DESPONDENCY ⟨in the ~⟩

**Dump·ster** \'dəm(p)-stər\ *trademark* — used for a large trash receptacle

**dump truck** *n* (1930) : an automotive truck for the transportation of bulk material that has a body which tilts to dump its contents

**dumpy** \'dəm-pē\ *adj* **dump·i·er**; **-est** [E dial. *dump* (lumpf)] (1750)  1 : being short and thick in build : SQUAT  2 : SHABBY, DINGY — **dump·i·ly** \-pə-lē\ *adv* — **dump·i·ness** \-pē-nəs\ *n*

**dumpy level** *n* (1838) : a surveyor's level with a short telescope rigidly fixed and rotating only in a horizontal plane

¹**dun** \'dən\ *adj* [ME, fr. OE *dunn* — more at DUSK] (bef. 12c)  1 **a** : having the color dun  **b** *of a horse* : having a grayish yellow coat with black mane and tail  2 : marked by dullness and drabness — **dun·ness** \'dən-nəs\ *n*

²**dun** *n* (14c)  1 : a dun horse  2 : a variable color averaging a nearly neutral slightly brownish dark gray  3 : a subadult mayfly; *also* : an artificial fly tied to imitate such an insect

³**dun** *vt* **dunned; dun·ning** [origin unknown] (ca. 1626)  1 : to make persistent demands upon for payment  2 : PLAGUE, PESTER

⁴**dun** *n* (1628)  1 : one who duns  2 : an urgent request; *esp* : a demand for payment

**Dun·can Phyfe** \ˌdən-kən-'fīf\ *adj* (1926) : of, relating to, or constituting furniture designed and built by or in the style of Duncan Phyfe

**dunce** \'dən(t)s\ *n* [John *Duns* Scotus, whose once accepted writings were ridiculed in the 16th cent.] (1587) : one who is slow-witted or stupid

**dunce cap** *n* (1840) : a conical cap formerly used as a punishment for slow learners at school — called also *dunce's cap*

**dun·der·head** \'dən-dər-ˌhed\ *n* [perh. fr. D *donder* thunder + E *head*; akin to OHG *thonar* thunder — more at THUNDER] (ca. 1625) : DUNCE, BLOCKHEAD — **dun·der·head·ed** \ˌdən-dər-'he-dəd\ *adj*

**dun·drea·ries** \ˌdən-'drir-ēz\ *n pl, often cap* [Lord *Dundreary*, character in the play *Our American Cousin* (1858), by Tom Taylor] (ca. 1922) : long flowing sideburns

¹**dune** \'dün *also* 'dyün\ *n* [F, fr. OF, fr. MD; akin to OE *dūn* down — more at DOWN] (1790) : a hill or ridge of sand piled up by the wind — **dune·like** \-ˌlīk\ *adj*

**dune buggy** *n* (1956) : an off-road motor vehicle with oversize tires for use esp. on sand

**dune·land** \'dün-ˌland\ *n* (1922) : an area having many dunes

¹**dung** \'dəŋ\ *n* [ME, fr. OE; akin to ON *dyngja* manure pile] (bef. 12c)  1 : the excrement of an animal : MANURE  2 : something repulsive — **dungy** \'dəŋ-ē\ *adj*

²**dung** *vt* (bef. 12c) : to fertilize or dress with manure ~ *vi* : DEFECATE

**dun·ga·ree** \ˌdəŋ-gə-'rē, 'dəŋ-gə-ˌ\ *n* [Hindi *dūgrī*] (1673)  1 : a heavy coarse durable cotton twill woven from colored yarns; *specif* : blue denim  2 *pl* : clothes made usu. of blue denim

**dung beetle** *n* (ca. 1634) : a beetle (as a tumblebug) that rolls balls of dung in which to lay eggs and on which the larvae feed

**Dunge·ness crab** \ˌdən-jə-ˌnes-\ *n* [*Dungeness*, village on the Strait of Juan de Fuca, Washington] (1925) : a large edible crab (*Cancer magister*) of the Pacific coast of No. America from Alaska to California

**dun·geon** \'dən-jən\ *n* [ME *donjon*, fr. MF, fr. (assumed) VL *domnion-*, *domnio* keep, mastery, fr. L *dominus* lord — more at DOMINATE] (14c)  1 : DONJON  2 : a dark usu. underground prison or vault

**dung·hill** \'dəŋ-ˌhil\ *n* (14c)  1 : a heap of dung  2 : something (as a situation or condition) that is repulsive or degraded

**du·nite** \'dü-ˌnīt, 'də-\ *n* [Mt. *Dun*, New Zealand] (ca. 1868) : a granitoid igneous rock consisting chiefly of olivine — **du·nit·ic** \dü-'ni-tik, də-\ *adj*

¹**dunk** \'dəŋk\ *vb* [PaG *dunke*, fr. MHG *dunken*, fr. OHG *dunkōn* — more at TINGE] *vt* (1919)  1 : to dip (as a piece of bread) into a beverage while eating  2 : to dip or submerge temporarily in liquid  3 : to throw (a basketball) into the basket from above the rim ~ *vi*  1 : to submerge oneself in water  2 : to make a dunk shot in basketball

²**dunk** *n* (ca. 1944) : the act or action of dunking; *esp* : DUNK SHOT

**Dun·ker** \'dəŋ-kər\ *or* **Dun·kard** \-kərd\ *n* [PaG *Dunker*, fr. *dunke*] (1744) : a member of the Church of the Brethren or any of several other orig. German Baptist denominations practicing trine immersion and love feasts and refusing to take oaths or to perform military service

**Dun·kirk** \'dən-ˌkərk, ˌdən-'\ *n* [*Dunkirk* or *Dunkerque*, France, scene of the evacuation of Allied forces in 1940] (1941)  1 : a retreat to avoid total defeat  2 : a crisis situation that requires a desperate last effort to forestall certain failure ⟨a ~ for U.S. foreign policy —*Time*⟩

**dunk shot** *n* (ca. 1961) : a shot in basketball made by jumping high into the air and throwing the ball down through the basket

**dun·lin** \'dən-lən\ *n, pl* **dunlins** *or* **dunlin** [¹*dun* + *-lin* (alter. of *-ling*)] (ca. 1532) : a small widely distributed sandpiper (*Calidris alpina*) largely cinnamon to rusty brown above and white below

**Dun·lop** \'dən-ˌläp, ˌdən-'\ *n* [*Dunlop*, Ayrshire, Scotland] (ca. 1780) : a Scottish cheese similar to cheddar

**dun·nage** \'də-nij\ *n* [origin unknown] (15c)  1 : loose materials used to support and protect cargo in a ship's hold; *also* : padding in a shipping container  2 : BAGGAGE

**duo** \'dü-(ˌ)ō *also* 'dyü-\ *n, pl* **du·os** [It, fr. L, two — more at TWO] (1590)  1 : DUET  2 : PAIR 2

**duo-** *comb form* [L *duo*] : two ⟨*duologue*⟩

**duo·de·cil·lion** \ˌdü-ō-ō-di-'sil-yən, ˌdyü-\ *n, often attrib* [L *duodecim* twelve + E *-illion* (as in *million*)] (1875) — see NUMBER table

**duo·dec·i·mal** \ˌdü-ō-'de-sə-məl, ˌdyü-\ *adj* [L *duodecim* — more at DOZEN] (1727) : of, relating to, or proceeding by twelve or the scale of twelves — **duodecimal** *n*

**duo·dec·i·mo** \-ˌmō\ *n, pl* **-mos** [L, abl. of *duodecimus* twelfth, fr. *duodecim*] (1658) : TWELVEMO

**du·o·de·num** \ˌdü-ə-'dē-nəm, dü-'ä-d°n-əm *also* (ˌ)dyü-\ *n, pl* **-de·na** \-'dē-nə, -d°n-ə\ *or* **-denums** [ME, fr. ML, fr. L *duodecim* twelve each, fr. *duodecim* twelve; fr. its length, about 12 fingers' breadth] (14c) : the first part of the small intestine extending from the pylorus to the jejunum — **du·o·de·nal** \-'dē-n°l, -d°n-ə\ *adj*

**duo·logue** \'dü-ə-ˌlȯg, -ˌläg *also* 'dyü-\ *n* (1864) : a dialogue between two persons

**duo·mo** \'dwȯ-(ˌ)mō\ *n, pl* **duomos** [It, fr. L *domus* house — more at DOME] (1549) : CATHEDRAL

**du·op·o·ly** \dü-'ä-pə-lē *also* dyü-\ *n, pl* **-lies** [*duo-* + *-poly* (as in *monopoly*)] (1920)  1 : an oligopoly limited to two sellers  2 : preponderant influence or control by two political powers — **du·op·o·lis·tic** \-ˌä-pə-'lis-tik\ *adj*

**dup** \'dəp\ *vt* [contr. of *do up*] (1547) *archaic* : OPEN

¹**dupe** \'düp *also* 'dyüp\ *n* [F, fr. MF *duppe*, prob. alter. of *huppe* hoopoe] (1681) : one that is easily deceived or cheated : FOOL

²**dupe** *vt* **duped; dup·ing** (1704) : to make a dupe of — **dup·er** *n*

*syn* DUPE, GULL, TRICK, HOAX mean to deceive by underhanded means. DUPE suggests unwariness in the person deluded. GULL stresses credulousness or readiness to be imposed on (as through greed) on the part of the victim. TRICK implies an intent to delude by means of a ruse or fraud but does not always imply a vicious intent. HOAX implies the contriving of an elaborate or adroit imposture in order to deceive.

³**dupe** *n or vb* (ca. 1900) : DUPLICATE

**dup·ery** \'dü-pə-rē *also* 'dyü-\ *n, pl* **-er·ies** (1759)  1 : the condition of being duped  2 : the act or practice of duping

**du·ple** \'dü-pəl *also* 'dyü-\ *adj* [L *duplus* double — more at DOUBLE] (15c)  1 : having two elements  2 **a** : marked by two or a multiple of two beats per measure of music ⟨~ time⟩  **b** *of rhythm* : consisting of a meter based on disyllabic feet

¹**du·plex** \'dü-ˌpleks *also* 'dyü-\ *adj* [L, fr. *duo* two + *-plex* -fold — more at TWO, -FOLD] (1567)  1 **a** : having two principal elements or parts : DOUBLE, TWOFOLD  **b** : having complementary polynucleotide strands ⟨~ DNA⟩  2 : allowing telecommunication in opposite directions simultaneously

²**duplex** *vt* (1833) : to make duplex

³**duplex** *n* (1922) : something duplex: as  **a** : a 2-family house  **b** : DUPLEX APARTMENT  **c** : a duplex molecule of DNA or of RNA and DNA

**duplex apartment** *n* (ca. 1925) : an apartment having rooms on two floors

**du·plex·er** \'dü-ˌplek-sər *also* 'dyü-\ *n* (ca. 1932) : a switching device that permits alternate transmission and reception with the same radio antenna

¹**du·pli·cate** \'dü-pli-kət *also* 'dyü-\ *adj* [ME, fr. L *duplicatus*, pp. of *duplicare* to double, fr. *duplic-*, *duplex*] (15c)  1 : consisting of or existing in two corresponding or identical parts or examples ⟨~ invoices⟩  2 : being the same as another ⟨~ copies⟩

²**du·pli·cate** \'dü-pli-ˌkāt *also* 'dyü-\ *vb* **-cat·ed; -cat·ing** *vt* (15c)  1 : to make double or twofold  2 **a** : to make a copy of ⟨a cell ~s itself when it divides⟩  **b** : to produce something equal to ⟨trying to ~ last year's success⟩  **c** : to do over or again often needlessly ⟨*duplicated* effort⟩ ~ *vi* : to become duplicated; *also* : REPEAT — **du·pli·ca·tive** \-ˌkā-tiv\ *adj*

³**du·pli·cate** \-kət\ *n* (1532)  1 **a** : either of two things exactly alike and usu. produced at the same time or by the same process  **b** : an additional copy of something (as a book or stamp) already in a collection  2 : one that resembles or corresponds to another : COUNTERPART  3 : two identical copies — used in the phrase *in duplicate*  *syn* see REPRODUCTION

**duplicate bridge** *n* (1926) : a tournament form of contract bridge in which identical deals are played in order to compare individual scores

**du·pli·ca·tion** \ˌdü-pli-'kā-shən *also* ˌdyü-\ *n* (15c)  1 **a** : the act or process of duplicating  **b** : the quality or state of being duplicated  2 : DUPLICATE, COUNTERPART  3 : a part of a chromosome in which the genetic material is repeated; *also* : the process of forming a duplication

**du·pli·ca·tor** \'dü-pli-ˌkā-tər *also* 'dyü-\ *n* (1893) : one that duplicates; *specif* : a machine for making copies of graphic matter

**du·plic·i·tous** \dü-'pli-sə-təs *also* dyü-\ *adj* (1928) : marked by duplicity — **du·plic·i·tous·ly** *adv*

**du·plic·i·ty** \dü-'pli-sə-tē *also* dyü-\ *n, pl* **-ties** [ME *duplicite*, fr. MF, fr. LL *duplicitat-*, *duplicitas*, fr. L *duplex*] (15c)  1 : contradictory doubleness of thought, speech, or action; *esp* : the belying of one's true intentions by deceptive words or action  2 : the quality or state of being double or twofold  3 : the technically incorrect use of two or more distinct items (as claims, charges, or defenses) in a single legal action

**du·ra·ble** \'dùr-ə-bəl *also* 'dyùr-\ *adj* [ME, fr. MF, fr. L *durabilis*, fr. *durare* to last — more at DURING] (14c) : able to exist for a long time without significant deterioration; *also* : designed to be durable ⟨~

\ə\ abut \ˀ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision \ȧ, k̥, ⁿ, œ, œ̄, ᴜᴇ, ᴜ̄ᴇ, ʼ\ see Guide to Pronunciation

Defendant's Corrected Extrinsic Evidence Appendix (Vol. 1)]

5

goods)   *syn* see LASTING — **du·ra·bil·i·ty** \ˌdu̇r-ə-ˈbi-lə-tē, ˌdyu̇r-\ *n* — **du·ra·ble·ness** \ˈdu̇r-ə-bəl-nəs, ˈdyu̇r-\ *n* — **du·ra·bly** \-blē\ *adv*
**durable press** *n* (1966) : PERMANENT PRESS
**du·ra·bles** \ˈdu̇r-ə-bəlz *also* ˈdyu̇r-\ *n pl* (1941) : consumer goods (as vehicles and household appliances) that are typically used repeatedly over a period of years — called also *durable goods*
**du·ral·u·min** \du̇-ˈral-yə-mən *also* dyu̇-\ *n* [fr. *Duralumin*, a trademark] (1910) : a light strong alloy of aluminum, copper, manganese, and magnesium
**du·ra ma·ter** \ˈdu̇r-ə-ˌmā-tər, ˈdyu̇r-, -ˌmä-\ *n* [ME, fr. ML, lit., hard mother] (14c) : the tough fibrous membrane that envelops the brain and spinal cord external to the arachnoid and pia mater
**du·rance** \ˈdu̇r-ən(t)s *also* ˈdyu̇r-\ *n* [ME, fr. MF, fr. *durer* to endure, fr. L *durare*] (15c)   **1** *archaic* : ENDURANCE   **2** : restraint by or as if by physical force — usu. used in the phrase *durance vile*
**du·ra·tion** \du̇-ˈrā-shən *also* dyu̇-\ *n* (14c)   **1** : continuance in time   **2** : the time during which something exists or lasts
**du·ra·tive** \ˈdu̇r-ə-tiv, ˈdyu̇r-\ *adj* (1889) : CONTINUATIVE — **durative** *n*
**dur·bar** \ˈdər-ˌbär, ˌdər-ˈ\ *n* [Hindi *darbār*, fr. Per, fr. *dar* door + *bār* admission, audience] (1609)   **1** : court held by an Indian prince   **2** : a formal reception held by an Indian prince or an African ruler
**du·ress** \du̇-ˈres *also* dyu̇-\ *n* [ME *duresse*, fr. MF *duresce* hardness, severity, fr. L *duritia*, fr. *durus*] (15c)   **1** : forcible restraint or restriction   **2** : compulsion by threat; *specif* : unlawful constraint
**Dur·ham** \ˈdər-əm, ˈdə-rəm, ˈdu̇r-əm\ *n* [County *Durham*, England] (1810) : SHORTHORN
**Durham Rule** *n* [Monte *Durham*, 20th cent. Am. litigant] (1955) : a legal hypothesis under which a person is not judged responsible for a criminal act that is attributed to a mental disease or defect
**du·ri·an** \ˈdu̇r-ē-ən, -ē-ˌän *also* ˈdyu̇r-\ *n* [Malay] (1588)   **1** : a large oval tasty but foul-smelling fruit with a prickly rind   **2** : an East Indian tree (*Durio zibethinus*) of the silk-cotton family that bears durians
**dur·ing** \ˈdu̇r-iŋ *also* ˈdyu̇r-\ *prep* [ME, fr. prp. of *duren* to last, fr. OF *durer*, fr. L *durare* to harden, endure, fr. *durus* hard; perh. akin to Skt *dāru* wood — more at TREE] (14c)   **1** : throughout the duration of ⟨swims every day ~ the summer⟩   **2** : at a point in the course of ⟨was offered a job ~ a visit to the capital⟩
**dur·mast oak** \ˈdər-ˌmast-\ *n* [perh. alter. of *dun mast*, fr. ¹*dun* + *mast*] (1791) : a European oak (*Quercus petraea*) valued esp. for its dark heavy tough elastic wood and for its tannin-rich bark
**durn** \ˈdərn\, **durned** \ˈdərn(d)\ *var of* DARN, DARNED
**du·ro** \ˈdu̇r-(ˌ)ō\ *n, pl* **duros** [Sp, short for *peso duro* hard peso] (1832) : a Spanish or Spanish American peso or silver dollar
**du·roc** \ˈdu̇r-ˌäk *also* ˈdyu̇r-\ *n, often cap* [*Duroc*, 19th cent. Am. stallion] (1883) : any of a breed of large vigorous red American hogs
**du·rom·e·ter** \du̇-ˈrä-mə-tər *also* dyu̇-\ *n* [L *durus* hard] (ca. 1879) : an instrument for measuring hardness
**dur·ra** *also* **dou·ra** \ˈdu̇r-ə\ *n* [Ar *dhurah*] (1798) : any of several grain sorghums widely grown in warm dry regions
**durst** \ˈdərst\ *archaic & dial past of* DARE
**du·rum wheat** \ˈdu̇r-əm-, ˈdyu̇r-, ˈdər-əm-, ˈdə-rəm-\ *n* [NL *durum*, fr. L, neut. of *durus* hard] (ca. 1903) : a wheat (*Triticum durum*) that yields a glutenous flour used esp. in pasta — called also *durum*
¹**dusk** \ˈdəsk\ *adj* [ME *dosk*, alter. of OE *dox*; akin to L *fuscus* dark brown, OE *dunn* dun, *dūst* dust] (13c) : DUSKY
²**dusk** *vi* (13c) : to become dark ~ *vt* : to make dark or gloomy
³**dusk** *n* (1622)   **1** : the darker part of twilight esp. at night   **2** : darkness or semidarkness caused by the shutting out of light
**dusky** \ˈdəs-kē\ *adj* **dusk·i·er; -est** (1558)   **1** : somewhat dark in color; *specif* : having dark skin   **2** : marked by slight or deficient light : SHADOWY — **dusk·i·ly** \-kə-lē\ *adv* — **dusk·i·ness** \-kē-nəs\ *n*
¹**dust** \ˈdəst\ *n* [ME, fr. OE *dūst*; akin to OHG *tunst* storm, and prob. to L *fumus* smoke — more at FUME] (bef. 12c)   **1** : fine particles of matter (as of earth)   **2** : the particles into which something disintegrates   **3 a** : something worthless   **b** : a state of humiliation   **4 a** : the earth esp. as a place of burial   **b** : the surface of the ground   **5 a** : a cloud of dust   **b** : CONFUSION, DISTURBANCE   **6** *archaic* : a single particle (as of earth)   **7** *Brit* : refuse ready for collection — **dust·less** \-ləs\ *adj* — **dust·like** \-ˌlīk\ *adj*
²**dust** *vt* (1530)   **1** *archaic* : to make dusty   **2** : to make free of dust   **3 a** : to sprinkle with fine particles   **b** : to sprinkle in the form of dust ~ *vi*   **1** *of a bird* : to work dust into the feathers   **2** : to remove dust   **3** : to give off dust
**dust·bin** \ˈdəs(t)-ˌbin\ *n* (1848)   **1** *Brit* : a can for trash or garbage   **2** : DUSTHEAP 2
**dust bowl** *n* (1936) : a region that suffers from prolonged droughts and dust storms
**dust·cov·er** \-ˌkə-vər\ *n* (1899)   **1** : a cover (as of cloth or plastic) used to protect furniture or equipment from dust   **2** : DUST JACKET
**dust devil** *n* (1888) : a small whirlwind containing sand or dust
**dust·er** \ˈdəs-tər\ *n* (1576)   **1** : one that removes dust   **2 a** (1) : a long lightweight overgarment to protect clothing from dust   (2) : a long coat cut like a duster — called also *duster coat*   **b** : a dress-length housecoat   **3** : one that scatters fine particles; *specif* : a device for applying insecticidal or fungicidal dusts to crops   **4** : DUST STORM
**dust·heap** \ˈdəst-ˌhēp\ *n* (1599)   **1** : a pile of refuse   **2** : a category of forgotten items ⟨the ~ of history —*New Republic*⟩
**dust jacket** *n* (1926) : a paper cover for a book
**dust·man** \ˈdəs(t)-mən\ *n* (1707) *Brit* : a collector of trash or garbage
**dust mop** *n* (1953) : DRY MOP
**dust off** *vt* (1940) : to bring out or back to use again
**dust·pan** \ˈdəs(t)-ˌpan\ *n* (1783) : a shovel-shaped pan for sweepings
**dust storm** *n* (1879)   **1** : a dust-laden whirlwind that moves across an arid region and is usu. associated with hot dry air and marked by high electrical tension   **2** : strong winds bearing clouds of dust
**dust-up** \ˈdəs-ˌtəp\ *n* (1897) : ROW, FIGHT
**dust wrapper** *n* (1932) : DUST JACKET
**dusty** \ˈdəs-tē\ *adj* **dust·i·er; -est** (13c)   **1** : covered or abounding with dust   **2** : consisting of dust : POWDERY   **3** : resembling dust   **4** : lacking vitality : DRY ⟨~ scholarship⟩   **5** *Brit* : UNSATISFACTORY — used esp. in the phrases *dusty answer* and *not so dusty* — **dust·i·ly** \ˈdəs-tə-lē\ *adv* — **dust·i·ness** \-tē-nəs\ *n*

**dusty miller** *n* (ca. 1825) : any of several plants having ashy-gray or white tomentose leaves; *esp* : an herbaceous artemisia (*Artemisia stelleriana*) with greyish foliage found along the eastern coast of the U.S.
**dutch** \ˈdəch\ *adv, often cap* (1914) : with each person paying his or her own way
¹**Dutch** \ˈdəch\ *adj* [ME *Duch*, fr. MD *duutsch*; akin to OHG *diutisc* German, OE *thēod* nation, Goth *thiudisko* as a gentile, *thiuda* people, Oscan *touto* city] (14c)   **1 a** *archaic* : of, relating to, or in any of the Germanic languages of Germany, Austria, Switzerland, and the Low Countries   **b** : of, relating to, or in the Dutch of the Netherlands   **2 a** *archaic* : of or relating to the Germanic peoples of Germany, Austria, Switzerland, and the Low Countries   **b** : of or relating to the Netherlands or its inhabitants   **c** : ²GERMAN   **3** : of or relating to the Pennsylvania Dutch or their language — **Dutch·ly** *adv*
²**Dutch** *n* (14c)   **1 a** *archaic* (1) : any of the Germanic languages of Germany, Austria, Switzerland, and the Low Countries   (2) : GERMAN 3   **b** : the Germanic language of the Netherlands   **2 Dutch** *pl a archaic* : the Germanic peoples of Germany, Austria, Switzerland, and the Low Countries   **b** : GERMANS 2a, b   **c** : the people of the Netherlands   **3** : PENNSYLVANIA DUTCH   **4** : DANDER ⟨her ~ is up⟩   **5** : DISFAVOR, TROUBLE ⟨in ~ with the boss⟩
**Dutch cheese** *n* (1829) *chiefly Northern* : COTTAGE CHEESE
**Dutch clover** *n* (1800) : WHITE CLOVER
**Dutch Colonial** *adj* (1922) : characterized by a gambrel roof with overhanging eaves
**Dutch courage** *n* (1809) : courage artificially stimulated esp. by drink; *also* : drink taken for courage
**Dutch door** *n* (ca. 1890) : a door divided horizontally so that the lower or upper part can be shut separately
**Dutch elm disease** *n* (1927) : a disease of elms caused by an ascomycetous fungus (*Ceratocystis ulmi*) and characterized by yellowing of the foliage, defoliation, and death
**Dutch hoe** *n* (1744) : SCUFFLE HOE
**dutch·man** \ˈdəch-mən\ *n* (14c)   **1** *cap*   **a** *archaic* : a member of any of the Germanic peoples of Germany, Austria, Switzerland, and the Low Countries   **b** : a native or inhabitant of the Netherlands   **c** : a person of Dutch descent   **d** : GERMAN 1a, b   **2** : a device for hiding or counteracting structural defects
**Dutch·man's–breech·es** \ˌdəch-mənz-ˈbri-chəz\ *n pl but sing or pl in constr* (1837) : a spring-flowering herb (*Dicentra cucullaria*) of the fumitory family occurring in the eastern U.S. and having finely divided leaves and cream-white double-spurred flowers
**Dutchman's–pipe** \-ˈpīp\ *n, pl* **Dutchman's–pipes** \-ˈpīps\ (1845) : a vine (*Aristolochia durior*) with large leaves and early summer flowers having the tube of the calyx curved like the bowl of a pipe
**Dutch oven** *n* (1769)   **1** : a metal shield for roasting before an open fire   **2 a** : brick oven in which cooking is done by the preheated walls   **3 a** : a cast-iron kettle with a tight cover that is used for baking in an open fire   **b** : a heavy pot with a tight-fitting domed cover
**Dutch roll** *n* (1913) : a combination of directional and lateral oscillation of an airplane

Dutchman's-breeches

¹**dutch treat** *n, often cap D* (1887) : a meal or other entertainment for which each person pays his or her own way
²**dutch treat** *adv, often cap D* (1942) : DUTCH ⟨go *dutch treat*⟩
**Dutch uncle** *n* (1837) : one who admonishes sternly and bluntly
**du·te·ous** \ˈdü-tē-əs *also* ˈdyü-\ *adj* [irreg. fr. *duty*] (1593) : DUTIFUL, OBEDIENT
**du·ti·able** \ˈdü-tē-ə-bəl *also* ˈdyü-\ *adj* (1774) : subject to a duty
**du·ti·ful** \ˈdü-ti-fəl *also* ˈdyü-\ *adj* (1552)   **1** : filled with or motivated by a sense of duty   **2** : proceeding from or expressive of a sense of duty — **du·ti·ful·ly** \-f(ə-)lē\ *adv* — **du·ti·ful·ness** \-fəl-nəs\ *n*
¹**du·ty** \ˈdü-tē *also* ˈdyü-\ *n, pl* **duties** [ME *duete*, fr. AF *dueté*, fr. OF *deu* due] (13c)   **1** : conduct due to parents and superiors : RESPECT   **2 a** : obligatory tasks, conduct, service, or functions that arise from one's position (as in life or in a group)   **b** (1) : assigned service or business   (2) : active military service   (3) : a period of being on duty   **3 a** : the force of moral obligation   **b** : the force of moral obligation   **4** : TAX; *esp* : a tax on imports   **5 a** : WORK 1a   **b** (1) : the service required (as of an electric machine) under specified conditions   (2) : functional application : USE ⟨got double ~ out of the trip⟩   (3) : use as a substitute ⟨making the word do ~ for the thing —Edward Sapir⟩ *syn see* FUNCTION, TASK — **off duty** : free from assignment or responsibility — **on duty** : engaged in or responsible for an assigned task or duty
²**duty** *adj* (1806)   **1** : done as a duty   **2** : being on duty : assigned to specified tasks or functions ⟨the ~ officer⟩
**duty–free** \ˌdü-tē-ˈfrē, ˌdyü-, ˈdü-tē-ˌ\ *adj or adv* (1689)   **1** : without payment of customs duties : free from duties ⟨imported ~⟩ ⟨~ goods⟩   **2** : relating to or selling duty-free goods ⟨a ~ shop⟩
**du·um·vir** \du̇-ˈəm-vər *also* dyu̇-\ *n* [L, fr. *duum* (gen. of *duo* two) + *vir* man] (1600)   **1** : one of two Roman officers or magistrates constituting a board or court   **2** : one of two people jointly holding power — **du·um·vi·rate** \-və-rət\ *n*
**du·vet** \d(y)ü-ˈvā, ˈd(y)ü-ˌ\ *n* [F] (1758) : COMFORTER 2b
**duve·tyn** \ˈdü-və-ˌtēn, ˈdyü-, ˌdəv-ˌtēn\ *n* [F *duvetine*, fr. *duvet* down, fr. MF, alter. of (assumed) MF *dumet*, dim. of OF *dun*, *dum* down, fr. ON *dūnn* — more at DOWN] (1913) : a smooth lustrous velvety fabric
**dux·elles** \ˌdük-ˈsel, (ˌ)dü-ˈsel\ *n* [Marquis Louis Chalon du Blé d'Uxelles †1658 Fr. nobleman] (1877) : a garnish or stuffing made esp. of finely chopped sautéed mushrooms
¹**dwarf** \ˈdwȯrf\ *n, pl* **dwarfs** \ˈdwȯrfs\ *also* **dwarves** \ˈdwȯrvz\ *often attrib* [ME *dwerg*, *dwerf*, fr. OE *dweorg*, *dweorh*; akin to OHG *twerg* dwarf] (bef. 12c)   **1 a** : a person of unusually small stature; *esp* : one whose bodily proportions are abnormal   **b** : an insignificant person   **2** : an animal or plant much below normal size   **3** : a small legendary manlike being who is usu. misshapen and ugly and skilled as an artifi-

**en·thu·si·ast** \-,ast, -əst\ n (1570) : a person filled with enthusiasm: as **a** : one who is ardently attached to a cause, object, or pursuit ⟨a sports car ~⟩ **b** : one who tends to become ardently absorbed in an interest
**en·thu·si·as·tic** \in-,thü-zē-'as-tik, en-, also -,thyü-\ adj (1603) : filled with or marked by enthusiasm — **en·thu·si·as·ti·cal·ly** \-ti-k(ə-)lē\ adv
**en·thy·meme** \'en(t)-thi-,mēm\ n [L enthymema, fr. Gk enthymēma, fr. enthymeisthai to keep in mind, fr. en- + thymos mind, soul] (1552) : a syllogism in which one of the premises is implicit
**en·tice** \in-'tīs, en-\ vt **en·ticed; en·tic·ing** [ME, fr. MF enticier, fr. (assumed) VL intitiare, fr. L in- + titio firebrand] (14c) : to attract artfully or adroitly or by arousing hope or desire : TEMPT **syn** see LURE — **en·tice·ment** \-'tīs-mənt\ n — **en·tic·ing·ly** \-'tī-siŋ-lē\ adv
**en·tire** \in-'tīr, 'en-\ adj [ME, fr. MF entir, fr. L integer, lit., untouched, fr. in- + tangere to touch — more at TANGENT] (14c) **1** : having no element or part left out : WHOLE ⟨was alone the ~ day⟩ **2** : complete in degree : TOTAL ⟨their ~ devotion to their family⟩ **3 a** : consisting of one piece **b** : HOMOGENEOUS, UNMIXED **c** : INTACT ⟨strove to keep the collection ~⟩ **4** : not castrated **5** : having the margin continuous or free from indentations ⟨an ~ leaf⟩ **syn** see WHOLE, PERFECT — **entire** adv — **en·tire·ness** n
**entire** n (1597) **1** archaic : the whole : ENTIRETY **2** : STALLION
**en·tire·ly** adv (14c) **1** : to the full or entire extent : COMPLETELY ⟨I agree ~⟩ ⟨you are ~ welcome⟩ **2** : to the exclusion of others : SOLELY ⟨~ by my own efforts⟩
**en·tire·ty** \in-'tī-rə-tē, -'tī(-ə)r-tē\ n, pl **-ties** (1548) **1** : the state of being entire or complete **2** : SUM TOTAL, WHOLE
**en·ti·tle** \in-'tī-t'l, en-\ vt **en·ti·tled; en·ti·tling** \-'tīt-liŋ, -'l-iŋ\ [ME, fr. MF entituler, fr. LL intitulare, fr. L in- + titulus title] (14c) **1** : to give a title to : DESIGNATE **2** : to furnish with proper grounds for seeking or claiming something ⟨this ticket ~s the bearer to free admission⟩
**en·ti·tle·ment** \-'tī-t'l-mənt\ n (1944) **1 a** : the state or condition of being entitled : RIGHT **b** : a right to benefits specified esp. by law or contract **2** : a government program providing benefits to members of a specified group; also : funds supporting or distributed by such a program
**en·ti·ty** \'en-tə-tē, 'e-nə-\ n, pl **-ties** [ML entitas, fr. L ent-, ens existing thing, fr. coined prp. of esse to be — more at IS] (1596) **1 a** : BEING, EXISTENCE; esp : independent, separate, or self-contained existence **b** : the existence of a thing as contrasted with its attributes **2** : something that has separate and distinct existence and objective or conceptual reality
**ento-** — see ENT-
**en·to·derm** \'en-tə-,dərm\ n (1879) : ENDODERM — **en·to·der·mal** \,en-tə-'dər-məl\ adj — **en·to·der·mic** \-mik\ adj
**en·toil** \in-'tȯi(ə)l\ vt (1581) : ENTRAP; ENMESH
**entom-** or **entomo-** comb form [F, fr. Gk entomon] : insect ⟨entomophagous⟩
**en·tomb** \in-'tüm, en-\ vt [ME entoumben, fr. MF entomber, fr. en- + tombe tomb] (1576) **1** : to deposit in a tomb : BURY **2** : to serve as a tomb for — **en·tomb·ment** \-'tüm-mənt\ n
**en·to·mo·fau·na** \,en-tə-mō-'fȯ-nə, -'fä-\ n [NL] (1951) : a fauna of insects : the insects of an environment or region
**en·to·mol·o·gy** \,en-tə-'mä-lə-jē\ n [F entomologie, fr. Gk entomon insect (fr. neut. of entomos cut up; fr. en- + temnein to cut) + F -logie] — more at TOME] (1766) : a branch of zoology that deals with insects — **en·to·mo·log·i·cal** \-mə-'lä-ji-kəl\ adj — **en·to·mo·log·i·cal·ly** \-k(ə-)lē\ adv — **en·to·mol·o·gist** \,en-tə-'mä-lə-jist\ n
**en·to·moph·a·gous** \,en-tə-'mä-fə-gəs\ adj (1847) : feeding on insects
**en·to·moph·i·lous** \,en-tə-'mä-fə-ləs\ adj (1880) : normally pollinated by insects — compare ZOOPHILIC — **en·to·moph·i·ly** \-lē\ n
**en·to·proct** \'en-tə-,präkt\ n [ultim. fr. ent- + Gk prōktos anus] (1940) : any of a phylum (Entoprocta) of animals that are very similar to bryozoans but lack a true coelom and have the anus located near the mouth inside a crown of tentacles
**en·tou·rage** \,än-tu-'räzh\ n [F, fr. MF, fr. entourer to surround, fr. entour around, fr. en in (fr. L in) + tour circuit — more at TURN] (1834) **1** : one's attendants or associates **2** : SURROUNDINGS
**en·tr'acte** \'än(n)-,trakt, -,träkt, än(n)-'\ n [F, fr. entre- inter- + acte act] (ca. 1842) **1** : a dance, piece of music, or interlude performed between two acts of a play **2** : the interval between two acts of a play
**en·trails** \'en-,trālz, -trəlz\ n pl [ME entrailles, fr. MF, fr. ML intralia, alter. of L interanea, pl. of interaneum intestine, fr. neut. of interāneus interior] (14c) **1** : BOWELS, VISCERA; broadly : internal parts **2** : the inner workings of something ⟨the ~ of the movie industry⟩
**en·train** \in-'trān\ vt [MF entraîner, fr. en- + trainer to draw, drag — more at TRAIN] (1568) **1** : to draw along with or after oneself **2** : to draw in and transport (as solid particles or gas) by the flow of a fluid **3** : to incorporate (air bubbles) into concrete **4** : to determine or modify the phase or period of ⟨circadian rhythms ~ed by a light cycle⟩ — **en·train·er** n — **en·train·ment** \-'trān-mənt\ n
**entrain** vi (1881) : to put aboard a train ~ vi : to go aboard a train
**en·trance** \'en-trən(t)s\ n (15c) **1** : power or permission to enter : ADMISSION **2** : the act of entering **3** : the means or place of entry **4** : the point at which a voice or instrument part begins in ensemble music **5** : the first appearance of an actor in a scene
**en·trance** \in-'tran(t)s, en-\ vt **en·tranced; en·tranc·ing** (1593) **1** : to carry away with delight, wonder, or rapture **2** : to put into a trance — **en·trance·ment** \-'tran(t)s-mənt\ n
**en·trance·way** \'en-trən(t)s-,wā\ n (1865) : ENTRYWAY
**en·trant** \'en-trənt\ n (1635) : one that enters; esp : one that enters a contest
**en·trap** \in-'trap, en-\ vt [MF entraper, fr. en- + trape trap] (1534) **1** : to catch in or as if in a trap **2** : to lure into a compromising statement or act **syn** see CATCH
**en·trap·ment** \-mənt\ n (1597) **1 a** : the action or process of entrapping **b** : the condition of being entrapped **2** : the action of luring an individual into committing a crime in order to prosecute the person for it
**en·treat** \in-'trēt, en-\ vb [ME entreten, fr. MF entraitier, fr. en- + traitier to treat] vi (14c) **1** obs **a** : NEGOTIATE **b** : INTERCEDE **2** : to make an earnest request : PLEAD ~ vt **1** : to plead with esp. in order to persuade : ask urgently ⟨~ed his boss for another chance⟩ **2** ar-

chaic : to deal with : TREAT **syn** see BEG — **en·treat·ing·ly** \-'trē-tiŋ-lē\ adv — **en·treat·ment** \-mənt\ n
**en·treaty** \-'trē-tē\ n, pl **-treat·ies** (15c) : an act of entreating : PLEA
**en·tre·chat** \'än(n)-trə-,shä\ n [F, modif. of It (capriola) intrecciata, lit., intertwined caper] (1775) : a leap in which a ballet dancer repeatedly crosses the legs and sometimes beats them together
**en·tre·côte** also **en·tre·cote** \'än(n)-trə-,kōt\ n [F, entrecôte, fr. entre- inter- + côte rib, fr. L costa — more at INTER-, COAST] (1841) : a steak cut from between the ribs
**en·trée** or **en·tree** \'än-,trā also än-'\ n [F entrée, fr. OF — more at ENTRY] (1761) **1 a** : the act or manner of entering : ENTRANCE **b** : freedom of entry or access **2** : the main course of a meal in the U.S.
**en·tre·mets** \as sing än(n)-trə-'mā, as pl -'mā(z)\ n pl but sing or pl in constr [ME, fr. MF, fr. OF entremes, fr. L intermissus, pp. of intermittere to intermit] (15c) : dishes served in addition to the main course of a meal; esp : DESSERT
**en·trench** \in-'trench, en-\ vt (1555) **1 a** : to place within or surround with a trench, esp. for defense **b** : to place (oneself) in a strong defensive position **c** : to establish solidly ⟨~ed themselves in the business⟩ **2** : to cut into : FURROW; specif : to erode downward so as to form a trench ~ vi **1** : to dig or occupy a trench for defensive purposes **2** : to enter upon or take over something unfairly, improperly, or unlawfully : ENCROACH — used with on or upon — **en·trench·ment** \-mənt\ n
**en·tre·pôt** \'än(n)-trə-,pō\ n [F, fr. MF entrepost, fr. entreposer to put between, fr. entre- inter- + poser to pose, put] (1758) : an intermediary center of trade and transshipment
**en·tre·pre·neur** \,än-trə-p(r)ə-'nər, -'n(y)u̇r\ n [F, fr. OF, fr. entreprendre to undertake — more at ENTERPRISE] (1852) : one who organizes, manages, and assumes the risks of a business or enterprise — **en·tre·pre·neur·ial** \-'n(y)u̇r-ē-əl, -'nər-\ adj — **en·tre·pre·neur·ial·ism** \-ē-ə-li-zəm\ n — **en·tre·pre·neur·ial·ly** \-ē-ə-lē\ adv — **en·tre·pre·neur·ship** \-'nər-,ship, -'n(y)u̇r-\ n
**en·tre·sol** \'än(n)-trə-,säl, -,sól\ n [F, fr. Sp entresuelo, fr. entre between + suelo level, fr. (assumed) VL sola, fr. L solea sandal, sole, sill — more at SOLE] (1711) : MEZZANINE
**en·tro·pi·on** \en-'trō-pē-,än, -pē-ən\ n [NL, fr. en- + ²en- + ectropion turning out of the eyelid, fr. Gk ektropion, fr. ektrepein to turn out, fr. ex- out + trepein to turn] (ca. 1860) : the inversion or turning inward of the border of the eyelid against the eyeball
**en·tro·py** \'en-trə-pē\ n, pl **-pies** [ISV ²en- + Gk tropē change, lit., turn, fr. trepein to turn] (1875) **1** : a measure of the unavailable energy in a closed thermodynamic system that is also usu. considered to be a measure of the system's disorder and that is a property of the system's state and is related to it in such a manner that a reversible change in heat in the system produces a change in the measure which varies directly with the heat change and inversely with the absolute temperature at which the change takes place; broadly : the degree of disorder or uncertainty in a system **2 a** : the degradation of the matter and energy in the universe to an ultimate state of inert uniformity **b** : a process of degradation or running down or a trend to disorder **3** : CHAOS, DISORGANIZATION, RANDOMNESS — **en·tro·pic** \en-'trō-pik, -'trä-pik\ adj — **en·tro·pi·cal·ly** \-pi-k(ə-)lē\ adv
**en·trust** \in-'trəst, en-\ vt (1602) **1** : to confer a trust on; esp : to deliver something in trust to **2** : to commit to another with confidence **syn** see COMMIT — **en·trust·ment** \-'trəs(t)-mənt\ n
**en·try** \'en-trē\ n, pl **entries** [ME entre, fr. OF entree, fr. fem. of entré, pp. of entrer to enter] (13c) **1** : the right or privilege of entering : ENTRÉE **2** : the act of entering : ENTRANCE **3** : a place of entrance: as **a** : VESTIBULE, PASSAGE **b** : DOOR, GATE **4 a** : the act of making or entering a record **b** : something entered: as **(1)** : a record or notation of an occurrence, transaction, or proceeding **(2)** : a descriptive record (as in a card catalog or an index) **(3)** : HEADWORD **(4)** : a headword with its definition or identification **(5)** : VOCABULARY ENTRY **5** : a person, thing, or group entered in a contest
**en·try–lev·el** \'en-trē-,le-vəl\ adj (1975) : of or being at the lowest level of a hierarchy ⟨~ jobs⟩
**en·try·way** \-trē-,wā\ n (1746) : a passage for entrance
**entry word** n (ca. 1908) : HEADWORD
**en·twine** \in-'twīn, en-\ vt (1590) : to twine together or around ~ vi : to become twisted or twined
**en·twist** \in-'twist, en-\ vt (1590) : ENTWINE
**enu·cle·ate** \(,)ē-'nü-klē-,āt, -'nyü-\ vt **-at·ed; -at·ing** [L enucleatus, pp. of enucleare, lit., to remove the kernel from, fr. e- + nucleus kernel — more at NUCLEUS] (1548) **1** archaic : EXPLAIN **2** : to deprive of a nucleus **3** : to remove without cutting into ⟨~ a tumor⟩ ⟨~ the eyeball⟩ — **enu·cle·ation** \(,)ē-,n(y)ü-klē-'ā-shən\ n
**enu·mer·a·ble** \i-'n(y)üm-rə-bəl, -'n(y)ü-mə-\ adj (ca. 1889) : DENUMERABLE — **enu·mer·a·bil·i·ty** \-,n(y)üm-rə-'bi-lə-tē, -'n(y)ü-mə-\ n
**enu·mer·ate** \i-'n(y)ü-mə-,rāt\ vt **-at·ed; -at·ing** [L enumeratus, pp. of enumerare, fr. e- + numerare to count, fr. numerus number] (1616) **1** : to ascertain the number of : COUNT **2** : to specify one after another : LIST — **enu·mer·a·tion** \-,n(y)ü-mə-'rā-shən\ n — **enu·mer·a·tive** \-'n(y)ü-mə-,rā-tiv, -'n(y)üm-rə-, -'n(y)ü-mə-rə-\ adj
**enu·mer·a·tor** \-'n(y)ü-mə-,rā-tər\ n (1856) : one that enumerates; esp : a census taker
**enun·ci·ate** \ē-'nən(t)-sē-,āt\ vb **-at·ed; -at·ing** [L enuntiatus, pp. of enuntiare to report, declare, fr. e- + nuntiare to report — more at ANNOUNCE] vt (1623) **1 a** : to make a definite or systematic statement of **b** : ANNOUNCE, PROCLAIM ⟨enunciated the new policy⟩ **2** : ARTICULATE, PRONOUNCE ⟨~ all the syllables⟩ ~ vi : to utter articulate sounds — **enun·ci·a·ble** \-'nən(t)-sē-ə-bəl, -'nən-ch(ē-)ə-\ adj — **enun·ci·a·tion** \-,nən(t)-sē-'ā-shən\ n — **enun·ci·a·tor** \-'nən(t)-sē-,ā-tər\ n
**enure** var of INURE
**en·ure·sis** \,en-yu̇-'rē-səs\ n [NL, fr. Gk enourein to urinate in, wet the bed, fr. en- + ourein to urinate — more at URINE] (ca. 1800) : the in-

\ə\ abut  \ˈ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \ṯh\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ü, ū̇, ᵛ\ see Guide to Pronunciation

is not recognized as a legal person distinct from the members composing it  3 : a business unit or enterprise
**fir·ma·ment** \\'fər-mə-mənt\\ n [ME, fr. LL & L; LL firmamentum, fr. L, support, fr. firmare] (13c)  1 : the vault or arch of the sky : HEAVENS  2 obs : BASIS  3 : the field or sphere of an interest or activity (the international fashion ~) — **fir·ma·men·tal** \\,fər-mə-'men-t°l\\ adj
**fir·mer chisel** \\'fər-mər-\\ n [F formoir chisel, alter. of MF formoir, fr. former to form, fr. OF forme form] (1823) : a woodworking chisel with a thin flat blade
**firm·ware** \\'fərm-,war, -,wer\\ n (1967) : computer programs contained permanently in a hardware device (as a read-only memory)
**firn** \\'firn\\ n [G, fr. OHG firni old; akin to OE faran] (1853) : NÉVÉ
**¹first** \\'fərst\\ adj [ME, fr. OE fyrst; akin to OHG furist first, OE faran to go — more at FARE] (bef. 12c) : preceding all others in time, order, or importance: as  **a** : EARLIEST  **b** : being the lowest forward gear or speed of a motor vehicle  **c** : having the highest or most prominent part among a group of similar voices or instruments (~ tenor) (~ violins)
**²first** adv (bef. 12c)  1 **a** : before another in time, space, or importance  **b** : in the first place — often used with of all  **c** : for the first time  : in preference to something else : SOONER
**³first** n (13c)  1 — see NUMBER table  2 : something that is first: as  **a** : the first occurrence or item of a kind  **b** : the first forward gear or speed of a motor vehicle  **c** : the highest or chief voice or instrument of a group  **d** : an article of commerce of the finest grade  **e** : the winning or highest place in a competition, examination, or contest  3 : FIRST BASE — **at first** : at the beginning : INITIALLY
**first aid** n (1882) : emergency care or treatment given to an ill or injured person before regular medical aid can be obtained
**first base** n (1845)  1 : the base that must be touched first by a base runner in baseball  2 : the player position for defending the area around first base  3 : the first step or stage in a course of action (plans never got to first base) — **first base·man** \\-'bā-smən\\ n
**first·born** \\'fərs(t)-'bórn\\ adj (14c) : first brought forth : ELDEST — **firstborn** n
**first cause** n (14c) : the self-created ultimate source of all being
**first–class** \\'fərs(t)-'klas\\ adj (ca. 1838)  1 : of or relating to first class  2 : of the highest quality (a ~ meal) — **first–class** adv
**first class** n (1750) : the first or highest group in a classification: as  **a** : the highest of usu. three classes of travel accommodations  **b** : a class of mail that comprises letters, postcards, or matter sealed against inspection
**first cousin** n (1661) : COUSIN 1a
**first day cover** n (1932) : a philatelic cover franked with a newly issued postage stamp and postmarked on the first day of issue at a city officially chosen for first day sale
**first–degree burn** n (ca. 1929) : a mild burn characterized by heat, pain, and reddening of the burned surface but not exhibiting blistering or charring of tissues
**first down** n (1897)  1 : the first of a series of usu. four downs in which a football team must net a 10-yard gain to retain possession of the ball  2 : a gain of a total of 10 or more yards within usu. four downs giving the team the right to start a new series of downs
**first edition** n (ca. 1828) : the copies of a literary work first printed from the same type and issued at the same time; also : a single copy from a first edition
**first estate** n, often cap F&E (1935) : the first of the traditional political estates; specif : CLERGY
**first floor** n (15c)  1 : GROUND FLOOR 1  2 chiefly Brit : the floor next above the ground floor
**first·fruits** \\'fərs(t)-'früts\\ n pl (14c)  1 : the earliest gathered fruits offered to the Deity in acknowledgment of the gift of fruitfulness  2 : the earliest products or results of an endeavor
**first·hand** \\'fərst-'hand\\ adj (1748) : obtained by, coming from, or being direct personal observation or experience (a ~ account of the war) — **firsthand** adv
**first lady** n, often cap F&L (1834)  1 : the wife or hostess of the chief executive of a country or jurisdiction  2 : the leading woman of an art or profession
**first lieutenant** n (1782)  1 : a commissioned officer in the army, air force, or marine corps ranking above a second lieutenant and below a captain  2 : a naval officer responsible for a ship's upkeep
**first·ling** \\'fərst-liŋ\\ n (1535)  1 : the first of a class or kind  2 : the first produce or result of something
**first·ly** \\-lē\\ adv (ca. 1532) : in the first place : FIRST
**first mortgage** n (1855) : a mortgage that has priority as a lien over all mortgages and liens except those imposed by law
**first name** n (13c) : the name that stands first in one's full name
**first night** n (1711) : the night on which a theatrical production is first performed at a given place; also : the performance itself
**first–night·er** \\'fərs(t)-'nī-tər\\ n (1882) : a spectator at a first-night performance
**first off** adv (1880) : in the first place : before anything else
**first offender** n (1849) : one convicted of an offense for the first time
**first papers** n pl (1912) : papers declaring intention filed by an applicant for citizenship as the first step in the naturalization process
**first person** n (1520)  1 **a** : a set of linguistic forms (as verb forms, pronouns, and inflectional affixes) referring to the speaker or writer of the utterance in which they occur  **b** : a linguistic form belonging to such a set  **c** : reference of a linguistic form to the speaker or writer of the utterance in which it occurs  2 : a style of discourse marked by general use of verbs and pronouns of the first person
**¹first–rate** \\'fərs(t)-'rāt\\ adj (1671)  1 : of the first order of size, importance, or quality — **first–rate·ness** n — **first–rat·er** \\-'rā-tər\\ n
**²first–rate** adv (1844) : very well (is getting along ~, now —Mark Twain)
**First Reader** n (1895) : a Christian Scientist chosen to conduct meetings for a specified time and specif. to read aloud from the writings of Mary Baker Eddy
**first reading** n (ca. 1703) : the first submitting of a bill before a quorum of a legislative assembly usu. by title or number only
**first–run** \\'fərs(t)-'rən\\ adj (1912) : available for public viewing for the first time (~ movies); also : exhibiting first-run movies (~ theaters)
**first sergeant** n (ca. 1860)  1 : a noncommissioned officer serving as the chief assistant to the commander of a military unit (as a company or squadron)  2 : the rank of a first sergeant; specif : a rank in the army above a platoon sergeant and below a command sergeant major and in the marine corps above a gunnery sergeant and below a sergeant major
**first strike** n (1960) : a preemptive nuclear attack — **first–strike** adj
**first–string** \\'fərs(t)-'striŋ\\ adj (1917)  1 : being a regular as distinguished from a substitute (as on a team)  2 : FIRST-RATE
**first water** n (1753)  1 : the purest luster — used of gems  2 : the highest grade, degree, or quality
**first world** n, often cap F&W [after third world] (1967) : the highly developed industrialized nations often considered the westernized countries of the world
**firth** \\'fərth\\ n [ME, fr. ON fjorthr — more at FORD] (14c) : ESTUARY
**fisc** \\'fisk\\ n [L fiscus] (1598) : a state or royal treasury
**¹fis·cal** \\'fis-kəl\\ adj [L fiscalis, fr. fiscus basket, treasury] (1563)  1 : of or relating to taxation, public revenues, or public debt (~ policy)  2 : of or relating to financial matters — **fis·cal·ly** \\-kə-lē\\ adv
**²fiscal** n (1929)  1 : REVENUE STAMP  2 : FISCAL YEAR
**fiscal year** n (1843) : an accounting period of 12 months
**¹fish** \\'fish\\ n, pl **fish** or **fish·es** often attrib [ME, fr. OE fisc; akin to OHG fisc fish, L piscis] (bef. 12c)  1 **a** : an aquatic animal — usu. used in combination (starfish) (cuttlefish)  **b** : any of numerous cold-blooded strictly aquatic craniate vertebrates that include the bony fishes and usu. the cartilaginous and jawless fishes and that have typically an elongated somewhat spindle-shaped body terminating in a broad caudal fin, limbs in the form of fins when present at all, and a 2-chambered heart by which blood is sent through thoracic gills to be oxygenated  2 : the flesh of fish used as food  3 **a** : a person who is caught or is wanted (as in a criminal investigation)  **b** : FELLOW, PERSON (an odd ~)  **c** : SUCKER 5a  4 : something that resembles a fish: as  **a** pl, cap : PISCES 1, 2a  **b** : TORPEDO 2b — **fish·less** \\'fish-ləs\\ adj — **fish·like** \\-,līk\\ adj — **fish out of water** : a person who is in an unnatural or uncomfortable sphere or situation — **fish to fry** : concerns or interests to pursue — usu. used with other — **neither fish nor fowl** : one that does not belong to a particular class or category



fish 1b: 1 mandible, 2 nasal opening, 3 eye, 4 cheek, 5 operculum, 6 dorsal fins, 7 lateral line, 8 caudal fin, 9 scales, 10 anal fin, 11 anus, 12 pectoral fin, 13 pelvic fin, 14 maxilla, 15 premaxilla, 16 upper jaw

**²fish** vi (bef. 12c)  1 : to attempt to catch fish  2 : to seek something by roundabout means (~ing for a compliment)  3 **a** : to search for something underwater (~ for pearls)  **b** : to engage in a search by groping or feeling (~ing around in her purse for her keys) ~ vt  1 **a** : to try to catch fish in  **b** : to fish with : use (as a boat, net, or bait) in fishing  2 **a** : to go fishing for (~ salmon)  **b** : to pull or draw as if fishing (~ed the ball from under the car) (~ wires through a conduit) — **fish·abil·i·ty** \\,fi-shə-'bi-lə-tē\\ n — **fish·able** \\'fi-shə-bəl\\ adj —
**fish or cut bait** : to make a choice between alternatives
**fish–and–chips** \\,fi-sh°n-'chips\\ n pl (1876) : fried fish and french fried potatoes
**fish·bowl** \\'fish-,bōl\\ n (1906)  1 : a bowl for the keeping of live fish  2 : a place or condition that affords no privacy
**fish cake** n (1854) : a round fried cake made of shredded fish and mashed potato
**fish duck** n (1858) : MERGANSER
**fish·er** \\'fi-shər\\ n (bef. 12c)  1 : one that fishes  2 **a** : a large dark brown No. American carnivorous mammal (Martes pennanti) related to the weasels  **b** : the fur or pelt of this animal
**fish·er·folk** \\'fi-shər-,fōk\\ n pl (1854) : people who fish esp. for a living
**fish·er·man** \\-mən\\ n (15c)  1 : one who engages in fishing as an occupation or for pleasure  2 : a ship used in commercial fishing
**fisherman's bend** n (1823) : a knot made by passing the end twice round a spar or through a ring and then back under both turns — see KNOT illustration
**fish·er·wo·man** \\'fi-shər-,wu̇-mən\\ n (1816) : a woman who fishes as an occupation or for pleasure
**fish·ery** \\'fi-shə-rē\\ n, pl **-er·ies** (1528)  1 : the occupation, industry, or season of taking fish or other sea animals (as sponges, shrimp, or seals)  2 : FISHING  3 : a place for catching fish or taking other sea animals  3 : a fishing establishment; also : its fishermen  4 : the legal right to take fish at a particular place or in particular waters  5 : the technology of fishery — usu. used in pl.
**fish–eye** \\'fish-,ī\\ adj (1943) : being, having, or produced by a wide-angle photographic lens that has a highly curved protruding front, that covers an angle of about 180 degrees, and that gives a circular image
**fish farm** n (1865) : a commercial facility for raising aquatic animals for human food — **fish–farm** \\'fish-,färm\\ vt
**fish finger** n (1962) Brit : FISH STICK

\ə\ abut \ʻ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\aú\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ó\ law \ói\ boy \th\ thin \t͟h\ the \ü\ loot \ú\ foot
\y\ yet \zh\ vision \à, k̯, ⁿ, œ, œ̄, ᵫ, ᵿ, \ʻ\ see Guide to Pronunciation

**458  forgetful • formed**

or recall ⟨I ~ his name⟩  **b** *obs* : to cease from doing  **2** : to treat with inattention or disregard ⟨*forgot* their old friends⟩  **3** : to disregard intentionally : OVERLOOK — usu. used in the imperative ⟨~ it⟩  ~ *vi*  **1** : to cease remembering or noticing ⟨forgive and ~⟩  **2** : to fail to become mindful at the proper time ⟨~ about paying the bill⟩  *syn* see NEGLECT — **for·get·ter** *n* — **forget oneself** : to lose one's dignity, temper, or self-control

**for·get·ful** \-'get-fəl\ *adj* (14c)  **1** : likely to forget  **2** : characterized by negligent failure to remember : NEGLECTFUL  **3** : inducing oblivion ⟨~ sleep⟩ — **for·get·ful·ly** \-fə-lē\ *adv* — **for·get·ful·ness** *n*

**for·ge·tive** \'fȯr-jə-tiv, 'fȯr-\ *adj* [prob. fr. ²*forge* + -*tive* (as in *inventive*)] (1597) *archaic* : INVENTIVE, IMAGINATIVE

**for·get–me–not** \fər-'get-mē-ˌnät, fȯr-\ *n* (1532) : any of a genus (*Myosotis*) of small herbs of the borage family having bright-blue or white flowers usu. arranged in a curving spike

**for·get·ta·ble** \fər-'ge-tə-bəl, fȯr-\ *adj* (1845) : fit or likely to be forgotten ⟨a ~ movie⟩

**forg·ing** \'fȯr-jiŋ, 'fȯr-\ *n* (14c)  **1** : the art or process of forging  **2** : a piece of forged work  **3** : FORGERY 3

**for·give** \fər-'giv, fȯr-\ *vb* **-gave** \-'gāv\; **-giv·en** \-'gi-vən\; **-giv·ing** [ME, fr. OE *forgifan*, fr. *for-* + *gifan* to give] *vt* (bef. 12c)  **1 a** : to give up resentment of or claim to requital for ⟨~ an insult⟩  **b** : to grant relief from payment of ⟨~ a debt⟩  **2** : to cease to feel resentment against (an offender) : PARDON ⟨~ one's enemies⟩  ~ *vi* : to grant forgiveness  *syn* see EXCUSE — **for·giv·able** \-'gi-və-bəl\ *adj* — **for·giv·ably** \-blē\ *adv* — **for·giv·er** *n*

**for·give·ness** \-'giv-nəs\ *n* (bef. 12c) : the act of forgiving

**for·giv·ing** *adj* (1690)  **1** : willing or able to forgive  **2** : allowing room for error or weakness ⟨designed to be a ~ tennis racquet⟩ — **for·giv·ing·ly** \-'gi-viŋ-lē\ *adv* — **for·giv·ing·ness** *n*

**for·go** \fȯr-'gō, fȯr-\ *vt* **-went** \-'went\; **-gone** \-'gȯn *also* -'gän\; **-go·ing** \-'gō-iŋ, -'gȯ(-)iŋ\ [ME, fr. OE *forgān* to pass by, forgo, fr. *for-* + *gān* to go] (bef. 12c)  **1** : to give up the enjoyment or advantage of : do without  **2** *archaic* : FORSAKE — **for·go·er** \-'gō(-ə)r\ *n*

**forgotten man** *n* (1925) : a person or category of persons that receives less attention than is merited

**for instance** \fə-'rin(t)-stən(t)s, 'frin(t)-\ *n* (1959) : EXAMPLE ⟨I'll give you a *for instance*⟩

**fo·rint** \'fȯr-ˌint\ *n*, *pl* **forints** *also* **forint** [Hung] (ca. 1916) — see MONEY table

**for·judge** *var of* FOREJUDGE

¹**fork** \'fȯrk\ *n* [ME *forke*, fr. OE & ONF; OE *forca* & ONF *forque*, fr. L *furca*] (bef. 12c)  **1** : an implement with two or more prongs used esp. for taking up (as in eating), pitching, or digging  **2** : a forked part, tool, or piece of equipment  **3 a** : a division into branches or the place where something divides into branches  **b** : CONFLUENCE  **4** : one of the branches into which something forks  **5** : an attack by one chess piece (as a knight) on two pieces simultaneously — **fork·ful** \-ˌfu̇l\ *n*

²**fork** *vi* (15c)  **1** : to divide into two or more branches ⟨where the road ~s⟩  **2 a** : to use or work with a fork  **b** : to turn into a fork  ~ *vt*  **1** : to give the form of a fork to ⟨~ing her fingers⟩  **2** : to attack (two chessmen) simultaneously  **3** : to raise, pitch, dig, or work with a fork ⟨~ hay⟩  **4** : PAY, CONTRIBUTE — used with *over*, *out*, or *up* ⟨had to ~ over $5000⟩ — **fork·er** *n*

**fork·ball** \'fȯrk-ˌbȯl\ *n* (1936) : a baseball pitch in which the ball is gripped between the forked index and middle fingers

**forked** \'fȯrkt, 'fȯr-kəd\ *adj* (13c)  **1** : resembling a fork esp. in having one end divided into two or more branches or points ⟨~ lightning⟩  **2** : shaped like a fork or having a forked part ⟨a ~ road⟩

**forked tongue** *n* (1836) : intent to mislead or deceive — usu. used in the phrase *to speak with forked tongue*

**fork·lift** \'fȯr-ˌklift\ *n* (1944) : a self-propelled machine for hoisting and transporting heavy objects by means of steel fingers inserted under the load

**fork–ten·der** \'fȯrk-'ten-dər\ *adj* (1973) : tender enough to be easily pierced or cut with a fork ⟨~ filet mignon⟩

**forky** \'fȯr-kē\ *adj* **fork·i·er; -est** (1697) : FORKED ⟨a ~ beard⟩

**for·lorn** \fər-'lȯrn, fȯr-\ *adj* [ME *forloren*, fr. OE, pp. of *forlēosan* to lose, fr. *for-* + *lēosan* to lose — more at LOSE] (bef. 12c)  **1 a** : BEREFT, FORSAKEN ⟨left quite ~ of hope⟩  **b** : sad and lonely because of isolation or desertion : DESOLATE  **2** : being in poor condition : MISERABLE, WRETCHED ⟨~ tumbledown buildings⟩  **3** : nearly hopeless ⟨a ~ attempt⟩  *syn* see ALONE — **for·lorn·ly** *adv* — **for·lorn·ness** \-'lȯrn-nəs\ *n*

**forlorn hope** *n* [by folk etymology fr. D *verloren hoop*, lit., lost band] (1579)  **1** : a body of men selected to perform a perilous service  **2** : a desperate or extremely difficult enterprise

¹**form** \'fȯrm\ *n* [ME *forme*, fr. OF, fr. L *forma* form, beauty] (13c)  **1 a** : the shape and structure of something as distinguished from its material  **b** : a body (as of a person) esp. in its external appearance or as distinguished from the face : FIGURE  **c** *archaic* : BEAUTY  **2** : the essential nature of a thing as distinguished from its matter: **a** : IDEA 1a  **b** : the component of a thing that determines its kind  **3 a** : established method of expression or proceeding : procedure according to rule or rote  **b** : a prescribed and set order of words : FORMULA ⟨the ~ of the marriage service⟩  **4** : a printed or typed document with blank spaces for insertion of required or requested information ⟨tax ~s⟩  **5 a** (1) : conduct regulated by extraneous controls (as of custom or etiquette) : CEREMONY (2) : show without substance  **b** : manner or conduct as tested by a prescribed or accepted standard ⟨rudeness is simply bad ~⟩  **c** : manner or style of performing or accomplishing according to recognized standards of technique ⟨a strong swimmer but weak on ~⟩  **6 a** : the resting place or nest of a hare  **b** : a long seat : BENCH  **7 a** : a supporting frame model of the human figure or part (as the torso) of the human figure usu. used for displaying apparel  **b** : a proportioned and often adjustable model for fitting clothes  **c** : a mold in which concrete is placed to set  **8** : the printing type or other matter arranged and secured in a chase ready for printing  **9 a** : one of the different modes of existence, action, or manifestation of a particular thing or substance : KIND ⟨one ~ of respiratory disorder⟩ ⟨a ~ of art⟩  **b** : a distinguishable group of organisms  **c** : LINGUISTIC FORM  **d** : one of the different aspects a word may take as a result of inflection or change of spelling or pronunciation ⟨verbal ~s⟩  **e** : a mathematical expression of a particular type ⟨a bilinear ~⟩ ⟨a polynomial ~⟩  **10 a** (1) : orderly method of arrangement (as in the presentation of ideas) : manner of coordinating elements (as of an artistic production or course of reasoning) (2) : a particular kind or instance of such arrangement ⟨the sonnet is a poetical ~⟩  **b** : PATTERN, SCHEMA (arguments of the same logical ~)  **c** : the structural element, plan, or design of a work of art — compare CONTENT 2c  **d** : a visible and measurable unit defined by a contour : a bounded surface or volume  **11** : a grade in a British school or in some American private schools  **12 a** (1) : the past performance of a race horse (2) : RACING FORM  **b** : known ability to perform ⟨a singer at the top of her ~⟩  **c** : condition suitable for performing (as in athletic competition) ⟨back on ~⟩

²**form** *vt* (13c)  **1 a** : to give a particular shape to : shape or mold into a certain state or after a particular model ⟨~ the dough into a ball⟩ ⟨a state ~ed along republican lines⟩  **b** : to arrange themselves in ⟨the dancers ~ed a line⟩  **c** : to model by instruction and discipline ⟨a mind ~ed by classical education⟩  **2** : to give form or shape to : FASHION, CONSTRUCT  **3** : to serve to make up or constitute : be an essential or basic element of  **4** : DEVELOP, ACQUIRE ⟨~ a habit⟩  **5** : to arrange in order : DRAW UP  **6 a** : to assume an inflection so as to produce (as a tense) ⟨~s the past in *-ed*⟩  **b** : to combine to make (a compound word)  ~ *vi*  **1** : to become formed or shaped  **2** : to take form : come into existence : ARISE  **3** : to take on a definite form, shape, or arrangement — **form·abil·i·ty** \ˌfȯr-mə-'bi-lə-tē\ *n* — **form·able** \'fȯr-mə-bəl\ *adj* — **form on** : to take up a formation next to

**form-** *or* **formo-** *comb form* [*formic*] : formic acid ⟨*formate*⟩

**-form** \ˌfȯrm\ *adj comb form* [MF & L; MF *-forme*, fr. L *-formis*, fr. *forma*] : in the form or shape of : resembling ⟨fili*form*⟩

¹**for·mal** \'fȯr-məl\ *adj* [ME, fr. MF or L; MF, fr. L *formalis*, fr. *forma*] (14c)  **1 a** : belonging to or constituting the form or essence of a thing ⟨~ cause⟩  **b** : relating to or involving the outward form, structure, relationships, or arrangement of elements rather than content ⟨~ logic⟩ ⟨~ style of painting⟩ ⟨~ approach to comparative linguistics⟩  **2 a** : following or according with established form, custom, or rule ⟨lacked ~ schooling⟩ ⟨a ~ dinner party⟩ ⟨~ attire⟩  **b** : done in due or lawful form ⟨a ~ contract⟩ ⟨received ~ recognition⟩  **3 a** : characterized by punctilious respect for form : METHODICAL ⟨very ~ in all his dealings⟩  **b** : rigidly ceremonious : PRIM  **4** : having the appearance without the substance ⟨~ Christians who go to church only at Easter⟩  *syn* see CEREMONIAL — **for·mal·ly** \-mə-lē\ *adv* — **for·mal·ness** *n*

²**formal** *n* (1605) : something (as a dance or a dress) formal in character

³**formal** *adj* [*formula* + ¹*-al*] (ca. 1934) : ³MOLAR

**form·al·de·hyde** \fȯr-'mal-də-ˌhīd, fər-\ *n* [ISV *form-* + *aldehyde*] (1872) : a colorless pungent irritating gas $CH_2O$ used chiefly as a disinfectant and preservative and in chemical synthesis

**for·ma·lin** \'fȯr-mə-lən, -ˌlēn\ *n* [*Formalin*, a trademark] (1893) : a clear aqueous solution of formaldehyde containing a small amount of methanol

**for·mal·ise** *Brit var of* FORMALIZE

**for·mal·ism** \'fȯr-mə-ˌli-zəm\ *n* (ca. 1840)  **1** : the practice or the doctrine of strict adherence to prescribed or external forms (as in religion or art); *also* : an instance of this  **2** : marked attention to arrangement, style, or artistic means (as in art or literature) usu. with corresponding de-emphasis of content — **for·mal·ist** \-list\ *n or adj* — **for·mal·is·tic** \ˌfȯr-mə-'lis-tik\ *adj*

**for·mal·i·ty** \fȯr-'ma-lə-tē\ *n*, *pl* **-ties** (1597)  **1** : compliance with formal or conventional rules : CEREMONY  **2** : the quality or state of being formal  **3** : an established form or procedure that is required or conventional

**for·mal·ize** \'fȯr-mə-ˌlīz\ *vt* **-ized; -iz·ing** (1646)  **1** : to give a certain or definite form to : SHAPE  **2 a** : to make formal  **b** : to give formal status or approval to — **for·mal·iz·able** \-ˌlī-zə-bəl\ *adj* — **for·mal·iza·tion** \ˌfȯr-mə-lə-'zā-shən\ *n* — **for·mal·iz·er** \'fȯr-mə-ˌlī-zər\ *n*

**form·am·ide** \fȯr-'ma-ˌmīd; 'fȯr-mə-ˌmīd, -məd\ *n* (1852) : a colorless hygroscopic liquid $CHONH_2$ used chiefly as a solvent

**for·mant** \'fȯr-mənt, -ˌmant\ *n* (1901) : a characteristic component of the quality of a speech sound; *specif* : any of several resonance bands held to determine the phonetic quality of a vowel

¹**for·mat** \'fȯr-ˌmat\ *n* [F or G; F, fr. G, fr. L *formatus*, pp. of *formare* to form, fr. *forma*] (1840)  **1** : the shape, size, and general makeup (as of something printed)  **2** : general plan of organization, arrangement, or choice of material (as for a television show)

²**format** *vt* **for·mat·ted; for·mat·ting** (1964) : to arrange (as material to be printed or stored data) in a particular format — **for·mat·ter** *n*

**for·mate** \'fȯr-ˌmāt\ *n* (1807) : a salt or ester of formic acid

**for·ma·tion** \fȯr-'mā-shən\ *n* (15c)  **1** : an act of giving form or shape to something or of taking form : DEVELOPMENT  **2** : something that is formed ⟨new word ~s⟩  **3** : the manner in which a thing is formed : STRUCTURE ⟨the peculiar ~ of the heart⟩  **4** : the largest unit in an ecological community comprising two or more associations and their precursors ⟨grassland ~⟩  **5 a** : any igneous, sedimentary, or metamorphic rock represented as a unit  **b** : any sedimentary bed or consecutive series of beds sufficiently homogeneous or distinctive to be a unit  **6** : an arrangement of a body or group of persons or things in some prescribed manner or for a particular purpose

¹**for·ma·tive** \'fȯr-mə-tiv\ *adj* (15c)  **1 a** : giving or capable of giving form : CONSTRUCTIVE ⟨a ~ influence⟩  **b** : used in word formation or inflection  **2** : capable of alteration by growth and development; *also* : producing new cells and tissues  **3** : of, relating to, or characterized by formative effects or formation ⟨~ years⟩ — **for·ma·tive·ly** *adv*

²**formative** *n* (1816) : the element (as a suffix) in a word that serves to give the word appropriate form and is not part of the base

**form class** *n* (1921) : a class of linguistic forms that can be used in the same position in a construction and that have one or more morphological or syntactical features in common

**form–critical** *adj* (1933) : based on or applying form criticism

**form criticism** *n* (1928) : a method of criticism for determining the sources and historicity of biblical writings through analysis of the writings in terms of ancient literary forms and oral traditions (as love poems, parables, and proverbs) — **form critic** *n*

**forme** \'fȯm, 'fȯrm\ *n* (15c) *Brit* : FORM 8

**formed** \'fȯrmd\ *adj* (1605) : organized in a way characteristic of living matter ⟨mitochondria are ~ bodies of the cell⟩

vision — see EYE illustration — **fo·ve·al** \-vē-əl\ *adj* — **fo·ve·ate** \-vē-ˌāt, -ət\ *adj*

**fovea cen·tra·lis** \-sen-'tra-ləs, -'trā-, -'trā-\ *n* [NL, central fovea] (1858): FOVEA 2

¹**fowl** \'faù(ə)l\ *n, pl* **fowl** *or* **fowls** [ME *foul*, fr. OE *fugel*; akin to OHG *fogal* bird, and prob. to OE *flēogan* to fly — more at FLY] (bef. 12c) **1 a**: a bird of any kind — compare WATERFOWL, WILDFOWL **2 a**: a cock or hen of the domestic chicken (*Gallus gallus*); *esp*: an adult hen **b**: any of several domesticated, or wild gallinaceous birds — compare GUINEA FOWL, JUNGLE FOWL **3**: the meat of fowls used as food

²**fowl** *vi* (bef. 12c): to seek, catch, or kill wildfowl — **fowl·er** *n*

**fowling piece** *n* (1596): a shotgun for shooting birds or small quadrupeds

¹**fox** \'fäks\ *n, pl* **fox·es** *also* **fox** *often attrib* [ME, fr. OE; akin to OHG *fuhs* fox and perh. to Skt *puccha* tail] (bef. 12c) **1 a**: any of various carnivorous mammals (esp. genus *Vulpes*) of the dog family related to but smaller than wolves with shorter legs, more pointed muzzle, large erect ears, and long bushy tail **b**: the fur of a fox **2**: a clever crafty person **3** *archaic*: SWORD **4** *cap*: a member of an American Indian people formerly living in what is now Wisconsin **5**: a good-looking young woman or man

²**fox** *vt* (1611) **1** *obs*: INTOXICATE **2 a**: to trick by ingenuity or cunning: OUTWIT **b**: BAFFLE

**foxed** \'fäkst\ *adj* (1847): discolored with yellowish brown stains ⟨~ leaves of old books⟩

**fox fire** *n* (15c): an eerie phosphorescent light (as of decaying wood); *also*: a luminous fungus (as *Armillaria mellea*) that causes decaying wood to glow

**fox·glove** \'fäks-ˌgləv\ *n* (bef. 12c): any of a genus (*Digitalis*) of erect herbs of the snapdragon family; *esp*: a common European biennial or perennial (*D. purpurea*) cultivated for its showy racemes of dotted white or purple tubular flowers and as a source of digitalis

**fox grape** *n* (1657): any of several native grapes (esp. *Vitis labrusca*) of eastern No. America with sour or musky fruit

**fox·hole** \'fäks-ˌhōl\ *n* (1919): a pit dug usu. hastily for individual cover from enemy fire

**fox·hound** \-ˌhaùnd\ *n* (ca. 1763): any of various large swift powerful hounds of great endurance used in hunting foxes and developed to form several breeds and many distinctive strains — compare AMERICAN FOXHOUND, ENGLISH FOXHOUND

**fox·hunt·er** \-ˌhən-tər\ *n* (1692) **1**: one who engages in foxhunting **2**: HUNTER 1c

**fox·hunt·ing** \-ˌhən-tiŋ\ *n* (1674): a pastime in which participants on horseback ride over the countryside following a pack of hounds on the trail of a fox — **fox-hunt** \-ˌhənt\ *vi*

**fox·tail** \'fäks-ˌtāl\ *n* (14c) **1 a**: the tail of a fox **b**: something resembling the tail of a fox **2**: any of several grasses (esp. genera *Alopecurus*, *Hordeum*, and *Setaria*) with spikes resembling brushes — called also *foxtail grass*

**foxtail lily** *n* (1946): EREMURUS

**foxtail millet** *n* (ca. 1899): a coarse drought-resistant but frost-sensitive annual grass (*Setaria italica*) grown for grain, hay, and forage

**fox terrier** *n* (1823): any of a smooth-haired or a wirehaired breed of small lively terriers formerly used to dig out foxes

**Fox-trot** \'fäks-ˌträt\ *n* (1952) — a communications code word for the letter *f*

¹**fox–trot** \'fäks-ˌträt\ *n* (1872) **1**: a short broken slow trotting gait in which the hind foot of the horse hits the ground a trifle before the diagonally opposite forefoot **2**: a ballroom dance in duple time that includes slow walking steps, quick running steps, and the step of the two-step

²**fox–trot** *vi* (1916): to dance the fox-trot

**foxy** \'fäk-sē\ *adj* **fox·i·er; -est** (1528) **1**: resembling or suggestive of a fox ⟨a narrow ~ face⟩; *as* **a**: cunningly shrewd **b**: of a warm reddish brown color ⟨~ eyebrows⟩ **2**: having a sharp brisk flavor ⟨~ grapes⟩ **3**: physically attractive ⟨a ~ lady⟩ *syn* see SLY — **fox·i·ly** \'fäk-sə-lē\ *adv* — **fox·i·ness** \-sē-nəs\ *n*

**foy** \'fòi\ *n* [D dial. *fooi* feast at end of the harvest] (ca. 1645) *chiefly Scot*: a farewell feast or gift

**foy·er** \'fòi(-ə)r, 'fòi-ˌ(y)ā *also* 'fwä-ˌyā\ *n* [F, lit., fireplace, fr. (assumed) VL *focarium*, fr. L *focus* hearth] (1859): an anteroom or lobby esp. of a theater; *also*: an entrance hallway: VESTIBULE

**Fra** \'frä\ *n* [It, short for *frate*, fr. L *frater* — more at BROTHER] (ca. 1890) — used as a title equivalent to *brother* preceding the name of an Italian monk or friar

**fra·cas** \'frā-kəs, 'fra-, *Brit* 'fra-ˌkä\ *n, pl* **fra·cas·es** \-kə-səz\ *or Brit* **frac·as** \-ˌkäz\ [F, din, row, fr. It *fracasso*, fr. *fracassare* to shatter] (1727): a noisy quarrel: BRAWL

**frac·tal** \'frak-t³l\ *n* [F *fractale*, fr. L *fractus* broken, uneven (pp. of *frangere* to break) + *-ale* -al (n. suffix)] (1975): any of various extremely irregular curves or shapes that repeat themselves at any scale on which they are examined — **fractal** *adj*

**fract·ed** \'frak-təd\ *adj* [L *fractus*] (1547) *obs*: BROKEN

**frac·tion** \'frak-shən\ *n* [ME *fraccioun*, fr. LL *fraction-, fractio* act of breaking, fr. L *frangere* to break — more at BREAK] (14c) **1 a**: a numerical representation (as ¼, ⅝, 3.234) indicating the quotient of two numbers **b** (1): a piece broken off: FRAGMENT (2): a discrete unit: PORTION **2**: one of several portions (as of a distillate) separable by fractionation **3**: BIT, LITTLE ⟨a ~ closer⟩

**frac·tion·al** \-shnəl, -shə-n³l\ *adj* (1675) **1**: of, relating to, or being a fraction **2**: of, relating to, or being fractional currency **3**: relatively small: INCONSIDERABLE **4**: of, relating to, or involving a process for separating components of a mixture through differences in physical or chemical properties ⟨~ distillation⟩ — **frac·tion·al·ly** *adv*

**fractional currency** *n* (1862) **1**: paper money in denominations of less than one dollar issued by the U.S. 1863–76 **2**: currency in denominations less than the basic monetary unit

**frac·tion·al·ize** \'frak-shnə-ˌlīz, -shə-n³l-ˌīz\ *vt* **-ized; -iz·ing** (1924): to break up into parts or sections — **frac·tion·al·iza·tion** \ˌfrak-shnə-lə-'zā-shən, -shə-n³l-ə-'zā-\ *n*

**frac·tion·ate** \'frak-shə-ˌnāt\ *vt* **-at·ed; -at·ing** (1867): to separate (as a mixture) into different portions **2**: to divide or break up — **frac·tion·ation** \ˌfrak-shə-'nā-shən\ *n* — **frac·tion·ator** \'frak-shə-ˌnā-tər\ *n*

**frac·tious** \'frak-shəs\ *adj* [*fraction* (discord) + *-ous*] (1725) **1**: tending to be troublesome: UNRULY **2**: QUARRELSOME, IRRITABLE — **frac·tious·ly** *adv* — **frac·tious·ness** *n*

¹**frac·ture** \'frak-chər, -shər\ *n* [ME, fr. L *fractura*, fr. *fractus*] (15c) **1**: the result of fracturing: BREAK **2 a**: the act or process of breaking or the state of being broken; *esp*: the breaking of hard tissue (as bone) **b**: the rupture (as by tearing) of soft tissue ⟨kidney ~⟩ **3**: the general appearance of a freshly broken surface of a mineral

²**fracture** *vb* **frac·tured; frac·tur·ing** \-chə-riŋ, -shriŋ\ *vt* (1612) **1 a**: to cause a fracture in: BREAK ⟨~ a rib⟩ **b**: RUPTURE, TEAR **2 a**: to damage or destroy as if by rupturing **b**: to cause great disorder in **c**: to break up: FRACTIONATE **d**: to go beyond the limits of (as rules): VIOLATE ⟨*fractured* the English language with malaprops —Goodman Ace⟩ ~ *vi*: to undergo fracture

**fracture zone** *n* (1946): an area of suboceanic crust characterized by fractures

**frae** \'frā\ *prep* [ME (northern) *fra, frae*, fr. ON *frā*; akin to OE *fram* from] (1700) *Scot*: FROM

**frag·ile** \'fra-jəl, -ˌjīl\ *adj* [MF, fr. L *fragilis* — more at FRAIL] (1607) **1 a**: easily broken or destroyed **b**: constitutionally delicate: lacking in physical vigor **2**: TENUOUS, SLIGHT — **fra·gil·i·ty** \frə-'ji-lə-tē\ *n*

*syn* FRAGILE, FRANGIBLE, BRITTLE, CRISP, FRIABLE mean breaking easily. FRAGILE implies extreme delicacy of material or construction and need for careful handling ⟨a *fragile* antique chair⟩. FRANGIBLE implies susceptibility to being broken without implying weakness or delicacy ⟨*frangible* stone used for paving⟩. BRITTLE implies hardness together with lack of elasticity or flexibility or toughness ⟨patients with *brittle* bones⟩. CRISP implies a firmness and brittleness desirable esp. in some foods ⟨*crisp* lettuce⟩. FRIABLE applies to substances that are easily crumbled or pulverized ⟨*friable* soil⟩. *syn* see in addition WEAK

¹**frag·ment** \'frag-mənt\ *n* [ME, fr. L *fragmentum*, fr. *frangere* to break — more at BREAK] (15c): a part broken off, detached, or incomplete *syn* see PART

²**frag·ment** \-ˌment\ *vi* (1818): to fall to pieces ~ *vt*: to break up or apart into fragments

**frag·men·tal** \frag-'men-t³l\ *adj* (1798): FRAGMENTARY — **frag·men·tal·ly** \-t³l-ē\ *adv*

**frag·men·tary** \'frag-mən-ˌter-ē\ *adj* (1611): consisting of fragments: INCOMPLETE — **frag·men·tari·ly** \ˌfrag-mən-'ter-ə-lē\ *adv* — **frag·men·tari·ness** \-ˌter-ē-nəs\ *n*

**frag·men·ta·tion** \ˌfrag-mən-'tā-shən, -ˌmen-\ *n* (1881) **1**: the act or process of fragmenting or making fragmentary **2**: the state of being fragmented or fragmentary — **frag·men·tate** \'frag-mən-ˌtāt\ *vb*

**fragmentation bomb** *n* (1918): a bomb or shell whose relatively thick casing is splintered upon explosion and thrown in fragments in all directions

**frag·men·tize** \'frag-mən-ˌtīz\ *vt* **-tized; -tiz·ing** (1815): FRAGMENT

**fra·grance** \'frā-grən(t)s\ *n* (1667) **1 a**: a sweet or delicate odor (as of fresh flowers, pine trees, or perfume) **b**: something (as a perfume) compounded to give off a sweet or pleasant odor **2**: the quality or state of having a sweet odor

*syn* FRAGRANCE, PERFUME, SCENT, REDOLENCE mean a sweet or pleasant odor. FRAGRANCE suggests the odors of flowers or other growing things ⟨the *fragrance* of pine⟩. PERFUME may suggest a stronger or heavier odor ⟨the *perfume* of lilacs⟩. SCENT is very close to PERFUME but of wider application because more neutral in connotation ⟨*scent*-free soaps⟩. REDOLENCE implies a mixture of fragrant or pungent odors ⟨the *redolence* of a forest after a rain⟩.

**fra·gran·cy** \-grən(t)-sē\ *n* (1578): FRAGRANCE

**fra·grant** \'frā-grənt\ *adj* [ME, fr. L *fragrant-, fragrans*, fr. prp. of *fragrare* to be fragrant] (15c): marked by fragrance *syn* see ODOROUS — **fra·grant·ly** *adv*

**frail** \'frā(ə)l\ *adj* [ME, fr. MF *fraile*, fr. L *fragilis* fragile, fr. *frangere*] (14c) **1**: easily led into evil ⟨~ humanity⟩ **2**: easily broken or destroyed: FRAGILE **3 a**: physically weak **b**: SLIGHT, UNSUBSTANTIAL *syn* see WEAK — **frail·ly** \'frā(ə)l(l)-lē\ *adv* — **frail·ness** *n*

**frail·ty** \'frā(-ə)l-tē\ *n, pl* **frailties** (14c) **1**: the quality or state of being frail **2**: a fault due to weakness esp. of moral character *syn* see FAULT

**fraise** \'frāz\ *n* [F] (1775): an obstacle of pointed stakes driven into the ramparts of a fortification in a horizontal or inclined position

**Frak·tur** *also* **Frac·tur** \fräk-'tùr\ *n* [G, fr. L *fractura* fracture] (1904) **1**: a German style of black letter **2** *often not cap*: a Pennsylvania German document (as a birth or wedding certificate) that is written in calligraphy and illuminated with decorative motifs (as tulips, birds, and scrolls)

**fram·be·sia** \fram-'bē-zh(ē-)ə\ *n* [NL, fr. F *framboise* raspberry; fr. the appearance of the lesions] (1803): YAWS

**fram·boise** \frä⁻'bwäz\ *n* [F, lit., raspberry, fr. OF, of Gmc origin; akin to D *braambes* blackberry, lit., bramble berry, OHG *brāmberi* — more at BROOM, BERRY] (ca. 1945): a brandy or liqueur made from raspberries

¹**frame** \'frām\ *vb* **framed; fram·ing** [ME, to benefit, construct, fr. OE *framian* to benefit, make progress; akin to ON *fram* forward, OE *fram* from] *vt* (14c) **1**: to construct by fitting and uniting the parts of the skeleton of (a structure) **2 a**: PLAN, CONTRIVE ⟨*framed* a new method of achieving their purpose⟩ **b**: SHAPE, CONSTRUCT **c** 1: to give expression to: FORMULATE **d**: to draw up (as a document) **3 a**: to devise falsely (as a criminal charge) **b**: to contrive the evidence against (an innocent person) so that a verdict of guilty is assured **c**: FIX 7b **4**: to fit or adjust esp. to something or for an end: ARRANGE **5** *obs*: PRODUCE **6**: to enclose in a frame; *also*: to enclose as if in a frame ~ *vi* **1** *archaic*: PROCEED, GO **2** *obs*: MANAGE — **fram·able** *or* **frame·able** \'frā-mə-bəl\ *adj* — **fram·er** *n*

²**frame** *n* (14c) **1 a**: something composed of parts fitted together and united **b**: the physical makeup of an animal and esp. a human body: PHYSIQUE, FIGURE **2 a**: the constructional system that gives shape or strength (as to a building); *also*: a frame dwelling **b**: such a skeleton not filled in or covered **3** *obs*: the act or manner of framing **4 a**: a machine built upon or within a framework ⟨a spinning ~⟩ **b**: an open case or structure made for admitting, enclosing, or supporting something ⟨a window ~⟩ **c** (1): a part of a pair of glasses that holds one of the lenses (2) *pl*: that part of a pair of glasses other than the

Case 9:04-cv-00023-RC Document 51-3 Filed 04/25/05 Page 11 of 16 PageID #: 1313

lenses  d : a structural unit in an automobile chassis supported on the axles and supporting the rest of the chassis and the body  5 a : an enclosing border  b : the matter or area enclosed in such a border: as (1) : one of the squares in which scores for each round are recorded (as in bowling); also : a round in bowling  (2) : an individual drawing in a comic strip usu. enclosed by a bordering line  (3) : one picture of the series on a length of film  (4) : a complete image for display (as on a television set)  c : an inning in baseball  d  (1) : FRAMEWORK 1a  (2) : CONTEXT, FRAME OF REFERENCE  e : an event that forms the background for the action of a novel or play  6 : FRAME-UP
²frame adj (1775) : having a wood frame ⟨~ houses⟩
frame of mind (1665) : mental attitude or outlook : MOOD
frame of reference (1897) 1 : an arbitrary set of axes with reference to which the position or motion of something is described or physical laws are formulated  2 : a set of ideas, conditions, or assumptions that determine how something will be approached, perceived, or understood ⟨a Marxian *frame of reference*⟩
frame-shift \'frām-ˌshift\ adj (1967) : relating to, being, or causing a mutation in which a number of nucleotides not divisible by three is inserted or deleted so as to change the reading frame of some triplet codons during genetic translation — frameshift n
frame-up \'frā-ˌməp\ n (1889) 1 : an act or series of actions in which someone is framed  2 : an action that is framed
frame-work \'frām-ˌwərk\ n (1644) 1 a : a basic conceptional structure (as of ideas) ⟨the ~ of the constitution⟩  b : a skeletal, openwork, or structural frame  2 : FRAME OF REFERENCE  3 : the larger branches of a tree that determine its shape
fram-ing \'frā-miŋ\ n (1703) : FRAME, FRAMEWORK
franc \'fraŋk\ n [F] (14c) — see MONEY table
¹fran-chise \'fran-ˌchīz\ n [ME, fr. MF, fr. *franchir* to free, fr. OF *franc* free — more at FRANK] (14c) 1 : freedom or immunity from some burden or restriction vested in a person or group  2 a : a special privilege granted to an individual or group; esp : the right to be and exercise the powers of a corporation  b : a constitutional or statutory right or privilege; esp : the right to vote  c  (1) : the right or license granted to an individual or group to market a company's goods or services in a particular territory; also : a business granted such a right or license  (2) : the territory involved in such a right  3 a : the right of membership in a professional sports league  b : a team and its operating organization having such membership
²franchise vt fran-chised; fran-chis-ing (14c) 1 archaic : FREE  2 : to grant a franchise to
fran-chi-see \ˌfran-ˌchī-'zē, -chə-\ n (1954) : one granted a franchise
fran-chis-er \'fran-ˌchī-zər\ n [in sense 1, fr. ¹franchise; in sense 2, fr. ²franchise] (1843) 1 : FRANCHISEE  2 : FRANCHISOR
fran-chi-sor \ˌfran-ˌchī-'zȯr, -chə-\ n [²franchise + ¹-or] (1967) : one that grants a franchise
Fran-cis-can \fran-'sis-kən\ n [ML *Franciscus* Francis] (1599) : a member of the Order of Friars Minor founded by St. Francis of Assisi in 1209 and dedicated esp. to preaching, missions, and charities — Franciscan adj
fran-ci-um \'fran(t)-sē-əm\ n [NL, fr. *France*] (1946) : a radioactive element of the alkali-metal group discovered as a disintegration product of actinium and obtained artificially by the bombardment of thorium with protons — see ELEMENT table
Franco- comb form [ML, fr. *Francus* Frenchman, fr. LL, Frank] 1 : French and ⟨*Franco*-American⟩  2 : French ⟨Francophile⟩
Fran-co-Amer-i-can \ˌfraŋ-kō-ə-'mer-ə-kən\ n (1859) : an American of French or esp. French-Canadian descent — Franco-American adj
fran-co-lin \'fraŋ-k(ə-)lən\ n [F, fr. It *francolino*] (1653) : any of a genus (Francolinus) of partridges of southern Asia and Africa
Fran-co-phile \'fraŋ-kə-ˌfīl, -kō-\ or Fran-co-phil \-ˌfil\ adj (1889) : markedly friendly to France or to French culture — Francophile n — Fran-co-phil-ia \ˌfraŋ-kə-'fi-lē-ə, -lyə, -kō-\ n
Fran-co-phobe \-ˌfōb\ adj (1891) : marked by a fear or strong dislike of France or French culture or customs — Francophobe n — Fran-co-pho-bia \ˌfraŋ-kə-'fō-bē-ə, -kō-\ n
fran-co-phone \-ˌfōn\ adj, often cap (1962) : of, having, or belonging to a population using French as its first or sometimes second language — Francophone n
franc-ti-reur \ˌfrän-(ˌ)tē-'rər\ n [F, fr. *franc* free + *tireur* shooter] (1808) : a civilian fighter or sniper
fran-gi-ble \'fran-jə-bəl\ adj [ME, fr. MF & ML; MF, fr. ML *frangibilis*, fr. L *frangere* to break — more at BREAK] (15c) : readily or easily broken  syn see FRAGILE — fran-gi-bil-i-ty \ˌfran-jə-'bi-lə-tē\ n
fran-gi-pane \'fran-jə-ˌpān, frän-zhē-pän\ n [F, frangipani (perfume), fragipane, fr. It] (1858) : a custard usu. flavored with almonds
fran-gi-pa-ni also fran-gi-pan-ni \ˌfran-jə-'pa-nē, -'pä-\ n, pl -pani also -panni [modif. of It *frangipane*, fr. Muzio *Frangipane*, 16th cent. Ital. nobleman] (1676) 1 : a perfume derived from or imitating the odor of the flower of a frangipani (*Plumeria rubra*)  2 : any of a genus (*Plumeria*) of shrubs or small trees of the dogbane family that are native to the American tropics and widely cultivated as ornamentals
fran-glais \frän-'glā\ n, often cap [F, blend of *français* French and *anglais* English] (1964) : French marked by a considerable number of borrowings from English
¹frank \'fraŋk\ adj [ME, free, fr. OF *franc*, fr. ML *francus*, fr. LL *Francus* Frank] (1548) 1 : marked by free, forthright, and sincere expression ⟨a ~ reply⟩  2 a : unmistakably evident ⟨~ materialism⟩  b : clinically evident and unmistakable ⟨~ pus⟩ — frank-ness n
syn FRANK, CANDID, OPEN, PLAIN mean showing willingness to tell what one feels or thinks. FRANK stresses lack of shyness or secretiveness or of evasiveness from considerations of tact or expedience ⟨*frank* discussions⟩. CANDID suggests expression marked by sincerity and honesty esp. in offering unwelcome criticism or opinion ⟨a *candid* appraisal⟩. OPEN implies frankness but suggests more indiscretion than FRANK and less earnestness than CANDID ⟨*open* in saying what they think⟩. PLAIN suggests outspokenness and freedom from affectation or subtlety in expression ⟨*plain* talk⟩.
²frank vt (1708) 1 a : to mark (a piece of mail) with an official signature or sign indicating the right of the sender to free mailing  b : to mail free  c : to affix to (mail) a stamp or a marking indicating the payment of postage  2 : to enable to pass or go freely or easily — frank-able \'fraŋ-kə-bəl\ adj — frank-er n

³frank n (1713) 1 a : the signature of the sender on a piece of franked mail serving in place of a postage stamp  b : a mark or stamp on a piece of mail indicating postage paid  c : a franked envelope  2 : the privilege of sending mail free of charge
⁴frank n (1904) : FRANKFURTER
Frank \'fraŋk\ n [ME, partly fr. OE *Franca*; partly fr. OF *Franc*, fr. LL *Francus*, of Gmc origin; akin to OHG *Franko* Frank, OE *Franca*] (bef. 12c) : a member of a West Germanic people that entered the Roman provinces in A.D. 253, occupied the Netherlands and most of Gaul, and established themselves along the Rhine
Fran-ken-stein \'fraŋ-kən-ˌstīn *also* -ˌstēn\ n  1 a : the title character in Mary W. Shelley's novel *Frankenstein* who creates a monster by which he is eventually killed  b : a monster in the shape of a man esp. in popularized versions of the Frankenstein story  2 : a monstrous creation; esp : a work or agency that ruins its originator — Fran-ken-stein-ian \ˌfraŋ-kən-'stī-nē-ən, -'stī-\ adj
frank-furt-er \'fraŋk-fə(r)t-ər, -ˌfərt-\ or frank-furt \-fərt\ n [G *Frankfurter* of Frankfurt, fr. *Frankfurt am Main*, Germany] (1894) : a cured cooked sausage (as of beef or beef and pork) that may be skinless or stuffed in a casing
frank-in-cense \'fraŋ-kən-ˌsen(t)s\ n [ME *fraunk encense*, fr. OF *franc encens*, fr. *franc* (perh. in sense "of high quality") + *encens* incense] (14c) : a fragrant gum resin from trees of a genus (*Boswellia* of the family Burseraceae) of Somalia and southern coastal Arabia that is an important incense resin and was used in ancient times in religious rites and in embalming
¹Frank-ish \'fraŋ-kish\ adj (14c) : of or relating to the Franks
²Frankish n (1863) : the Germanic language of the Franks
frank-lin \'fraŋ-klən\ n [ME *frankeleyn*, fr. AF *fraunclein*, fr. OF *franc*] (14c) : a medieval English landowner of free but not noble birth
frank-lin-ite \-klə-ˌnīt\ n [*Franklin, N.J.*] (1820) : a black slightly magnetic mineral consisting of an oxide of iron and zinc
Franklin stove \'fraŋ-klən-\ n [Benjamin *Franklin*, its inventor] (1787) : a metal heating stove resembling an open fireplace but designed to be set out in a room
frank-ly \'fraŋ-klē\ adv (1537) 1 : in a frank manner  2 : in truth : INDEED  usage see HOPEFULLY
frank-pledge \'fraŋk-ˌplej\ n [ME *frankeplegge*, fr. AF *fraunc plege* (prob. trans. of ME *friborg* peace pledge), fr. *fraunc* free (fr. OF *franc*) + *plege* pledge] (15c) : an Anglo-Saxon system under which each adult male member of a tithing was responsible for the good conduct of the others; also : the member himself or the tithing


Franklin stove

fran-tic \'fran-tik\ adj [ME *frenetik, frantik* — more at FRENETIC] (14c) 1 a archaic : mentally deranged  b : emotionally out of control ⟨~ with anger and frustration⟩  2 : marked by fast and nervous, disordered, or anxiety-driven activity ⟨made a ~ search for the lost child⟩ — fran-ti-cal-ly \-ti-k(ə-)lē\ adv — fran-tic-ness \-tik-nəs\ n
frap \'frap\ vt frapped; frap-ping [ME, to strike, beat, fr. MF *fraper*] (1548) : to draw tight (as with ropes or cables) ⟨~ a sail⟩
¹frap-pé \fra-'pā\ adj [F, fr. pp. of *frapper* to strike, chill, fr. MF *fraper* to strike] (1848) : chilled or partly frozen
²frap-pé \fra-'pā\ or frappe \'frap, fra-'pā\ n (1903) 1 a : a partly frozen drink (as of fruit juice)  b : a liqueur served over shaved ice  2 : a thick milk shake
Fra-ser fir \'frā-zər-\ n [John *Fraser* †1811 Brit. botanist] (1897) : a southern Appalachian fir (*Abies fraseri*) that resembles the balsam fir
frass \'fras\ n [G, insect damage, lit., eating away, fr. OHG *vräz* food, fr. *frezzan* to devour — more at FRET] (1854) : debris or excrement produced by insects
frat \'frat\ n (ca. 1895) : FRATERNITY 1c
fra-ter-nal \frə-'tər-n²l\ adj [ME, fr. ML *fraternalis*, fr. L *fraternus*, fr. *frater* brother — more at BROTHER] (15c) 1 a : of, relating to, or involving brothers  b : of, relating to, or being a fraternity or society ⟨a ~ order⟩  2 : derived from two ova : DIZYGOTIC ⟨~ twins⟩  3 : FRIENDLY, BROTHERLY — fra-ter-nal-ism \-n²l-ˌiz-əm\ n — fra-ter-nal-ly \-n²l-ē\ adv
fra-ter-ni-ty \frə-'tər-nə-tē\ n, pl -ties (14c) 1 : a group of people associated or formally organized for a common purpose, interest, or pleasure: as  a : a fraternal order  b : GUILD  c : a men's student organization formed chiefly for social purposes having secret rites and a name consisting of Greek letters  d : a student organization for scholastic, professional, or extracurricular activities ⟨a debating ~⟩  2 : the quality or state of being brothers : BROTHERLINESS  3 : persons of the same class, profession, character, or tastes ⟨the racetrack ~⟩
frat-er-nize \'fra-tər-ˌnīz\ vi -nized; -niz-ing (1611) 1 : to associate or mingle as brothers or on fraternal terms  2 a : to associate on close terms with members of a hostile group esp. when contrary to military orders  b : to be friendly or amiable — frat-er-ni-za-tion \ˌfra-tər-nə-'zā-shən\ n — frat-er-niz-er \'fra-tər-ˌnī-zər\ n
frat-ri-cide \'fra-trə-ˌsīd\ n [in sense 1, fr. ME, fr. MF or L; MF, fr. L *fratricida*, fr. *fratr-, frater* brother + *-cida* -cide; in sense 2, fr. MF or L; MF, fr. L *fratricidium*, fr. *fratr-, frater* + *-cidium* -cide] (15c) 1 : one that murders or kills his or her own brother or sister or an individual (as a countryman) having a relationship like that of a brother or sister  2 : the act of a fratricide — frat-ri-cid-al \ˌfra-trə-'sī-d²l\ adj
Frau \'frau̇\ n, pl Frau-en \'frau̇(-ə)n\ [G, woman, wife, fr. OHG *frouwa* mistress, lady; akin to OE *frēa* lord, OHG *fruma* advantage — more at FOREMOST] (ca. 1813) 1 : a German married woman. : WIFE — used as a title equivalent to *Mrs.*
fraud \'frȯd\ n [ME *fraude*, fr. MF, fr. L *fraud-, fraus*] (14c) 1 a : DECEIT, TRICKERY; specif : intentional perversion of truth in order to

\ə\ abut  \ʳ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k̲, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʼ\ *see* Guide to Pronunciation

Defendant's Corrected Extrinsic Evidence Appendix (Vol. 1)]

11

ing the present value of a quantity under observation  b : an electrical or mechanical device used in navigating an airplane; *esp* : such a device used as the sole means of navigating  *syn* see IMPLEMENT
³in·stru·ment \-,ment\ *vt* (1752)  1 : to address a legal instrument to  2 : to score for musical performance : ORCHESTRATE  3 : to equip with instruments esp. for measuring and recording data ⟨an *instrumented* spacecraft⟩
in·stru·men·tal \,in(t)-strə-'men-t³l\ *adj* (14c)  1 a : serving as a means, agent, or tool ⟨was ~ in organizing the strike⟩  b : of, relating to, or done with an instrument or tool  2 : relating to, composed for, or performed on a musical instrument  3 : of, relating to, or being a grammatical case or form expressing means or agency  4 : of or relating to instrumentalism  5 : OPERANT 3 ⟨~ learning⟩ ⟨~ conditioning⟩ — **instrumental** *n* — in·stru·men·tal·ly \-t³l-ē\ *adv*
in·stru·men·tal·ism \-,i-zəm\ *n* (1909) : a doctrine that ideas are instruments of action and that their usefulness determines their truth
in·stru·men·tal·ist \-ist\ *n* (1823)  1 : a player on a musical instrument  2 : an exponent of instrumentalism — **instrumentalist** *adj*
in·stru·men·tal·i·ty \,in(t)-strə-mən-'ta-lə-tē, -,men-\ *n, pl* -ties (1651)  1 : the quality or state of being instrumental  2 : MEANS, AGENCY
in·stru·men·ta·tion \,in(t)-strə-mən-'tā-shən, -,men-\ *n* (1845)  1 : the arrangement or composition of music for instruments esp. for a band or orchestra  2 : the use or application of instruments (as for observation, measurement, or control)  3 : instruments for a particular purpose; *also* : a selection or arrangement of instruments
**instrument flying** *n* (1928) : navigation of an airplane by instruments only
**instrument landing** *n* (1938) : a landing made with limited visibility by means of instruments and by ground radio direction
**instrument panel** *n* (1922) : a panel on which instruments are mounted; *esp* : DASHBOARD 2
in·sub·or·di·nate \,in(t)-sə-'bȯr-d³n-ət, -'bȯrd-nət\ *adj* (ca. 1828) : disobedient to authority — **insubordinate** *n* — in·sub·or·di·nate·ly *adv* — in·sub·or·di·na·tion \-,bȯr-d³n-'ā-shən\ *n*
in·sub·stan·tial \,in(t)-səb-'stan(t)-shəl\ *adj* [prob. fr. F *insubstantiel*, fr. LL *insubstantialis*, fr. L *in*- + LL *substantialis* substantial] (1607) : not substantial: as  a : lacking substance or material nature  b : lacking firmness or solidity : FLIMSY — **in·sub·stan·ti·al·i·ty** \-,stan(t)-shē-'a-lə-tē\ *n*
in·suf·fer·able \(,)in-'sə-f(ə-)rə-bəl\ *adj* (15c) : not to be endured : INTOLERABLE ⟨an ~ bore⟩ — **in·suf·fer·able·ness** *n* — **in·suf·fer·ably** \-blē\ *adv*
in·suf·fi·cien·cy \,in(t)-sə-'fi-shən(t)-sē\ *n, pl* -cies (1526)  1 : the quality or state of being insufficient: as  a : lack of mental or moral fitness : INCOMPETENCE ⟨the ~ of this person for public office⟩  b : lack of adequate supply ⟨~ of provisions⟩  c : lack of physical power or capacity; *specif* : inability of an organ or body part to function normally  2 : something that is insufficient or falls short of expectations
in·suf·fi·cient \,in(t)-sə-'fi-shənt\ *adj* [ME, fr. MF, fr. LL *insufficient*-, *insufficiens*, fr. L *in*- + *sufficient*-, *sufficiens* sufficient] (14c) : not sufficient : INADEQUATE; *esp* : lacking adequate power, capacity, or competence — **in·suf·fi·cient·ly** *adv*
in·suf·fla·tion \,in(t)-sə-'flā-shən, in-,sə-'flā-\ *n* [ME *insufflacion*, fr. MF *insufflation*, fr. LL *insufflation*-, *insufflatio*, fr. *insufflare* to blow upon, fr. L *in*- + *sufflare* to inflate, fr. *sub*- + *flare* to blow — more at BLOW] (15c) : an act or the action of blowing on, into, or in: as  a : a Christian ceremonial rite of exorcism performed by breathing on a person  b : the act of blowing something (as a gas, powder, or vapor) into a body cavity — **in·suf·flate** \'in(t)-sə-,flāt, in-'sə-,flāt\ *vt* — **in·suf·fla·tor** \-,flā-tər\ *n*
in·su·lant \'in(t)-sə-lənt\ *n* (ca. 1929) *chiefly Brit* : INSULATION 2
in·su·lar \'in(t)-sü-lər, -syü-, 'in-shə-lər\ *adj* [LL *insularis*, fr. L *insula* island] (1611)  1 a : of, relating to, or constituting an island  b : dwelling or situated on an island ⟨~ residents⟩  2 : characteristic of an isolated people; *esp* : being, having, or reflecting a narrow provincial viewpoint  3 : of or relating to an island of cells or tissue — **in·su·lar·ism** \-lə-,ri-zəm\ *n* — **in·su·lar·i·ty** \,in(t)-sü-'lar-ə-tē, -syü-, ,in-shə-'lar-\ *n* — **in·su·lar·ly** \'in(t)-sü-lər-lē, -syü-, 'in-shə-\ *adv*
in·su·late \'in(t)-sə-,lāt\ *vt* -lat·ed; -lat·ing [L *insula*] (ca. 1741) : to place in a detached situation : ISOLATE; *esp* : to separate from conducting bodies by means of nonconductors so as to prevent transfer of electricity, heat, or sound
in·su·la·tion \,in(t)-sə-'lā-shən\ *n* (1798)  1 a : the action of insulating  b : the state of being insulated  2 : material used in insulating
in·su·la·tor \'in(t)-sə-,lā-tər\ *n* (1801) : one that insulates: as  a : a material that is a poor conductor (as of electricity or heat) — compare SEMICONDUCTOR  b : a device made of an electrical insulating material and used for separating or supporting conductors
in·su·lin \'in(t)-s(ə-)lən\ *n* [NL *insula* islet (of Langerhans), fr. L, island] (1914) : a protein pancreatic hormone secreted by the islets of Langerhans that is essential esp. for the metabolism of carbohydrates and is used in the treatment and control of diabetes mellitus
**insulin shock** *n* (1925) : hypoglycemia associated with the presence of excessive insulin in the system and characterized by progressive development of coma
¹in·sult \in-'səlt\ *vb* [MF or L; MF *insulter*, fr. L *insultare*, lit., to spring upon, fr. *in*- + *saltare* to leap — more at SALTATION] *vi* (1540) *archaic* : to behave with pride or arrogance : VAUNT ~ *vt* : to treat with insolence, indignity, or contempt : AFFRONT; *also* : to affect offensively or damagingly ⟨doggerel that ~s the reader's intelligence⟩  *syn* see OFFEND — **in·sult·er** *n* — **in·sult·ing·ly** \in-'səl-tiŋ-lē\ *adv*
²in·sult \'in-,səlt\ *n* (1671)  1 : a gross indignity  2 : injury to the body or one of its parts; *also* : something that causes or has a potential for causing such insult ⟨pollution and other environmental ~s⟩
in·su·per·a·ble \(,)in-'sü-p(ə-)rə-bəl\ *adj* [ME, fr. MF & L; MF, fr. L *insuperabilis*, fr. *in*- + *superare* to surmount, fr. *super* over — more at OVER] (14c) : incapable of being surmounted, overcome, passed over, or solved ⟨~ difficulties⟩ — **in·su·per·a·bly** \-blē\ *adv*
in·sup·port·able \,in(t)-sə-'pȯr-tə-bəl, -'pȯr-\ *adj* [MF or LL; MF, fr. LL *insupportabilis*, fr. L *in*- + *supportare* to support] (ca. 1530) : not supportable: a : more than can be endured ⟨~ pain⟩  b : impossible to justify ⟨~ charges⟩ — **in·sup·port·ably** \-blē\ *adv*
in·sup·press·ible \,in(t)-sə-'pre-sə-bəl\ *adj* (1610) : IRREPRESSIBLE

in·sur·able \in-'shur-ə-bəl\ *adj* (1810) : that may be insured — **in·sur·abil·i·ty** \-,shur-ə-'bi-lə-tē\ *n*
⁴in·sur·ance \in-'shur-ən(t)s *also* 'in-,\ *n* (1651)  1 a : the business of insuring persons or property  b : coverage by contract whereby one party undertakes to indemnify or guarantee another against loss by a specified contingency or peril  c : the sum for which something is insured  2 : a means of guaranteeing protection or safety ⟨the contract is your ~ against price changes⟩
²insurance *adj* (1954) : being a score that adds to a team's lead and makes it impossible for the opposing team to tie the game with its next score ⟨~ run⟩
in·sure \in-'shur\ *vb* in·sured; in·sur·ing [ME, to assure, prob. alter. of *assuren*] *vt* (1635)  1 : to provide or obtain insurance on or for  2 : to make certain esp. by taking necessary measures and precautions ~ *vi* : to contract to give or take insurance  *syn* see ENSURE
**insured** *n* (1681) : a person whose life or property is insured
in·sur·er \in-'shur-ər\ *n* (1654) : one that insures; *specif* : an insurance underwriter
in·sur·gence \in-'sər-jən(t)s\ *n* (1847) : an act or the action of being insurgent : INSURRECTION
in·sur·gen·cy \-jən(t)-sē\ *n, pl* -cies (1803)  1 : the quality or state of being insurgent; *specif* : a condition of revolt against a government that is less than an organized revolution and that is not recognized as belligerency  2 : INSURGENCE
¹in·sur·gent \-jənt\ *n* [L *insurgent*-, *insurgens*, prp. of *insurgere* to rise up, fr. *in*- + *surgere* to rise — more at SURGE] (1765)  1 : a person who revolts against civil authority or an established government; *esp* : a rebel not recognized as a belligerent  2 : one who acts contrary to the policies and decisions of one's own political party
²insurgent *adj* (1814) : rising in opposition to civil authority or established leadership : REBELLIOUS — **in·sur·gent·ly** *adv*
in·sur·mount·able \,in(t)-sər-'maun-tə-bəl\ *adj* (1690) : incapable of being surmounted : INSUPERABLE ⟨~ problems⟩ — **in·sur·mount·ably** \-blē\ *adv*
in·sur·rec·tion \,in(t)-sə-'rek-shən\ *n* [ME, fr. MF, fr. LL *insurrection*-, *insurrectio*, fr. *insurgere*] (15c) : an act or instance of revolting against civil authority or an established government  *syn* see REBELLION — **in·sur·rec·tion·al** \-shnəl, -shə-n³l\ *adj* — **in·sur·rec·tion·ary** \-shə-,ner-ē\ *adj or n* — **in·sur·rec·tion·ist** \-sh(ə-)nist\ *n*
in·sus·cep·ti·ble \,in(t)-sə-'sep-tə-bəl\ *adj* (1603) : not susceptible ⟨~ to flattery⟩ — **in·sus·cep·ti·bil·i·ty** \-,sep-tə-'bi-lə-tē\ *n* — **in·sus·cep·ti·bly** \,in(t)-sə-'sep-tə-blē\ *adv*
in·tact \in-'takt\ *adj* [ME *intacte*, fr. L *intactus*, fr. *in*- + *tactus*, pp. of *tangere* to touch — more at TANGENT] (15c)  1 : untouched esp. by anything that harms or diminishes : ENTIRE, UNINJURED  2 *of a living body or its parts* : having no relevant component removed or destroyed: a : physically virginal  b : not castrated  *syn* see PERFECT — **in·tact·ness** \-'tak(t)-nəs\ *n*
in·ta·glio \in-'tal-(,)yō, -'täl-; -'ta-glē-,ō, -'tä-\ *n, pl* -glios [It, fr. *intagliare* to engrave, cut, fr. ML *intaliare*, fr. L *in*- + LL *taliare* to cut — more at TAILOR] (1644)  1 a : an engraving or incised figure in stone or other hard material depressed below the surface so that an impression from the design yields an image in relief  b : the art or process of executing intaglios  c : printing (as in die stamping and gravure) done from a plate in which the image is sunk below the surface  2 : something (as a gem) carved in intaglio



intaglio 1a

in·take \'in-,tāk\ *n* (15c)  1 : an opening through which fluid enters an enclosure  2 a : a taking in  b (1) : the amount taken in  (2) : something (as energy) taken in ; INPUT
⁴in·tan·gi·ble \(,)in-'tan-jə-bəl\ *adj* [F or ML; F, fr. ML *intangibilis*, fr. L *in*- + LL *tangibilis* tangible] (1640) : not tangible : IMPALPABLE — **in·tan·gi·bil·i·ty** \-,tan-jə-'bi-lə-tē\ *n* — **in·tan·gi·ble·ness** \-'tan-jə-bəl-nəs\ *n* — **in·tan·gi·bly** \-blē\ *adv*
²intangible *n* (1914) : something intangible; *specif* : an asset (as goodwill) that is not corporeal
in·tar·sia \in-'tär-sē-ə\ *n* [G, modif. of It *intarsio*] (1867)  1 : a mosaic usu. of wood fitted into a support; *also* : the art or process of making such a mosaic  2 : a colored design knitted on both sides of a fabric (as in a sweater)
in·te·ger \'in-ti-jər\ *n* [L, *adj.*, whole, entire — more at ENTIRE] (1571)  1 : any of the natural numbers, the negatives of these numbers, or zero  2 : a complete entity
in·te·gra·ble \'in-ti-grə-bəl\ *adj* (ca. 1741) : capable of being integrated ⟨~ functions⟩ — **in·te·gra·bil·i·ty** \,in-ti-grə-'bi-lə-tē\ *n*
¹in·te·gral \'in-ti-grəl (*usu so in mathematics*); in-'te-grəl *also* -'tē- *also* -in-trə-gəl\ *adj* (1551).  1 a : essential to completeness : CONSTITUENT ⟨an ~ part of the curriculum⟩  b (1) : being, containing, or relating to one or more mathematical integers  (2) : relating to or concerned with mathematical integrals or integration  c : formed as a unit with another part ⟨a seat with ~ headrest⟩  2 : composed of integral parts  3 : lacking nothing essential : ENTIRE — **in·te·gral·i·ty** \,in-tə-'gra-lə-tē\ *n* — **in·te·gral·ly** \'in-ti-grə-lē; in-'te-grə- *also* -'tē-\ *adv*
²integral *n* (ca. 1741) : the result of a mathematical integration — compare DEFINITE INTEGRAL, INDEFINITE INTEGRAL
**integral calculus** *n* (ca. 1741) : a branch of mathematics concerned with the theory and applications (as in the determination of lengths, areas, and volumes and in the solution of differential equations) of integrals and integration
**integral domain** *n* (1937) : a mathematical ring in which multiplication is commutative, which has a multiplicative identity element, and which contains no pair of nonzero elements whose product is zero ⟨the

\ə\ abut  \'\ kitten, F table  \ər\ further  \ä\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t͟h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ȫ, ᵫ, ᴇ, ᵞ\ *see* Guide to Pronunciation

## 626 jailbird • jar

**jail·bird** \-,bərd\ *n* (1603) : a person confined in jail; *specif* : an habitual criminal

**jail·break** \-,brāk\ *n* (1910) : a forcible escape from jail

**jail·er** *or* **jail·or** \'jā-lər\ *n* (13c) 1 : a keeper of a jail 2 : one that restricts another's liberty as if by imprisonment

**jail·house** \'jā(ə)l-,haůs\ *n* (1812) : JAIL 1

**jailhouse lawyer** *n* (1969) : a prison inmate self-taught in the law who tries to gain release through legal maneuvers or who advises fellow inmates on their legal problems

**Jain** \'jin\ *or* **Jai·na** \'ji-nə\ *n* [Hindi *Jain*, fr. Skt *Jaina*] (1805) : an adherent of Jainism

**Jain·ism** \'ji-,ni-zəm\ *n* (1858) : a religion of India originating in the 6th century B.C. and teaching liberation of the soul by right knowledge, right faith, and right conduct

**jake** \'jāk\ *adj* [origin unknown] (1914) *slang* : ALL RIGHT, FINE

**jake leg** \'jāk-,leg, -,lāg\ *n* [*jake* grain alcohol flavored with an alcoholic extract of ginger] (1932) : a paralysis caused by drinking improperly distilled or contaminated liquor

**jakes** \'jāks\ *n pl but sing or pl in constr* [perh. fr. F *Jacques* James] (1538) : PRIVY 1

**jal·ap** \'ja-ləp, 'jä-\ *n* [F & Sp: F *jalap*, fr. Sp *jalapa*, fr. Jalapa, Mexico] (1644) 1 a : the dried tuberous root of a Mexican plant (*Ipomoea purga* syn. *Exogonium purga*) of the morning-glory family; *also* : a powdered purgative drug prepared from it that contains resinous glycosides b : the root or derived drug of plants related to the one supplying jalap 2 : a plant yielding jalap

**ja·la·pe·ño** *also* **ja·la·pe·no** \,hä-lə-'pā-(,)nyō, ,ha-, -'pā-(,)nō, -'pē-(,)nō\ *n, pl* **-ños** *also* **-nos** [MexSp, fr. *jalapeño*, adj., of Jalapa] (1939) : a small plump dark green Mexican hot pepper — called also *jalapeño pepper*

**ja·lo·py** \jə-'lä-pē\ *n, pl* **ja·lop·ies** [origin unknown] (1928) : a dilapidated old vehicle (as an automobile)

**jal·ou·sie** \'ja-lə-sē\ *n* [F, lit., jealousy, fr. OF *jelous* jealous] (1766) 1 : a blind with adjustable horizontal slats for admitting light and air while excluding direct sun and rain 2 : a window made of adjustable glass louvers that control ventilation

**¹jam** \'jam\ *vb* **jammed; jam·ming** [origin unknown] *vi* (1706) 1 a : to become blocked or wedged b : to become unworkable through the jamming of a movable part 2 : to force one's way into a restricted space 3 : to take part in a jam session ~ *vt* 1 a : to press into a close or tight position (~ his hat on) b (1) : to cause to become wedged so as to be unworkable (~ the typewriter keys) (2) : to make unworkable by jamming c : to block passage of : OBSTRUCT d : to fill often to excess : PACK (the crowd *jammed* the theater) 2 : to push forcibly; *esp* : to apply (brakes) suddenly and forcibly — used with *on* 3 : CRUSH, BRUISE 4 a : to make unintelligible by sending out interfering signals or messages b : to make (as a radar apparatus) ineffective by jamming signals or by causing reflection of radar waves 5 : to pitch inside to (a batter) — **jam·mer** \'ja-mər\ *n*

**²jam** *n* (1805) 1 : an act or instance of jamming b : a crowded mass that impedes or blocks (a traffic ~) 2 a : the quality or state of being jammed b : the pressure or congestion of a crowd : CRUSH 3 : a difficult state of affairs : FIX (got into a ~) 4 : JAM SESSION 5 : DUNK SHOT

**³jam** *n* [prob. fr. ¹*jam*] (ca. 1736) : a food made by boiling fruit and sugar to a thick consistency — **jam·my** \'ja-mē\ *adj*

**Jamaica rum** *n* (ca. 1900) : a heavy-bodied rum made by slow fermentation and marked by a pungent bouquet

**jamb** \'jam\ *n* [ME *jambe*, fr. MF, lit., leg, fr. LL *gamba* — more at GAMBIT] (14c) 1 : an upright piece or surface forming the side of an opening (as for a door, window, or fireplace) 2 : a projecting columnar part or mass

**jam·ba·laya** \,jəm-bə-'lī-ə\ *n* [LaF, fr. Prov *jambalaia*] (1872) 1 : rice cooked usu. with ham, sausage, chicken, shrimp, or oysters and seasoned with herbs 2 : a mixture of diverse elements (curious ~s of competing elements —Neil Hickey)

**jam·beau** \'jam-(,)bō\ *n, pl* **jam·beaux** \-(,)bōz\ [ME, fr. (assumed) AF, fr. MF *jambe*] (14c) : a piece of medieval armor for the leg below the knee — see ARMOR illustration

**jam·bo·ree** \,jam-bə-'rē\ *n* [origin unknown] (1864) 1 : a noisy or unrestrained carouse 2 a : a large festive gathering b : a national or international camping assembly of Boy Scouts 3 : a long mixed program of entertainment

**James** \'jāmz\ *n* [ME, fr. MF, fr. (assumed) VL *Jacomus*, alter. of LL *Jacobus, Jacob* Jacob] 1 : an apostle, son of Zebedee, and brother of the apostle John according to the Gospel accounts 2 : an apostle and son of Alphaeus according to the Gospel accounts — called also *James the Less* 3 : a brother of Jesus traditionally held to be the author of the New Testament Epistle of James 4 : a moral lecture addressed to early Christians and included as a book in the New Testament — see BIBLE table

**jam·mies** \'ja-mēz\ *n pl* [by shortening & alter.] (1973) : PAJAMAS 2

**jam–pack** \'jam-'pak\ *vt* (1924) : to pack tightly or to excess

**Jams** \'jamz\ *trademark* — used for knee-length loose-fitting swim trunks

**jam session** *n* [²*jam*] (1933) : an often impromptu performance by a group esp. of jazz musicians that is characterized by improvisation

**Jam·shid** *or* **Jam·shyd** \jam-'shēd\ *n* [Per *Jamshid*] : an early legendary king of Persia who reigned for 700 years

**jam–up** \'jam-,əp\ *n* (1941) : JAM 1

**Jane Doe** \'jān-'dō\ *n* (1936) : a female party to legal proceedings whose true name is unknown

**Jane·ite** \'jā-,nīt\ *n* (1896) : an enthusiastic admirer of Jane Austen's writings

**¹jan·gle** \'jaŋ-gəl\ *vb* **jan·gled; jan·gling** \-g(ə-)liŋ\ [ME, fr. MF *jangler*, of Gmc origin; akin to MD *jangelen* to grumble] *vi* (14c) 1 : to talk idly 2 : to quarrel verbally 3 : to make a harsh or discordant often-ringing sound (keys *jangling* in my pocket) ~ *vt* 1 : to utter or sound in a discordant, babbling, or chattering way 2 a : to cause to sound harshly or inharmoniously b : to excite to tense irritation (*jangled* nerves) — **jan·gler** \-g(ə-)lər\ *n*

**²jangle** *n* (14c) 1 : idle talk 2 : noisy quarreling 3 : a discordant often ringing sound : DISCORD

**jan·gly** \'jaŋ-g(ə-)lē\ *adj* (1892) : marked by jangling : having a jangling quality (~ earrings) (~ guitar music)

**jan·is·sary** *or* **jan·i·zary** \'ja-nə-,ser-ē, -,zer-\ *n, pl* **-sar·ies** *or* **-zar·ies** [It *gianizzero*, fr. Turk *yeniçeri*, fr. *yeni* new + *çeri* soldier] (1529) 1 *often cap* : a soldier of an elite corps of Turkish troops organized in the 14th century and abolished in 1826 2 : a member of a group of loyal or subservient troops, officials, or supporters

**jan·i·tor** \'ja-nə-tər\ *n* [L, fr. *janus* arch, gate] (1629) 1 : DOORKEEPER 2 : one who keeps the premises of a building (as an apartment or office) clean, tends the heating system, and makes minor repairs — **jan·i·to·ri·al** \,ja-nə-'tōr-ē-əl, -'tor-\ *adj*

**Jan·sen·ism** \'jan(t)-sə-,ni-zəm\ *n* [F *jansénisme*, fr. Cornelis *Jansen*] (ca. 1656) 1 : a system of doctrine based on moral determinism, defended by various reformist factions among 17th and 18th century western European Roman Catholic clergy, religious, and scholars, and condemned as heretical by papal authority 2 : a puritanical attitude (as toward sex) — **Jan·sen·ist** \-nist\ *n* — **Jan·sen·is·tic** \,jan(t)-sə-'nis-tik\ *adj*

**Jan·u·ary** \'jan-yə-,wer-ē\ *n, pl* **-ar·ies** *or* **-ar·ys** [ME *Januarie*, fr. L *Januarius*, 1st month of the ancient Roman year, fr. *Janus*] (14c) : the 1st month of the Gregorian calendar

**Ja·nus** \'jā-nəs\ *n* [L] : a Roman god that is identified with doors, gates, and all beginnings and that is represented artistically with two opposite faces

**Janus–faced** \-,fāst\ *adj* (1682) : having two contrasting aspects; *esp* : DUPLICITOUS, TWO-FACED

**Janus green** *n* [prob. fr. *Janus*, a trademark] (1898) : a basic azine dye used esp. as a biological stain (as for mitochondria)

**Jap** \'jap\ *n or adj* (1886) : JAPANESE — usu. used disparagingly

**JAP** \'jap\ *n* (ca. 1973) : JEWISH AMERICAN PRINCESS — usu. used disparagingly

**¹ja·pan** \jə-'pan\ *adj* (1673) 1 : of, relating to, or originating in Japan : of a kind or style characteristic of Japanese workmanship

**²japan** *n* (1688) 1 a : any of several varnishes yielding a hard brilliant finish b : a hard dark coating containing asphalt and a drier that is used esp. on metal and fixed by heating — called also *japan black* 2 : work (as lacquer ware) finished and decorated in the Japanese manner

**³japan** *vt* **ja·panned; ja·pan·ning** (1688) 1 : to cover with or as if with a coat of japan 2 : to give a high gloss to — **ja·pan·ner** *n*

**Jap·a·nese** \,ja-pə-'nēz, -'nēs\ *n, pl* **Japanese** (1604) 1 a : a native or inhabitant of Japan b : a person of Japanese descent 2 : the language of the Japanese — **Japanese** *adj*

**Japanese an·drom·e·da** \-,an-'drä-mə-də\ *n* [NL *Andromeda*, genus of plants, fr. L *Andromeda*, Ethiopian princess, fr. Gk *Andromedē*] (1948) : a shrubby evergreen Asian heath (*Pieris japonica*) with glossy leaves and drooping clusters of usu. whitish flowers

**Japanese beetle** *n* (1900) : a small metallic green and brown scarab beetle (*Popillia japonica*) that has been introduced into America from Japan and as a grub feeds on the roots of grasses and decaying vegetation and as an adult eats foliage and fruits

**Japanese cedar** *n* (ca. 1880) : a large evergreen tree (*Cryptomeria japonica*) grown esp. in China and Japan for its valuable soft wood

**Japanese iris** *n* (1883) : any of various beardless garden irises (esp. *Iris kaempferi*) with very large showy flowers

**Japanese lacquer** *n* (1876) : LACQUER 1b

**Japanese maple** *n* (1898) : a maple (*Acer palmatum*) of Japan, China, and Korea with purple flowers and usu. deeply parted leaves that is widely cultivated as a shrub or small tree

**Japanese millet** *n* (1900) : a coarse annual grass (*Echinochloa frumentacea*) cultivated esp. in Asia for its edible seeds

**Japanese plum** *n* (1893) : a tree (*Prunus salicina*) native to China and cultivated in Japan that bears Japanese plums; *also* : the large usu. yellow to light red fruit of a Japanese plum

**Japanese quail** *n* (1963) : a quail (*Coturnix japonica* syn. *C. coturnix japonica*) from China and Japan that is often used in laboratory research

**Japanese quince** *n* (1900) : a hardy Chinese ornamental shrub (*Chaenomeles speciosa* syn. *C. lagenaria*) of the rose family with scarlet, pink, or white flowers

**Japanese spurge** *n* (1924) : a low Japanese herb or subshrub (*Pachysandra terminalis*) of the box family often used as a ground cover

**Jap·a·nize** \'ja-pə-,nīz\ *vt* **-nized; -niz·ing** (1890) 1 : to make Japanese 2 : to bring (as an area or industry) under the influence of Japan — **Jap·a·ni·za·tion** \,ja-pə-nə-'zā-shən\ *n*

**Japan wax** *n* (1859) : a yellowish fat obtained from the berries of several sumacs (as *Rhus verniciflua* and *R. succedanea*) and used chiefly in polishes

**¹jape** \'jāp\ *vb* **japed; jap·ing** [ME] *vi* (14c) : to say or do something jokingly or mockingly ~ *vt* : to make mocking fun of — **jap·er** \'jā-pər\ *n* — **jap·ery** \'jā-p(ə-)rē\ *n*

**²jape** *n* (14c) : something designed to arouse amusement or laughter: as a : an amusing literary or dramatic production b : GIBE

**Ja·pheth** \'jā-fəth\ *n* [L *Japheth* or Gk *Iapheth*, fr. Heb *Yepheth*] : a son of Noah held to be the progenitor of the Medes and Greeks

**ja·po·nais·e·rie** \zhá-pô-ne-zə-'rē, -nez-'rē\ *n, often cap* [F, fr. *japonais* Japanese] (1896) : a style in art reflecting Japanese qualities or motifs; *also* : an object or decoration in this style

**ja·pon·i·ca** \jə-'pä-ni-kə\ *n* [NL, fr. fem. of *Japonicus* Japanese, fr. *Japonia* Japan] (1819) : JAPANESE QUINCE

**¹jar** \'jär\ *vb* **jarred; jar·ring** [prob. fr. imit. origin] *vi* (1526) 1 a : to make a harsh or discordant sound b : to have a harshly disagreeable or disconcerting effect c : to be out of harmony; *specif* : BICKER 2 : to undergo severe vibration ~ *vt* : to cause to jar: as a : to affect disagreeably : UNSETTLE b : to make unstable : SHAKE — **jar·ring·ly** \'jär-iŋ-lē\ *adv*

**²jar** *n* (1537) 1 a : a state or manifestation of discord or conflict b : a harsh grating sound 2 a : a sudden or unexpected shake b : an unsettling shock c : an unpleasant break or conflict in rhythm, flow, or transition

**³jar** *n* [MF *jarre*, fr. OProv *jarra*, fr. Ar *jarrah* earthen water vessel] (1592) 1 : a widemouthed container made typically of earthenware or glass 2 : as much as a jar will hold — **jar·ful** \-,fůl\ *n*

**john** \'jän\ *n* [fr. the name *John*] (1856) **1 :** TOILET **2 :** a prostitute's client

**John** \'jän\ *n* [LL *Johannes*, fr. Gk *Iōannēs*, fr. Heb *Yōhānān*] **1 :** a Jewish prophet who according to Gospel accounts foretold Jesus's messianic ministry and baptized him — called also *John the Baptist* **2 :** an apostle who according to various Christian traditions wrote the fourth Gospel, the three Johannine Epistles, and the Book of Revelation **3 :** the fourth Gospel in the New Testament — see BIBLE table **4 :** any of three short didactic letters addressed to early Christians and included in the New Testament — see BIBLE table

**John Barleycorn** *n* (ca. 1620) **:** alcoholic liquor personified

**john-boat** \'jän-,bōt\ *n* [fr. the name *John*] (1905) **:** a narrow flat-bottomed square-ended boat usu. propelled by a pole or paddle and used on inland waterways

**John Bull** \-'bùl\ *n* [*John Bull*, character typifying the English nation in *The History of John Bull* (1712) by John Arbuthnot] (1778) **1 :** the English nation personified **:** the English people **2 :** a typical Englishman — **John Bull-ish** \-'bù-lish\ *adj* — **John Bull-ish-ness** *n* — **John Bull-ism** \-,li-zəm\ *n*

**John Doe** \-'dō\ *n* (1768) **1 :** a party to legal proceedings whose true name is unknown **2 :** an average man

**John Do-ry** \-'dōr-ē, -'dòr-\ *n, pl* **John Dories** [earlier *dory*, fr. ME *dorre*, fr. MF *doree*, lit., gilded one] (1754) **:** a common yellow to olive food fish (*Zeus faber*) of Europe and Africa with an oval compressed body, long dorsal spines, and a dark spot on each side; *also* **:** a closely related and possibly identical fish (*Z. capensis*) widely distributed in southern seas

**Joh-ne's disease** \'yō-nəz-\ *n* [Heinrich A. *Johne* †1910 Ger. bacteriologist] (1907) **:** a chronic often fatal contagious enteritis of ruminants and esp. of cattle that is caused by a bacterium (*Mycobacterium paratuberculosis*) and is characterized by persistent diarrhea and gradual emaciation

**John Han-cock** \'jän-'han-,käk\ *n* [*John Hancock*; fr. the prominence of his signature on the Declaration of Independence] (1903) **:** an autograph signature

**John Hen-ry** \-'hen-rē\ *n* [fr. the name *John Henry*, fr. confusion with *John Hancock*] (1914) **:** an autograph signature

**John Mark** *n* **:** MARK 1a

**john-ny** \'jä-nē\ *n, pl* **johnnies** [fr. the name *Johnny*] (1673) **1** *often cap* **:** FELLOW, GUY **2 :** a short-sleeved collarless gown that is open in the back and is worn by persons (as hospital patients) undergoing medical examination or treatment

**john-ny-cake** \'jä-nē-,kāk\ *n* [prob. fr. the name *Johnny*] (1739) **:** a bread made with cornmeal

**John-ny—come—late-ly** \'jä-nē-(,)kəm-'lāt-lē\ *n, pl* **Johnny—come—latelies** *or* **Johnnies—come—lately** (1839) **1 :** a late or recent arrival **:** NEWCOMER **2 :** UPSTART ⟨established families tend to hold themselves above the *Johnny-come-latelies* —William Zeckendorf †1976⟩

**John-ny—jump—up** \,jä-nē-'jəmp-,əp\ *n* (1842) **1 :** a common and long-cultivated European viola (*Viola tricolor*) which has short-spurred flowers usu. blue or purple mixed with white and yellow and from which most of the garden pansies are derived; *broadly* **:** any of various small-flowered cultivated pansies **2 :** any of various American violets

**John-ny—on—the—spot** \'jä-nē-,òn-thə-'spät, -,än-\ *n* (1896) **:** a person who is on hand and ready to perform a service or respond to an emergency

**Johnny Reb** \-'reb\ *n* [fr. the name *Johnny* + *reb* rebel] (1865) **:** a Confederate soldier

**John-son-ese** \,jän(t)-sə-'nēz, -'nēs\ *n* [Samuel *Johnson*] (1843) **:** a literary style characterized by balanced phraseology and Latinate diction

**john-son-grass** \'jän(t)-sən-,gras\ *n, often cap* [William *Johnston* †1859 Am. agriculturist] (1884) **:** a tall perennial sorghum (*Sorghum halepense*) orig. of the Mediterranean region that is widely used for forage in warm areas and often becomes naturalized

**joie de vi-vre** \,zhwä-də-'vēvr’\ *n* [F, lit., joy of living] (1889) **:** keen or buoyant enjoyment of life

¹**join** \'jòin\ *vb* [ME, fr. OF *joindre*, fr. L *jungere* — more at YOKE] *vt* (13c) **1 a :** to put or bring together so as to form a unit ⟨~ two blocks of wood with glue⟩ **b :** to connect (as points) by a line **c :** ADJOIN **2 :** to put or bring into close association or relationship ⟨~ed in marriage⟩ **3 :** to engage in (battle) **4 a :** to come into the company of ⟨~ed us for lunch⟩ **b :** to associate oneself with ⟨~ed the church⟩ ~ *vi* **1 a :** to come together so as to be connected (nouns ~ to form compounds) **b :** ADJOIN ⟨the two estates ~⟩ **2 :** to come into close association or relationship **:** as **a :** to form an alliance **b :** to become a member of a group **c :** to take part in a collective activity ⟨~ in singing⟩ — **join-able** \'jòi-nə-bəl\ *adj*
*syn* JOIN, COMBINE, UNITE, CONNECT, LINK, ASSOCIATE, RELATE mean to bring or come together into some manner of union. JOIN implies a bringing into contact or conjunction of any degree of closeness ⟨*joined* forces in an effort to win⟩. COMBINE implies some merging or mingling with corresponding loss of identity of each unit ⟨*combined* jazz and rock to create a new music⟩. UNITE implies somewhat greater loss of separate identity ⟨the colonies *united* to form a republic⟩. CONNECT suggests a loose or external attachment with little or no loss of identity ⟨a mutual defense treaty *connected* the two nations⟩. LINK may imply strong connection or inseparability of elements still retaining identity ⟨a name forever *linked* with liberty⟩. ASSOCIATE stresses the mere fact of frequent occurrence or existence together in space or in logical relation ⟨opera is popularly *associated* with high society⟩. RELATE suggests the existence of a real or presumed logical connection ⟨*related* what he observed to what he already knew⟩.

²**join** *n* (1825) **1 :** JOINT **2 :** UNION 2d

**join-der** \'jòin-dər\ *n* [F *joindre* to join, fr. OF] (1601) **1 :** CONJUNCTION 1 **2 a (1) :** a joining of parties as plaintiffs or defendants in a suit **(2) :** a joining of causes of action or defense **b :** acceptance of an issue tendered

**join-er** \'jòi-nər\ *n* (14c) **:** one that joins **:** as **a :** a person whose occupation is to construct articles by joining pieces of wood **b :** a gregarious or civic-minded person who joins many organizations

**join-ery** \'jòi-nə-rē, 'jòin-rē\ *n* (1678) **1 :** the art or trade of a joiner **2 :** work done by a joiner

**join-ing** \'jòi-niŋ\ *n* (14c) **1 :** the act or an instance of joining one thing to another **:** JUNCTURE **2 a :** the place or manner of being joined together **b :** something that joins two things together

¹**joint** \'jòint\ *n* [ME *jointe*, fr. OF, fr. *joindre*] (13c) **1 a (1) :** the point of contact between elements of an animal skeleton with the parts that surround and support it **(2) :** NODE 5b **b :** a part or space included between two articulations, knots, or nodes **c :** a large piece of meat for roasting **2 a :** a place where two things or parts are joined **b :** a space between the adjacent surfaces of two bodies joined and held together (as by cement or mortar) **c :** a fracture or crack in rock not accompanied by dislocation **d :** the flexing part of a cover along either backbone edge of a book **e :** the junction of two or more members of a framed structure **f :** a union formed by two abutting rails in a track including the elements (as bars and bolts) necessary to hold the abutting rails together **g :** an area at which two ends, surfaces, or edges are attached **3 a :** a shabby or disreputable place of entertainment **b :** PLACE, ESTABLISHMENT **c** *slang* **:** PRISON 2 **4 :** a marijuana cigarette — **joint-ed** \'jòin-təd\ *adj* — **joint-ed-ly** *adv* — **joint-ed-ness** *n* — **out of joint 1 a** *of a bone* **:** having the head slipped from its socket **b :** at variance **2 a :** DISORDERED 2a **b :** being out of humor **:** DISSATISFIED

²**joint** *adj* [ME, fr. MF, fr. pp. of *joindre*, fr. OF] (14c) **1 :** UNITED, COMBINED ⟨the ~ influences of culture and climate⟩ **2 :** common to two or more **:** as **a (1) :** involving the united activity of two or more ⟨a ~ effort⟩ **(2) :** constituting an activity, operation, or organization in which elements of more than one armed service participate ⟨~ maneuvers⟩ **(3) :** constituting an action or expression of two or more governments ⟨~ peace talks⟩ **b :** shared by or affecting two or more ⟨a ~ fine⟩ **3 :** united, joined, or sharing with another (as in a right or status) ⟨~ heirs⟩ **4 :** being a function of or involving two or more variables and esp. random variables — **joint-ly** *adv*

³**joint** *vb* [¹*joint*] *vt* (1530) **1 :** to separate the joints of (as meat) **2 a :** to unite by a joint **:** fit together **b :** to provide with a joint **:** ARTICULATE **c :** to prepare (as a board) for joining by planing the edge ~ *vi* **1 :** to fit as if by joints ⟨the stones ~ neatly⟩ **2 :** to form joints as a stage in growth — used esp. of small grains

**Joint Chiefs of Staff** (1946) **:** a military advisory group composed of the chiefs of staff of the army and air force, the chief of naval operations, and sometimes the commandant of the marine corps

**joint-er** \'jòin-tər\ *n* (1678) **:** one that joints; *esp* **:** any of various tools used in making joints

**joint grass** *n* (1835) **:** a coarse creeping grass (*Paspalum distichum*) with jointed stems that is used for fodder and for erosion control

**joint resolution** *n* (1838) **:** a resolution passed by both houses of a legislative body that has the force of law when signed by or passed over the veto of the executive

**join-tress** \'jòin-trəs\ *n* (1602) **:** a woman having a legal jointure

**joint—stock company** *n* (1776) **:** a company or association consisting of individuals organized to conduct a business for gain and having a joint stock of capital represented by shares owned individually by the members and transferable without the consent of the group

**join-ture** \'jòin-chər\ *n* (14c) **1 :** an act of joining **:** the state of being joined **b :** JOINT **2 a :** an estate settled on a wife to be taken by her in lieu of dower **b :** a settlement on the wife of a freehold estate for her lifetime

**joint-worm** \'jòint-,wərm\ *n* (1851) **:** the larva of any of several small chalcid wasps (genus *Harmolita*) that attacks the stems of grain and causes swellings like galls at or just above the first joint

**joist** \'jòist\ *n* [ME *joiste*, fr. MF *giste*, fr. (assumed) VL *jacitum*, fr. L *jacēre* to lie — more at ADJACENT] (15c) **:** any of the small timbers or metal beams ranged parallel from wall to wall in a structure to support a floor or ceiling

**jo-jo-ba** \hə-'hō-bə\ *n* [MexSp] (1923) **:** a shrub or small tree (*Simmondsia chinensis* syn. *S. californica*) of the box family of southwestern No. America with edible seeds that yield a valuable liquid wax

¹**joke** \'jōk\ *n* [L *jocus*; perh. akin to OHG *gehan* to say, Skt *yācati* he asks] (1670) **1 a :** something said or done to provoke laughter; *esp* **:** a brief oral narrative with a climactic humorous twist **b (1) :** the humorous or ridiculous element in something **(2) :** an instance of jesting **:** KIDDING ⟨can't take a ~⟩ **c :** PRACTICAL JOKE **d :** LAUGHINGSTOCK **2 :** something not to be taken seriously **:** a trifling matter ⟨consider his skiing a ~ —Harold Callender⟩ — often used in negative construction ⟨it is no ~ to be lost in the desert⟩

²**joke** *vb* **joked; jok-ing** *vi* (1670) **:** to make jokes **:** JEST ~ *vt* **:** to make the object of a joke **:** KID — **jok-ing-ly** \'jō-kiŋ-lē\ *adv*

**jok-er** \'jō-kər\ *n* (1729) **1 a :** a person given to joking **:** WAG **b :** FELLOW, GUY; *esp* **:** an insignificant, obnoxious, or incompetent person ⟨a shame to let a ~ like this win —Harold Robbins⟩ **2 :** a playing card added to a pack as a wild card or as the highest-ranking card **3 a (1) :** an ambiguous or apparently immaterial clause inserted in a legislative bill to make it inoperative or uncertain in some respect **(2) :** an unsuspected, misleading, or misunderstood clause, phrase, or word in a document that nullifies or greatly alters it **b :** something (as an expedient or stratagem) held in reserve to gain an end or escape from a predicament **c :** an unsuspected or not readily apparent fact, factor, or condition that thwarts or nullifies a seeming advantage

**jok-ey** *also* **joky** \'jō-kē\ *adj* **jok-i-er; -est** (ca. 1825) **1 :** given to joking **2 :** HUMOROUS, COMICAL **3 :** amusingly ridiculous **:** LAUGHABLE — **jok-i-ly** \-kə-lē\ *adv* — **jok-i-ness** \-kē-nəs\ *n*

**jol-li-fi-ca-tion** \,jä-li-fə-'kā-shən\ *n* (1809) **:** FESTIVITY, MERRYMAKING

**jol-li-ty** \'jä-lə-tē\ *n, pl* **-ties** (14c) **1 :** the quality or state of being jolly **:** MERRIMENT **2** *Brit* **:** a festive gathering

¹**jol-ly** \'jä-lē\ *adj* **jol-li-er; -est** [ME *joli*, fr. OF] (14c) **1 a (1) :** full of high spirits **:** JOYOUS **(2) :** given to conviviality **:** JOVIAL **b :** expressing, suggesting, or inspiring gaiety **:** CHEERFUL **2 :** extremely pleasant or agreeable **:** SPLENDID *syn* see MERRY

\ə\ abut \'\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ò\ law \òi\ boy \th\ thin \th\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision \ä, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʸ\ *see* Guide to Pronunciation

Case 9:04-cv-00023-RC   Document 51-3   Filed 04/25/05   Page 15 of 16 PageID #: 1317

prices⟩ (4) : SHORT, DEPLETED ⟨oil is in ~ supply⟩   c : of lesser position, rank, or order" 9 : falling short of some standard: as   a : lacking dignity or elevation ⟨a ~ style of writing⟩   b : morally reprehensible : BASE ⟨a ~ trick⟩   c : COARSE, VULGAR ⟨~ language⟩   10   a : not advanced in complexity, development, or elaboration ⟨~ organisms⟩ b *often cap* : LOW CHURCH   11 : UNFAVORABLE, DISPARAGING ⟨had a ~ opinion of him⟩   12 : designed for slow and usu. the slowest speed ⟨~ gear⟩   13 : articulated with a wide opening between the relatively flat tongue and the palate : OPEN ⟨ä\ is a ~ vowel⟩   14 : intended to attract little attention ⟨kept a ~ profile⟩   *syn* see BASE — **low** *adv* — **low-ness** *n*

**⁴low** *n* (12c)   1 : something that is low: as   a : DEPTH   b : a region of low barometric pressure   2 : the transmission gear of an automotive vehicle giving the lowest ratio of driveshaft to crankshaft speed

**⁵low** *or* **lowe** \'lō\ *n* [ME, fr. ON *logi, log*; akin to OE *lēoht* light — more at LIGHT] (13c) *chiefly Scot* : FLAME, BLAZE

**⁶low** *or* **lowe** *vb* **lowed; low-ing** (14c) *Scot* : FLAME, BLAZE

**low-ball** \'lō-,bȯl\ *vt* (ca. 1961) : to give (a customer) a deceptively low price or cost estimate — **lowball** *n*

**low beam** *n* (ca. 1952) : the short-range focus of a vehicle headlight

**low blood pressure** *n* (1924) : HYPOTENSION

**low blow** *n* (1952) : an unprincipled attack ⟨gossip column that landed one *low blow* after another —James Fallows⟩

**low-born** \'lō-'bȯrn\ *adj* (13c) : born in a low condition or rank

**low-boy** \-,bȯi\ *n* (ca. 1891) : a chest or side table about three feet (one meter) high with drawers and usu. with cabriole legs

**low-bred** \-'bred\ *adj* (1757) : RUDE, VULGAR

**low-brow** \-,braü\ *n* (1906) : a person with little taste or intellectual interest — **lowbrow** *adj*

**Low Church** *adj* (1710) : tending esp. in Anglican worship to minimize emphasis on the priesthood, sacraments, and ceremonial in worship and often to emphasize evangelical principles

**Low Churchman** *n* (1702) : a person holding or advocating Low Church views

**low comedy** *n* (1608) : comedy employing burlesque, horseplay, or the representation of low life — compare HIGH COMEDY

**low country** *n, often cap L&C* (15c) : a low-lying country or region; *esp* : the part of a southern state extending from the seacoast inland to the fall line — **low-country** *adj, often cap L&C*

**low-density lipoprotein** *n* (1951) : LDL

**low-down** \'lō-,daün\ *n* (1915) : the inside facts : DOPE

**low-down** \'lō-(,)daün\ *adj* (1850)   1 : CONTEMPTIBLE, BASE   2 : deeply emotional ⟨~ blues⟩

**low earth orbit** *n* (1963) : a usu. circular orbit from about 90 to 600 miles (144 to 960 kilometers) above the earth

**low-end** \'lō-,end\ *adj* (1926) : of, relating to, or being the lowest priced merchandise in a manufacturer's line

**¹lower** \'laü(-ə)r, 'lō(-ə)r\ *vi* [ME *louren*; akin to MHG *lūren* to lie in wait] (13c)   1 : to look sullen : FROWN   2 : to be or become dark, gloomy, and threatening

**²lower** *n* (14c) : FROWN

**³lower** \'lō(-ə)r\ *adj* [³low] (13c)   1 : relatively low in position, rank, or order   2 : SOUTHERN ⟨~ New York State⟩   3 : less advanced in the scale of evolutionary development   4   a : situated or held to be situated beneath the earth's surface   b *cap* : being an earlier epoch or series of the period or series named ⟨*Lower* Cretaceous⟩   5 : constituting the popular and often the larger and more representative branch of a bicameral legislative body ⟨~ house⟩

**⁴lower** \'lō(-ə)r\ *vt* (1606) : to move down : DROP; *also* : DIMINISH ~ *vt*   1   a : to let descend : LET DOWN   b : to depress as to direction ⟨~ your aim⟩   c : to reduce the height of   2   a : to reduce in value, number, or amount   b   (1) : to bring down in quality or character : DEGRADE   (2) : ABASE, HUMBLE   c : to reduce the objective of

**⁵lower-case** \,lō(-ə)r-'kās\ *adj* [fr. the compositor's practice of keeping such types in the lower of a pair of type cases] (1683) *of a letter* : having as its typical form a f g or b n i rather than A F G or B N I — **low-ercase** *n*

**²lowercase** *vt* **-cased; -cas-ing** (1908) : to print or set in lowercase letters

**low-er-class** \,lō(-ə)r-'klas\ *adj* (1892)   1 : of, relating to, or characteristic of the lower class   2 : being an inferior or low-ranking specimen of its kind

**lower class** *n* (1772) : a social class occupying a position below the middle class and having the lowest status in a society

**lower criticism** *n* (ca. 1889) : criticism concerned with the recovery of original texts esp. of Scripture through collation of extant manuscripts — compare HIGHER CRITICISM

**lower fungus** *n* (1900) : a fungus with hyphae absent or rudimentary and nonseptate

**low-er-ing** \'laü-(ə-)riŋ, 'lō-\ *adj* (15c) : dark and threatening : GLOOMY

**low-er-most** \'lō(-ə)r-,mōst\ *adj* (1547) : LOWEST

**low-ery** \'laü-(ə-)rē, 'lō-\ *adj* (15c) : GLOOMY, LOWERING

**lowest common denominator** *n* (1924)   1 : LEAST COMMON DENOMINATOR   2 : something of small intellectual content designed to appeal to a lowbrow audience; *also* : such an audience

**lowest common multiple** *n* (ca. 1924) : LEAST COMMON MULTIPLE

**lowest terms** *n pl* (1806) : the form of a fraction in which the numerator and denominator have no factor in common except 1 ⟨reduce a fraction to *lowest terms*⟩

**low frequency** *n* (ca. 1868) : a radio frequency between medium frequency and very low frequency — see RADIO FREQUENCY table

**Low German** *n* (1838)   1 : the German dialects of northern Germany esp. as used since the end of the medieval period : PLATTDEUTSCH   2 : the West Germanic languages other than High German

**low-grade** \'lō-'grād\ *adj* (1878)   1 : of inferior grade or quality   2 : being near that extreme of a specified range which is lowest, least intense, or least competent ⟨a ~ fever⟩ ⟨a ~ infection⟩

**low-key** \-'kē\ *also* **low-keyed** \-'kēd\ *adj* (1907)   1 : having or producing dark tones only with little contrast   2 : of low intensity : RESTRAINED

**¹low-land** \'lō-lənd, -,land\ *n* (15c) : low or level country

**²lowland** *adj* (1508)   1 *cap* : of or relating to the Lowlands of Scotland   2 : of or relating to a lowland

**low-land-er** \-lən-dər, -,lan-\ *n* (1692)   1 *cap* : an inhabitant of the Lowlands of Scotland   2 : a native or inhabitant of a lowland region

**Low Latin** *n* (1872) : postclassical Latin in its later stages

**low-lev-el** \'lō-'le-vəl\ *adj* (1881)   1 : occurring, done, or placed at a low level   2 : being of low importance or rank

**low-life** \'lō-,līf\ *n, pl* **low-lifes** \-,līfs\ *also* **low-lives** \-,līvz\ (1911)   1 : a person of low social status   2 : a person of low moral character — **low-life** *adj*

**low-light** \'lō-,līt\ *n* (1941) : a particularly bad or unpleasant event, detail, or part

**low-li-head** \'lō-lē-,hed\ *n* [ME *lowlihead*, fr. *lowly* + *-hed* -hood; akin to ME *-hod* -hood] (15c) *archaic* : lowly state

**¹low-ly** \'lō-lē\ *adv* (14c)   1 : in a humble or meek manner   2 : in a low position, manner, or degree   3 : not loudly

**²lowly** *adj* **low-li-er; -est** (14c)   1 : humble in manner or spirit : free from self-assertive pride   2 : not lofty or sublime : PROSAIC   3 : ranking low in some hierarchy   4 : of or relating to a low social or economic rank   5 : low in the scale of biological or cultural evolution — **low-li-ness** *n*

**low-ly-ing** \'lō-'lī-iŋ\ *adj* (1856)   1 : rising relatively little above the base of measurement ⟨~ hills⟩   2 : lying below the normal level, surface, or the base of measurement or mean elevation ⟨~ clouds⟩

**low mass** *n, often cap L&M* (1568) : a mass that is recited without singing by the celebrant, without a deacon, subdeacon, or choir assisting the celebrant, and without the use of incense

**low-mind-ed** \'lō-'mīn-dəd\ *adj* (ca. 1746) : inclined to low or unworthy things — **low-mind-ed-ly** *adv* — **low-mind-ed-ness** *n*

**lown** \'laün, 'lün\ *adj* [ME (Sc) *lowne*] (15c) *dial* : CALM, QUIET

**low-pres-sure** \'lō-'pre-shər\ *adj* (1727)   1 : having, exerting, or operating under a relatively small pressure   2 : EASYGOING

**low relief** *n* (1711) : BAS-RELIEF

**low-rent** \'lō-'rent\ *adj* (1957) : low in character, cost, or prestige ⟨~ thugs⟩ ⟨a ~ movie⟩ ⟨a ~ literary form⟩

**low-rise** \'lō-'rīz\ *adj* (1957)   1 : having few stories and not equipped with elevators ⟨a ~ classroom building⟩   2 : of, relating to, or characterized by low-rise buildings ⟨a ~ housing development⟩

**low-slung** \'lō-,sləŋ\ *adj* (1943) : relatively low to the ground or floor ⟨a ~ convertible⟩ ⟨a ~ modern building⟩ ⟨a ~ sofa⟩

**low-spir-it-ed** \'lō-'spir-ə-təd\ *adj* (1693) : DEJECTED, DEPRESSED — **low-spir-it-ed-ly** *adv* — **low-spir-it-ed-ness** *n*

**Low Sunday** *n* (15c) : the Sunday following Easter

**low-tech** \'lō-'tek\ *adj* (1981) : technologically simple or unsophisticated ⟨~ industries⟩

**low tide** *n* (1843) : the farthest ebb of the tide

**low water** *n* (15c) : a low stage of the water in a river or lake; *also* : LOW TIDE

**¹lox** \'läks\ *n* [*liquid oxygen*] (1923) : liquid oxygen

**²lox** *n, pl* **lox** *or* **lox-es** [Yiddish *laks*, fr. MHG *lahs* salmon, fr. OHG; akin to OE *leax* salmon] (1941) : smoked salmon

**lox-o-drome** \'läk-sə-,drōm\ *n* [back-formation fr. *loxodromic* of a rhumb line, fr. F *loxodromique*, fr. Gk *loxos* oblique + *dromos* course — more at DROMEDARY] (1880) : RHUMB LINE

**loy-al** \'lȯi(-ə)l\ *adj* [MF, fr. OF *leial, leel*, fr. L *legalis* legal] (1531)   1 : unswerving in allegiance: as   a : faithful in allegiance to one's lawful sovereign or government   b : faithful to a private person to whom fidelity is due   c : faithful to a cause, ideal, custom, institution, or product   2 : showing loyalty   3 *obs* : LAWFUL, LEGITIMATE   *syn* see FAITHFUL — **loy-al-ly** \'lȯi-ə-lē\ *adv*

**loy-al-ist** \'lȯi-ə-list\ *n* (1647) : one who is or remains loyal esp. to a political cause, party, government, or sovereign

**loy-al-ty** \'lȯi(-ə)l-tē\ *n, pl* **-ties** [ME *loyaltee*, fr. MF *loialté*, fr. OF *leialté*, fr. *leial*] (15c) : the quality or state or an instance of being loyal   *syn* see FIDELITY

**loz-enge** \'lä-z²nj *also* -s²nj\ *n* [ME *losenge*, fr. MF *losange*] (14c)   1 : a figure with four equal sides and two acute and two obtuse angles : DIAMOND   2 : something shaped like a lozenge   3 : a small often medicated candy

**LP** \,el-'pē\ *n* [*long-playing*] (1948) : a microgroove phonograph record designed to be played at 33⅓ revolutions per minute

**LPN** \,el-(,)pē-'en\ *n* (1948) : LICENSED PRACTICAL NURSE

**LSD** \,el-(,)es-'dē\ *n* [*lysergic acid diethylamide*] (1950) : an organic compound $C_{20}H_{25}N_3O$ that induces psychotic symptoms similar to those of schizophrenia — called *also lysergic acid diethylamide*

**lu-au** \'lü-,aü\ *n* [Hawaiian *lū'au*] (1853) : an Hawaiian feast

**Lu-ba-vitch-er** \'lü-bə-,vi-chər, lü-'bä-\ *n* [Yiddish *lyubavitsher*, fr. *Lyubavitsh*, town in Belarus] (1954) : a member of a Hasidic sect founded by Schneour Zalman of Lyady in the late 18th century — **Lubavitcher** *adj*

**lub-ber** \'lə-bər\ *n* [ME *lobre, lobur*] (14c)   1 : a big clumsy fellow   2 : a clumsy seaman — **lub-ber-li-ness** \-lē-nəs\ *n* — **lub-ber-ly** \-lē\ *adj or adv*

**lubber line** *n* (1889) : a fixed line on the compass of a ship or airplane that is aligned with the longitudinal axis of the vehicle

**lubber's hole** *n* (ca. 1784) : a hole in a square-rigger's top near the mast through which one may go farther aloft without going over the rim by the futtock shrouds

**lube** \'lüb\ *n* [short for *lubricating oil*] (1926)   1 : LUBRICANT   2 : an application of a lubricant : LUBRICATION

**lu-bric** \'lü-brik\ *adj* [MF *lubrique*, fr. ML *lubricus*] (15c) *archaic* : LUBRICIOUS — **lu-bri-cal** \-bri-kəl\ *adj*

**lu-bri-cant** \'lü-bri-kənt\ *n* (ca. 1928)   1 : a substance (as grease) capa-

\ə\ abut \ˀ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aü\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \ṯh\ the \ü\ loot \ü\ foot \y\ yet \zh\ vision \ä, ᵏ, ⁿ, œ, œ̄, ᵫ, Œ, \ *see* Guide to Pronunciation

Defendant's Corrected Extrinsic Evidence Appendix (Vol. 1)]   15

**mate·lot** \'mat-ˌlō, 'ma-tə-\ *n* [F, fr. MF, fr. MD *mattenoot*, lit., bedmate] (1911) *Brit* : SAILOR
**ma·te·lote** \ˌma-t'l-'ōt, mat-'lōt\ *n* [F, lit., sailor's wife, fr. *matelot*] (ca. 1736) : a stew made usu. of fish in a seasoned wine sauce
**ma·ter** \'mā-tər\ *n* [L — more at MOTHER] (ca. 1859) *chiefly Brit* : MOTHER
**ma·ter·fa·mil·i·as** \ˌmā-tər-fə-'mil-ē-əs, ˌmä-\ *n* [L, fr. *mater* + *familias*, archaic gen. of *familia* household — more at FAMILY] (1756) : a woman who is head of a household
¹**ma·te·ri·al** \mə-'tir-ē-əl\ *adj* [ME *materiel*, fr. MF & LL; MF, fr. LL *materialis*, fr. L *materia* matter — more at MATTER] (14c)  1 a (1) : relating to, derived from, or consisting of matter; *esp* : PHYSICAL ⟨the ∼ world⟩ (2) : BODILY ⟨∼ needs⟩  b (1) : of or relating to matter rather than form ⟨∼ cause⟩ (2) : of or relating to the subject matter of reasoning; *esp* : EMPIRICAL ⟨∼ knowledge⟩  2 : having real importance or great consequences ⟨facts ∼ to the investigation⟩  3 a : being of a physical or worldly nature  b : relating to or concerned with physical rather than spiritual or intellectual things ⟨∼ progress⟩ — **ma·te·ri·al·ly** \-ē-ə-lē\ *adv* — **ma·te·ri·al·ness** *n*
*syn* MATERIAL, PHYSICAL, CORPOREAL, PHENOMENAL, SENSIBLE, OBJECTIVE mean of or belonging to actuality. MATERIAL implies formation out of tangible matter; used in contrast with *spiritual* or *ideal* it may connote the mundane, crass, or grasping ⟨*material* values⟩. PHYSICAL applies to what is perceived directly by the senses and may contrast with *mental*, *spiritual*, or *imaginary* ⟨the *physical* benefits of exercise⟩. CORPOREAL implies having the tangible qualities of a body such as shape, size, or resistance to force ⟨artists have portrayed angels as *corporeal* beings⟩. PHENOMENAL applies to what is known or perceived through the senses rather than by intuition or rational deduction ⟨scientists concerned with the *phenomenal* world⟩. SENSIBLE stresses the capability of readily or forcibly impressing the senses ⟨the earth's rotation is not *sensible* to us⟩. OBJECTIVE may stress material or independent existence apart from a subject perceiving it ⟨no *objective* evidence of damage⟩.  *syn* see in addition RELEVANT
²**material** *n* (1556)  1 a (1) : the elements, constituents, or substances of which something is composed or can be made (2) : matter that has qualities which give it individuality and by which it may be categorized ⟨sticky ∼⟩ ⟨explosive ∼s⟩  b (1) : something (as data) that may be worked into a more finished form ⟨∼ for a biography⟩ (2) : something used for or made the object of study ⟨∼ for the next semester⟩ (3) : a performer's repertoire ⟨a comedian's ∼⟩  c : MATTER 3b  d : CLOTH  e : a person potentially suited to some pursuit ⟨varsity ∼⟩ ⟨leadership ∼⟩  2 a : apparatus necessary for doing or making something ⟨writing ∼s⟩  b : MATÉRIEL
**ma·te·ri·al·ise** *Brit var of* MATERIALIZE
**ma·te·ri·al·ism** \mə-'tir-ē-ə-ˌli-zəm\ *n* (1748)  1 a : a theory that physical matter is the only or fundamental reality and that all being and processes and phenomena can be explained as manifestations or results of matter  b : a doctrine that the only or the highest values or objectives lie in material well-being and in the furtherance of material progress  c : a doctrine that economic or social change is materially caused — compare HISTORICAL MATERIALISM  2 : a preoccupation with or stress upon material rather than intellectual or spiritual things — **ma·te·ri·al·ist** \-list\ *n or adj* — **ma·te·ri·al·is·tic** \-ˌtir-ē-ə-'lis-tik\ *adj* — **ma·te·ri·al·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
**ma·te·ri·al·i·ty** \mə-ˌtir-ē-'a-lə-tē\ *n, pl* **-ties** (1570)  1 : the quality or state of being material  2 : something that is material
**ma·te·ri·al·i·za·tion** \mə-ˌtir-ē-ə-lə-'zā-shən\ *n* (1843)  1 : the action of materializing or becoming materialized  2 : something that has been materialized; *esp* : APPARITION
**ma·te·ri·al·ize** \mə-'tir-ē-ə-ˌlīz\ *vb* **-ized; -iz·ing** *vt* (1710)  1 a : to make material : OBJECTIFY  b : to cause to appear in bodily form ⟨∼ the spirits of the dead⟩  2 : to cause to be materialistic ∼ *vi*  1 : to assume bodily form  2 a : to appear esp. suddenly  b : to come into existence — **ma·te·ri·al·iz·er** *n*
**materials science** *n* (1961) : the scientific study of the properties and applications of materials of construction or manufacture (as ceramics, metals, polymers, and composites) — **materials scientist** *n*
**ma·te·ria med·i·ca** \mə-ˌtir-ē-ə-'me-di-kə\ *n* [NL, lit., medical matter] (1699)  1 : substances used in the composition of medical remedies : DRUGS, MEDICINE  2 : a branch of medical science that deals with the sources, nature, properties, and preparation of drugs  b : a treatise on materia medica
**ma·té·ri·el** *or* **ma·te·ri·el** \mə-ˌtir-ē-'el\ *n* [F *matériel*, fr. *matériel*, adj.] (1814) : equipment, apparatus, and supplies used by an organization or institution
**ma·ter·nal** \mə-'tər-nᵊl\ *adj* [ME, fr. MF *maternel*, fr. L *maternus*, fr. *mater* mother — more at MOTHER] (15c)  1 : of, relating to, belonging to, or characteristic of a mother : MOTHERLY  2 a : related through a mother ⟨his ∼ aunt⟩  b : inherited or derived from the female parent ⟨∼ genes⟩ — **ma·ter·nal·ly** \-n³l-ē\ *adv*
¹**ma·ter·ni·ty** \mə-'tər-nə-tē\ *n, pl* **-ties** (1611)  1 a : the quality or state of being a mother : MOTHERHOOD  b : the qualities of a mother : MOTHERLINESS  2 : a hospital facility designed for the care of women before and during childbirth and for the care of newborn babies
²**maternity** *adj* (1893)  1 : designed for wear during pregnancy ⟨a ∼ dress⟩  2 : effective for the period close to and including childbirth ⟨∼ leave⟩
**mat·ey** \'mā-tē\ *adj* (1915) *chiefly Brit* : COMPANIONABLE — **mat·ey·ness** \-nəs\ *n, chiefly Brit*
**math** \'math\ *n* (ca. 1878) : MATHEMATICS
**math·e·mat·i·cal** \ˌmath-'ma-ti-kəl, ˌma-thə-\ *also* **math·e·mat·ic** \-tik\ *adj* [ME *mathematicalle*, fr. L *mathematicus*, fr. Gk *mathēmatikos*, fr. *mathēmat-*, *mathēma* learning, mathematics, fr. *manthanein* to learn; prob. akin to Goth *mundon* to pay attention] (15c)  1 : of, relating to, or according with mathematics  2 a : rigorously exact : PRECISE  b : CERTAIN  3 : possible but highly improbable ⟨only a ∼ chance⟩ — **math·e·mat·i·cal·ly** \-ti-k(ə-)lē\ *adv*
**mathematical expectation** *n* (1838) : EXPECTED VALUE
**mathematical induction** *n* (1838) : INDUCTION 2b
**mathematical logic** *n* (1858) : SYMBOLIC LOGIC
**math·e·ma·ti·cian** \ˌmath-mə-'ti-shən, ˌma-thə-\ *n* (15c) : a specialist or expert in mathematics
**math·e·mat·ics** \ˌmath-'ma-tiks, ˌma-thə-\ *n pl but usu sing in constr* (1581)  1 : the science of numbers and their operations, interrelations, combinations, generalizations, and abstractions and of space configurations and their structure, measurement, transformations, and generalizations  2 : a branch of, operation in, or use of mathematics ⟨the ∼ of physical chemistry⟩
**math·e·ma·ti·za·tion** \ˌmath-mə-tə-'zā-shən, ˌma-thə-\ *n* (1928) : reduction to mathematical form — **math·e·ma·tize** \'math-mə-ˌtīz, 'ma-thə-\ *vb*
**maths** \'maths\ *n pl* (1911) *chiefly Brit* : MATHEMATICS
**mat·in** \'ma-t³n\ *adj* [ME, fr. OF] (14c) : of or relating to matins or to early morning
**mat·in·al** \'ma-t³n-əl\ *adj* (1803)  1 : of or relating to matins  2 : EARLY
**mat·i·nee** *or* **mat·i·née** \ˌma-t³n-'ā\ *n* [F *matinée*, lit., morning, fr. OF, fr. *matin* morning, fr. L *matutinum*, fr. neut. of *matutinus* of the morning, fr. *Matuta*, goddess of morning; akin to L *maturus* ripe — more at MATURE] (1858) : a musical or dramatic performance or social or public event held in the daytime and esp. the afternoon
**matinee idol** *n* (1902) : a handsome male performer
**mat·ins** \'ma-t³nz\ *n pl but sing or pl in constr, often cap* [ME *matines*, fr. OF, fr. LL *matutinae*, fr. L, fem. pl. of *matutinus*] (14c)  1 : the night office forming with lauds the first of the canonical hours  2 : MORNING PRAYER
**matr-** *or* **matri-** *or* **matro-** *comb form* [L *matr-*, *matri-*, fr. *matr-*, *mater*] : mother ⟨*matriarch*⟩ ⟨*matronymic*⟩
**ma·tri·arch** \'mā-trē-ˌärk\ *n* (1606) : a female who rules or dominates a family, group, or state; *specif* : a mother who is head and ruler of her family and descendants — **ma·tri·ar·chal** \ˌmā-trē-'är-kəl\ *adj*
**ma·tri·ar·chate** \'mā-trē-ˌär-kət, -ˌkāt\ *n* (1885) : MATRIARCHY 1
**ma·tri·ar·chy** \'mā-trē-ˌär-kē\ *n, pl* **-chies** (1885)  1 : a family, group, or state governed by a matriarch  2 : a system of social organization in which descent and inheritance are traced through the female line
**ma·tri·cide** \'ma-trə-ˌsīd, 'mā-\ *n* (1594)  1 [L *matricidium*, fr. *matr-* + *-cidium* *-cide*] : murder of a mother by her son or daughter  2 [L *matricida*, fr. *matr-* + *-cida* *-cide*] : one that murders his or her mother — **ma·tri·cid·al** \ˌma-trə-'sī-d³l, ˌmā-\ *adj*
**ma·tric·u·late** \mə-'tri-kyə-ˌlāt\ *vb* **-lat·ed; -lat·ing** [ML *matriculatus*, pp. of *matriculare*, fr. LL *matricula* public roll, dim. of *matric-*, *matrix* list, fr. L, breeding female] *vt* (1577) : to enroll as a member of a body and esp. of a college or university ∼ *vi* : to become matriculated — **ma·tric·u·lant** \-lənt\ *n* — **ma·tric·u·la·tion** \-ˌtri-kyə-'lā-shən\ *n*
**ma·tri·lin·eal** \ˌma-trə-'li-nē-əl, ˌmā-\ *adj* (1904) : relating to, based on, or tracing descent through the maternal line ⟨∼ society⟩ — **ma·tri·lin·eal·ly** \-nē-ə-lē\ *adv*
**mat·ri·mo·nial** \ˌma-trə-'mō-nē-əl, -nyəl\ *adj* (15c) : of or relating to marriage, the married state, or married persons — **mat·ri·mo·ni·al·ly** *adv*
**mat·ri·mo·ny** \'ma-trə-ˌmō-nē\ *n* [ME, fr. MF *matremoine*, fr. L *matrimonium*, fr. *matr-*, *mater* mother, matron — more at MOTHER] (14c) : the union of man and woman as husband and wife : MARRIAGE
**matrimony vine** *n* (ca. 1818) : a shrub or vine (genus *Lycium*) of the nightshade family with often showy flowers and usu. red berries
**ma·trix** \'mā-triks\ *n, pl* **ma·tri·ces** \'mā-trə-ˌsēz, 'ma-\ *or* **ma·trix·es** \'mā-trik-səz\ [L, female animal used for breeding, parent plant, fr. *matr-*, *mater*] (1555)  1 : something within or from which something else originates, develops, or takes form  2 a : a mold from which a relief surface (as a piece of type) is made  b : DIE 3a(1)  c : an engraved or inscribed die or stamp  d : an electroformed impression of a phonograph record used for mass-producing duplicates of the original  3 a : the natural material (as soil or rock) in which something (as a fossil or crystal) is embedded  b : material in which something is enclosed or embedded (as for protection or study)  4 a : the intercellular substance in which tissue cells (as of connective tissue) are embedded  b : the thickened epithelium at the base of a fingernail or toenail from which new nail substance develops  5 a : a rectangular array of mathematical elements (as the coefficients of simultaneous linear equations) that can be combined to form sums and products with similar arrays having an appropriate number of rows and columns  b : something resembling a mathematical matrix esp. in rectangular arrangement of elements into rows and columns  c : an array of circuit elements (as diodes and transistors) for performing a specific function  6 : a main clause that contains a subordinate clause
**ma·tron** \'mā-trən\ *n* [ME *matrone*, fr. MF, fr. L *matrona*, fr. *matr-*, *mater*] (14c)  1 a : a married woman usu. marked by dignified maturity or social distinction  b : a woman who supervises women or children (as in a school or police station)  c : the chief officer in a women's organization  2 : a female animal kept for breeding
**ma·tron·ly** \'mā-trən-lē\ *adj* (1656) : having the character of or suitable to a matron
**matron of honor** (1903) : a bride's principal married wedding attendant
**mat·ro·nym·ic** \ˌma-trə-'ni-mik\ *n* [*matr-* + *-onymic* (as in *patronymic*)] (1794) : a name derived from that of the mother or a maternal ancestor
¹**matte** *or* **matt** \'mat\ *var of* ³MAT
²**matte** *also* **matt** \'mat\ *adj* [F *mat*, fr. OF, faded, defeated] (ca. 1648) : lacking or deprived of luster or gloss: as  a : having a usu. smooth even surface free from shine or highlights ⟨∼ metals⟩ ⟨a ∼ finish⟩  b : having a rough or granular surface
³**matte** \'mat\ *n* [F, fr. MF, crude metal, curdled milk, fr. fem. of *mat* thick, dull, matte] (1839)  1 : a crude mixture of sulfides formed in smelting sulfide ores of metals (as copper, lead, or nickel)  2 : a motion-picture effect in which part of a scene is blocked out and later replaced by footage containing other material (as a background painting)
¹**mat·ter** \'ma-tər\ *n* [ME *matere*, fr. OF, fr. L *materia* matter, physical substance, fr. *mater*] (13c)  1 a : a subject under consideration  b : a

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ò\ law  \òi\ boy  \th\ thin  \th\ the  \ü\ loot  \ú\ foot
\y\ yet  \zh\ vision  \á, k̇, ⁿ, œ, œ̄, ue, ūe, ᵊ\ *see* Guide to Pronunciation