UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BURNS, MORRIS & STEWART LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 9:04 CV 23 |
| ENDURA PRODUCTS, INC., | ) ) | Judge Clark |
| Defendant. | ) ) ) | |

**DEFENDANT'S NOTICE OF FILING OF
DEPOSITION TRANSCRIPT OF RICHARD C. HAGEL**

NOW COMES Defendant, Endura Products, Inc., at the request of the Clerk of Court, and hereby gives notice of the e-filing of the deposition transcript of Richard C. Hagel. The noticed materials were previously provided to the Court on April 26, 2005 at the *Markman* hearing in this case for the Court's consideration in connection with patent claim construction. Defendant was, however, requested by the clerk to e-file the transcript of Richard C. Hagel's deposition.

This the 27th day of April, 2005.

Respectfully submitted,

\_\_\_\_/s/ *Robert D. Mason, Jr.*_____
Jack B. Hicks (*pro hac vice*)
William A. Capp (*pro hac vice*)
Robert D. Mason, Jr. (*pro hac vice*)
WOMBLE CARLYLE SANDRIDGE
 & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Phone: (336) 721-3600
Fax: (336) 733-8416
rmason@wcsr.com

SPAIN, CALVERT & EAVES
Frank D. Calvert
TBA No.:  0366770
Michael K. Eaves
TBA No. 00787414
2615 Calder, Suite 1070
Beaumont, Texas  77702
Telephone:     (409) 833-8885
Fax:                (409) 832-8886

*Counsel for Defendant Endura Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2005, I electronically filed **DEFENDANT'S NOTICE OF FILING OF DEPOSITION TRANSCRIPT OF RICHARD C. HAGEL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Claude E. Welch
115 West Shepherd Avenue
P.O. Box 1574
Lufkin, TX  75902-1574
welchlawoffice@txucom.net

F. Michael Speed
Standley Law Group
495 metro Place South, Suite 210
Dublin, OH 43017-5319
mspeed@standleyllp.com

James S. Roper
P.O. Drawer 1728
Lufkin, TX  75902
sroper@zeleskey.com

    /s/ *Robert D. Mason, Jr.*
Robert D. Mason, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC  27101
Telephone:     336-721-3761
Fax:           336-726-9093
rmason@wcsr.com

*Counsel for Defendant Endura Products, Inc.*