AO 187 (Rev. 7/87) Exhibit and Witness List

*4:05 P.M.*  **FILED** *April 26 2005*
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By _Beverly Aulbaugh_ DEPUTY

## UNITED STATES DISTRICT COURT
### Eastern DISTRICT OF Texas

**BURNS MORRIS**
v.
**ENDURA**

**EXHIBIT LIST**

CASE NO. 9:04CV23   *Plaintiff's List*

| PRESIDING JUDGE<br>Ron Clark | | |
|---|---|---|
| Trial Date:<br>4/26/05 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>V. J. Wisenbaker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-26-05 | | ✓ | see Plaintiff's Exhibit |
| 2 | | | | ✓ | Book provided to the Court |
| 3 | | | | ✓ | which contains exhibits |
| 4 | | | | ✓ | (1-10.) |
| 5 | | | | ✓ | ↓ |
| 6 | | | | ✓ | |
| 7 | | | | ✓ | |
| 8 | | | | ✓ | |
| 9 | | | | ✓ | |
| 10 | | | | ✓ | |