_Claim Construction Hearing_

AO 187 (Rev. 7/87) Exhibit and Witness List

**FILED** 4:05 P.M. April 26, 2005
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By Beverly Ailbaugh, DEPUTY

# UNITED STATES DISTRICT COURT
## Eastern DISTRICT OF Texas

**BURNS MORRIS**
v.
**ENDURA**

**EXHIBIT LIST**

CASE NO. 9:04CV23 _Defendant's List_

| PRESIDING JUDGE Ron Clark | | |
|---|---|---|
| Trial Date: 4/26/05 | COURT REPORTER Chris Bickham | COURTROOM DEPUTY V. J. Wisenbaker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4-26-05 | ✓ | ✓ | Wood piece finger-joint block |
| | 2 | | ✓ | ✓ | finger joint block after profile etc. |
| | 3 | | ✓ | ✓ | " " " w/ glue applied |
| | 4 | | ✓ | ✓ | finished finger joint |
| | 5 | | ✓ | ✓ | tested finger-joint board |
| | 6 | | | ✓ | showing break in jamb |
| | 7 | | ✓ | ✓ | Unfinished Jamb Section (partial) |
| | 8 | | ✓ | ✓ | Finished Jamb (partial) |
| | 9 | | ✓ | ✓ | Low Profile Sill |
| | 10 | | ✓ | ✓ | High Profile Sill |
| | 11 | | ✓ | | Jambdam Frame Adapter |
| | 12 | | ✓ | | Mull Boot |
| | 13 | | ✓ | | Mullion (Partial) |
| | 14 | | ✓ | | Mull Pad |
| | 15 | | | | Scale Model Sill Assembly |
| | 16 | | | | Jamb Dam Frame Adapter Sheet |
| | 17 | | | | Mull Boot " " " |
| | 18 | | | | BMS Frame Saver |
| | 19 | | ✓ | | Defendant's Intrinsic Evidence Appendix |

_Exhibits in Lufkin_

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | | ✓ | ✓ | Defendant's Corrected | |
| | | | ✓ | | Extrinsic Evidence Vol I | |
| | 21 | | ✓ | ✓ | " | |
| | | | | | " Vol II | |
| | 22 | | ✓ | ✓ | " | |
| | | | | | " Vol III | |