UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BURNS, MORRIS & STEWART LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> ENDURA PRODUCTS, INC., <br><br> Defendant. | Civil Action No. 9:04 CV 23 <br><br> Judge Clark |

## NOTICE OF DISCLOSURE

On the 13th day of May, 2005, Defendant Endura Products, Inc. ("Endura"), made their Disclosures of information directed solely to damages pursuant to P.R. 2-3 and the discovery scheduling order in the above-referenced matter.

Dated: May 13, 2005.

          Respectfully submitted,

          SPAIN, CALVERT & EAVES
          2615 Calder, Suite 1070
          Beaumont, Texas 77702
          Phone: (409) 833-8885
          Fax:   (409) 832-8886

          By: _____
          Frank D. Calvert
          TBA No.: 0366770
          Michael K. Eaves
          TBA No. 00787414
          *LOCAL COUNSEL FOR DEFENDANT*
          *ENDURA PRODUCTS, INC.*

Jack B. Hicks
Charles A. Burke
Robert D. Mason, Jr.
WOMBLE CARLYLE SANDRIDGE
  &amp; RICE, PLLC
One West Fourth Street
Winston-Salem, NC  27101
Phone:  (336) 721-3600
Fax:    (336) 733-8416
Winston-Salem, NC  27101
*LEAD COUNSEL FOR DEFENDANT
ENDURA PRODUCTS, INC.*

Case 9:04-cv-00023-RC   Document 63   Filed 05/13/05   Page 3 of 3 PageID #: 2002

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2005, I served a true and correct copy following document by the method indicated below and addressed as follows:

**NOTICE OF DISCLOSURE**

| | |
|---|---|
| Claude E. Welch<br>115 West Shepherd Avenue<br>P.O. Box 1574<br>Lufkin, TX 75902-1574<br>Tel: (936) 639-3311<br>Fax: (936) 639-3049<br>welchlawoffice@txucom.net | ✓ U.S. Mail<br>___ Hand Delivery via ABC Messen<br>___ Overnight Mail via Federal Expr<br>___ Facsimile<br>✓ Electronic Service |
| F. Michael Speed<br>Michael Stonebrook<br>Jeffrey S. Standley<br>James L. Kwak<br>Standley Law Group<br>495 metro Place South, Suite 210<br>Dublin, OH 43017-5319<br>Tel: (614) 792-5555<br>Fax: (614) 792-5536<br>E-mail: mspeed@standleyllp.com<br>mstonebrook@standleyllp.com<br>jstandley@standleyllp.com<br>jkwak@standleyllp.com | ✓ U.S. Mail<br>___ Hand Delivery<br>___ Overnight Mail via Federal Expr<br>___ Facsimile<br>✓ Electronic Service |

_____
Frank D. Calvert